

**TETRA TECH, INC.**

# Invoice

Invoice Number:     32340

August 19, 2005

To:   James R. Willden
      AvalonBay
      2900 Eisenhower Avenue
      Suite 300
      Alexandria, VA 22314

**Project: 181199**          **AvalonBay**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 8/1/2005 to 8/28/2005**

*** Total Invoice Amount:          **$22,700.00**

Billing Group: 101     Fixed Fee

Invoice:      32340

August 19, 2005

AVALON WILLOW MOLD CLEANING

Current Fee Total:          $22,700.00

Billing Group Subtotal:          $22,700.00

**EXHIBIT 16**

## Project Totals:

*** Total Project Invoice Amount:          **$22,700.00**

| _Aged Receivables:_ | | | | |
| --- | --- | --- | --- | --- |
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $22,700.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP: Emi Neubauer*

*A Member of the Tetra Tech Team*

# Invoice

Invoice Number: 970462

September 6, 2004

To: Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

Project: 181097    Avalon at Willow, Mamaroneck, NY

Project Manager: Merle Maass

Professional Services for the Period: September 2004

---

Billing Group: 101    Phase Fixed Cost

[1] Avalon at Willow

**Professional Services**                          Total Charge

Apartment Inspections                              $1,184.28

## Totals

**Total Invoice Amount**      **$1,184.28**

---

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| Current | ≤61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

---

Submit Payment to Tetra Tech (MFG) C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525 (970) 223-9600 Fax (970) 223 7171



*A Member of the Tetra Tech Team*

# Invoice

Invoice Number: 540404

October 25, 2004

To:  Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*C. fund*

Project: 181154    **Avalon at Willow Community, Mamaroneck, New York**

Project Manager:  Merle Maass

Professional Services for the Period:  October 2004

Billing Group: 101    Phase Fixed Cost    *GL 01-00-15900*

[1]  Avalon at Willow    *NY006   2004*
    *CF-017   22,700.00*

| Professional Services | Total Charge | % Completion |
|---|---|---|
| Mold Remediation and Cleaning | $22,700.00 | 100.0% |

**Totals**

**Total Invoice Amount**    **$22,700.00**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP. Cynthia Enriquez*

# Invoice

**TETRA TECH, INC.**

Invoice Number: 31336
May 17, 2005

*James Willden*
*NW005*
*581400*

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**      **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 4/4/2005 to 7/1/2005**

*** Total Invoice Amount:      <b>$1,543.08</b>

Billing Group: 101      Fixed Fee

Invoice:      31336
May 17, 2005

Avalon View



*Current Fee Total:*      *$1,543.08*

*Billing Group Subtotal:*      *$1,543.08*

## Project Totals:

*** Total Project Invoice Amount:      <b>$1,543.08</b>

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$1,543.08* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



# TETRA TECH, INC.

# Invoice

Invoice Number:     30596

April 05, 2005

To:  James R. Willden
     AvalonBay
     2900 Eisenhower Avenue
     Suite 300
     Alexandria, VA 22314

**Project: 181178**         AvalonBay - 2005 Environmental Services

Project Manager: Mark R. Bishop

**Professional Services for the Period: 2/28/2005 to 4/3/2005**

**\*\*\* Total Invoice Amount:**            **$23,192.00**

Billing Group: 101     Fixed Fee                        Invoice:     30596
                                                        April 05, 2005

Avalon View, New York

Powerwashing (Phase II, 100% Completion)

*GL 01-00-15900*
*NY005   2005*
*CX-017   23,192.00*
*subprop*

                                    *Current Fee Total:*         *$23,192.00*

                                    Billing Group Subtotal:      23,192.00

## Project Totals:

**\*\*\* Total Project Invoice Amount:**            **$23,192.00**

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$23,192.00* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



# Invoice

## TETRA TECH, INC.

Invoice Number: 30072
February 07, 2005

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181178**          **AvalonBay - 2005 Environmental Services**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount:          **$31,808.00**

'ling Group: 101     Fixed Fee

Invoice:     30072
February 07, 2005

Avalon View, New York Powerwashing Phase I
- Site Inspection
- Mold Sampling and Analysis, as needed
- Summary and Recommendations

*Current Fee Total:*          *$31,808.00*

*Billing Group Subtotal:*     $31,808.00

## Project Totals:

*** Total Project Invoice Amount:          **$31,808.00**

| *Aged Receivables:* | | | | |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$31,808.00* | $0.00 | $0.00 | $0.00 | $0.00 |



*AP: Cynthia Enriquez*

*A Member of the Tetra Tech Team*

# Invoice

Invoice Number: 970461

September 6, 2004

To:  Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*NYCCS*
*581400*

Project: 181097    Avalon at View, Wappingers Falls, NY

Project Manager:  Merle Maass

Professional Services for the Period:  September 2004

Billing Group: 101    Phase Fixed Cost

[1]  Avalon at View

**Professional Services**       *James Willden*        Total Charge
                                *NYCCS*
Apartment Inspections           *581400*               $1,502.52

## Totals

**Total Invoice Amount**        **$1,502.52**

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*A Member of the Tetra Tech Team*

# Invoice

Invoice Number: 540405

October 25, 2004

To:   Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

Project: 181154    **Avalon at View Community, Wappingers Falls, New York**

Project Manager: Merle Maass

Professional Services for the Period:  October 2004

Billing Group: 101    Phase Fixed Cost

[1]  **Avalon at View**

| **Professional Services** | Total Charge | % Completion |
|---|---|---|
| Mold Remediation and Cleaning | $28,800.00 | 100.0% |

**Totals**

**Total Invoice Amount**    **$28,800.00**

| Aged Receivables: | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



_AP: Eric Neubaues_ (handwritten)

TETRA TECH, INC.

# Invoice

Invoice Number: 31338
May 17, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

_James Willden_ (handwritten)
_NY004-_ (handwritten)
_581400_ (handwritten)

**Project: 181179**     **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 4/4/2005 to 7/1/2005**

*** Total Invoice Amount:     **$584.01**

Billing Group: 101     Fixed Fee

Invoice:     31338
May 17, 2005

Avalon Towers

Current Fee Total:     _$584.01_

Billing Group Subtotal:     $584.01

## Project Totals:

*** Total Project Invoice Amount:     **$584.01**

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $584.01 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP: Eric Neutrinos* (handwritten)

## A Member of the Tetra Tech Team

# Invoice

Invoice Number: 970455

September 6, 2004

To:   Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

Project: 181097     Avalon at Towers, Long Beach, NY

Project Manager:  Merle Maass

Professional Services for the Period:  September 2004

Billing Group: 101     Phase Fixed Cost

[1]  Avalon at Towers

**Professional Services**          *James Willden* (handwritten)          Total Charge
                                   *NYC04* (handwritten)
                                   *581400* (handwritten)
Apartment Inspections                                                      $568.68

## Totals

### Total Invoice Amount          <u>$568.68</u>

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| Current | ≤61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



# Invoice

## TETRA TECH, INC.

Invoice Number: 30597

April 05, 2005

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181178**   AvalonBay - 2005 Environmental Services

Project Manager: Mark R. Bishop
**Professional Services for the Period: 2/28/2005 to 4/3/2005**

*** Total Invoice Amount:  **$23,048.00**

---

Billing Group: 101   Fixed Fee

Invoice:   30597
April 05, 2005

**Avalon Green, New York**

Powerwashing (Phase II, 100% Completion)

GL 01-00-15900
NY003    2005
CK-017   23,048.00
Subapp

Current Fee Total:   *$23,048.00*

Billing Group Subtotal:   $23,048.00

## Project Totals:

*** Total Project Invoice Amount:  **$23,048.00**

| Aged Receivables: | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$23,048.00* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



# TETRA TECH, INC.

# Invoice

Invoice Number:    30071
February 07, 2005

To:  James R. Willden
     AvalonBay
     2900 Eisenhower Avenue
     Suite 300
     Alexandria, VA 22314

**Project: 181178**        AvalonBay - 2005 Environmental Services

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount :                    **$21,952.00**

Billing Group: 101     Fixed Fee

Invoice:        30071
February 07, 2005

Avalon Green, New York Powerwashing Phase I
  - Site Inspection
  - Mold Sampling and Analysis, as needed
  - Summary and Recommendations

Current Fee Total:            *$21,952.00*

Billing Group Subtotal:        *$21,952.00*

## Project Totals:

*** Total Project Invoice Amount :              **$21,952.00**

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$21,952.00* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



*AP: Emi Neubauer*

**A Member of the Tetra Tech Team**

# Invoice

**Invoice Number: 970453**

**September 6, 2004**

To:  Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*N4CC ?*
*581400*

Project: 181097    Avalon at Green, Elmsford, NY

Project Manager:  Merle Maass

Professional Services for the Period:  September 2004

Billing Group: 101    Phase Fixed Cost

[1]  Avalon at Green

**Professional Services**    *James Willden N4CC3 581400*    Total Charge

Apartment Inspections    $547.80

**Totals**

**Total Invoice Amount**    $547.80

| Aged Receivables: | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP: Ena Neubaua*

# Invoice

## .ETRA TECH, INC.

*James Willden*
*NYOO2*
*581400*

Invoice Number: 31363
May 17, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**    AvalonBay - 2005 Apartment Inspections

Project Manager: Mark R. Bishop
**Professional Services for the Period: 4/4/2005 to 7/1/2005**

| | |
|---|---|
| *** Total Invoice Amount : | **$2,700.39** |

Billing Group: 101    Fixed Fee

Invoice:    31363
May 17, 2005

Avalon Gardens



*Current Fee Total:*    *$2,700.39*

*Billing Group Subtotal:*    *$2,700.39*

## Project Totals:

| | |
|---|---|
| *** Total Project Invoice Amount : | **$2,700.39** |

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$2,700.39* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



# TETRA TECH, INC.

# Invoice

Invoice Number:     32341

August 19, 2005

To:   James R. Willden
      AvalonBay
      2900 Eisenhower Avenue
      Suite 300
      Alexandria, VA 22314

**Project: 181199**          **AvalonBay**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 8/1/2005 to 8/28/2005**

*** Total Invoice Amount :          <b>$50,400.00</b>

Billing Group: 101      Fixed Fee                          Invoice:      32341

August 19, 2005

AVALON  GARDEN  MOLD  CLEANING

*OK CAPEX*

Current Fee Total:              $50,400.00

Billing Group Subtotal:         $50,400.00

## Project Totals:

*** Total Project Invoice Amount :        <b>$50,400.00</b>

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $50,400.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP: Emi Neubaues*

### A Member of the Tetra Tech Team

# Invoice

Invoice Number: 970457

September 6, 2004

To:  Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*NY00
581400*

Project: 181097  Avalon at Gardens, Nanuet, NY

Project Manager:  Merle Maass

Professional Services for the Period:  September 2004

Billing Group: 101  Phase Fixed Cost

[1] Avalon at Gardens

*James Willden
NY002
581400*

**Professional Services**

Total Charge

Apartment Inspections

$2,629.44

## Totals

**$2,629.44**

*NY002*

*TM*

| Aged Receivables: | | | | |
|---|---|---|---|---|
| Current | ≤61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



**MFG, Inc. a Division of:**
# TETRA TECH, INC.

# Invoice

Invoice Number: 36165

August 01, 2006

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

Project: 181428    AvalonBay - 2006

Project Manager: Mark R. Bishop
**Professional Services for the Period: 7/3/2006 to 7/30/2006**    *31,200*

*** Total Invoice Amount:    ~~$34,000.00~~

---

Billing Group: 101    Fixed Fee

Invoice:    36165
August 01, 2006

AvalonBay Commons Mold Cleaning
Contract #:    Authorization letter

*312 units (100/home)*

Current Fee Total:    ~~$34,000.00~~

Billing Group Subtotal:    ~~$34,000.00~~

## Project Totals:

*31,200*
*** Total Project Invoice Amount:    ~~$34,000.00~~

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $34,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |

---

MFG, Inc., Dept. 1678, Denver, CO 80291-1678    Ph (970) 223-9600    Fax (970) 223-7171    Federal Tax ID: 84-1490184

*8/10*



_AP: Eric Neubauer_ (handwritten)

# Invoice

**ETRA TECH, INC.**

_James Willden_ (handwritten)
_NY001_ (handwritten)
_581400_ (handwritten)

Invoice Number: 31318

May 17, 2005

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**        **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 4/4/2005 to 7/1/2005**

|  |  |
|---|---|
| *** Total Invoice Amount: | **$1,671.67** |

**Billing Group: 101**   Fixed Fee

Invoice:  31318
May 17, 2005

**Avalon Commons**



Current Fee Total:        _$1,671.67_

Billing Group Subtotal:        _$1,671.67_

**Project Totals:**

| | |
|---|---|
| *** Total Project Invoice Amount: | **$1,671.67** |

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| _$1,671.67_ | _$0.00_ | _$0.00_ | _$0.00_ | _$0.00_ |



*AP: Emi Neubauer*

*A Member of the Tetra Tech Team*

# Invoice

Invoice Number: 970460

September 6, 2004

To:    Accounts Payable
       Avalon Bay Communities, Inc.
       2900 Eisenhower
       Alexandria, VA 22314

*NYCC
581400*

Project: 181097        Avalon at Commons, Smithtown, NY

Project Manager:  Merle Maass

Professional Services for the Period:  September 2004

Billing Group: 101      Phase Fixed Cost

[1]  Avalon at Commons

| **Professional Services** | | Total Charge |
| --- | --- | --- |
| Apartment Inspections | | $1,627.80 |

*James Willden
NYCC
581400*

## Totals

**Total Invoice Amount**    **$1,627.80**

| _Aged Receivables:_ | | | | |
| --- | --- | --- | --- | --- |
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*A Member of the Tetra Tech Team*

# Invoice

Invoice Number: 540406

October 25, 2004

To:   Accounts Payable
      Avalon Bay Communities, Inc.
      2900 Eisenhower
      Alexandria, VA 22314

Project: 181154   **Avalon at Commons Community, Smithtown, New York**   *(handwritten: CFund)*

Project Manager:  Merle Maass

Professional Services for the Period:  October 2004

*(handwritten: GL 01-00-15700 2004  NY001  CF017  31,200.00)*

Billing Group: 101   Phase Fixed Cost

[1] Avalon ~~at View~~ *Commons*

**Professional Services**                          Total Charge          % Completion

Mold Remediation and Cleaning                      $31,200.00            100.0%

**Totals**

                  **Total Invoice Amount**         **$31,200.00**

| Aged Receivables: | | | | |
|---|---|---|---|---|
| Current | ≤61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG)  C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171



MFG, Inc. a Division of:
**TETRA TECH, INC.**

AUG 2 8 2006

# Invoice

Invoice Number: 36502

August 24, 2006

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

Project: 181428        AvalonBay - 2006

Project Manager: Mark R. Bishop
Professional Services for the Period: 7/31/2006 to 8/27/2006

*** Total Invoice Amount: **$5,010.00**

Billing Group: 101    Fixed Fee

Invoice:    36502
August 24, 2006

Well Closure Negotiations at Avalon at Aberdeen Station: $5,010
Contract #:    Authorization letter

AvalonBay Communities, Inc.

Approval: _____

Dept. Code: __NJA01__

Expense Code: __307000__

Amount to be Paid: __5010.00__

Current Fee Total:        $5,010.00

Billing Group Subtotal:        $5,010.00

## Project Totals:

*** Total Project Invoice Amount: **$5,010.00**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $5,010.00 | $0.00 | $0.00 | $0.00 | $0.00 |



MFG, Inc. a Division of:
# TETRA TECH, INC.

# Invoice

Invoice Number: 36500
August 24, 2006

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

Project: 181428     AvalonBay - 2006

Project Manager: Mark R. Bishop

Professional Services for the Period: 7/31/2006 to 8/27/2006

| | |
|---|---|
| *** Total Invoice Amount: | **$42,600.00** |

Billing Group: 101    Fixed Fee        Invoice: 36500
August 24, 2006

Mold Cleaning at AvalonBay at Run (426 units at $100 per unit): $42,600

Contract #:    Authorization letter

Current Fee Total:    *$42,600.00*

Billing Group Subtotal:    $42,600.00

## Project Totals:

| | |
|---|---|
| *** Total Project Invoice Amount: | **$42,600.00** |

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $42,600.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MFG, Inc., Dept. 1678, Denver, CO 80291-1678    Ph (970) 223-9600    Fax (970) 223-7171   Federal Tax ID: 84-1490184



_AP: Cynthia Enriquez_

# Invoice

TETRA TECH, INC.

_James Willden_
_NJ 800_
_581400_

Invoice Number:     31342

May 17, 2005

To:     James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**          **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 4/4/2005 to 7/1/2005**

<hr>

***  Total Invoice Amount:          **$2,282.47**

Billing Group: 101     Fixed Fee

Invoice:     31342

May 17, 2005

Avalon Run

Current Fee Total:          _$2,282.47_

Billing Group Subtotal:          _$2,282.47_

## Project Totals:

***  Total Project Invoice Amount:          **$2,282.47**

| _Aged Receivables:_ | | | | |
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _≥ 120 Days_ |
| $2,282.47 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP Cynthia Enriquez*

*A Member of the Tetra Tech Team*

# Invoice

Invoice Number: 970469

September 6, 2004

To:  Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

Project: 181097      Avalon at Run, Lawrenceville, NJ

Project Manager:  Merle Maass

Professional Services for the Period:  September 2004

---

Billing Group: 101      Phase Fixed Cost

[1]  Avalon at Run

**Professional Services**                    Total Charge

Apartment Inspections                    $2,222.52

**Totals**

### Total Invoice Amount      $2,222.52

---

| **Aged Receivables:** | | | | |
|---|---|---|---|---|
| Current | ≤61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

---



AP: Karl Taylor

# Invoice

TETRA TECH, INC.

AvalonBay Communities, Inc.
Approval: James Willden
Dept Code: NJ009
Expense Code: 581400
Expense Code:
Expense Code:

Invoice Number:    31307
May 17, 2005

To:    James R. Willden
       AvalonBay
       2900 Eisenhower Avenue
       Suite 300
       Alexandria, VA 22314

**Project: 181179**    AvalonBay - 2005 Apartment Inspections

Project Manager: Mark R. Bishop
**Professional Services for the Period: 4/4/2005 to 7/1/2005**

|  |  |
|---|---|
| *** Total Invoice Amount : | **$1,585.94** |

Billing Group: 101    Fixed Fee    Invoice:    31307
                                    May 17, 2005

Avalon at Freehold

Current Fee Total:    *$1,585.94*

Billing Group Subtotal:    $1,585.94

⁜  **Project Totals:**

*** Total Project Invoice Amount :    **$1,585.94**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$1,585.94* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |

MFG, Inc., Dept. 1678, Denver, CO 90291-1678    Ph (303) 447-1823   Fax (303) 447-1836



*AP. Michelle James*

*A Member of the Tetra Tech Team*

# Invoice

Invoice Number: 970466

September 6, 2004

To:  Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

Project: 181097     Avalon at Freehold, Freehold, NJ

Project Manager:  Merle Maass

Professional Services for the Period:  September 2004

Billing Group: 101    Phase Fixed Cost

[1] Avalon at Freehold

*James Willden*
*NJC09*
*581400*

| **Professional Services** | Total Charge |
|---|---|
| Apartment Inspections | $1,544.28 |

## Totals

**Total Invoice Amount**      **$1,544.28**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| Current | ≤61 Days | 61-90 Days | 91-120 Days | ≥120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP: Cynthia Enriquez*

# Invoice

**TETRA TECH, INC.**

Avalonbay Communities, Inc.
Approved: *James Willden*
Dept Code: NJ008
Expense Code: 58140O
Expense Code:
Expense Code:

Invoice Number: 31305

May 17, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**     AvalonBay - 2005 Apartment Inspections

Project Manager: Mark R. Bishop
**Professional Services for the Period: 4/4/2005 to 7/1/2005**

*** Total Invoice Amount: **$1,446.64**

Billing Group: 101     Fixed Fee

Invoice: 31305
May 17, 2005

Avalon at Florham Park



Current Fee Total: *$1,446.64*

Billing Group Subtotal: $1,446.64

**Project Totals:**

*** Total Project Invoice Amount: **$1,446.64**

| Aged Receivables: | | | | |
|---|---|---|---|---|
| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
| $1,446.64 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP Cynthia Enriquez*

*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 970464**

September 6, 2004

To:     Accounts Payable
         Avalon Bay Communities, Inc.
         2900 Eisenhower
         Alexandria, VA 22314

Project: 181097       Avalon at Florham Park, Florham Park, NJ

Project Manager:  Merle Maass

Professional Services for the Period:  September 2004

Billing Group: 101     Phase Fixed Cost

[1]  Avalon at Florham Park

| **Professional Services** | Total Charge |
|---|---|
| Apartment Inspections | $1,408.68 |

James Willden
NJCC8
58140C

**Totals**

**Total Invoice Amount**     **$1,408.68**

**Aged Receivables:**

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG)  C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171



AP: Erin Neubauer

# Invoice

## TETRA TECH, INC.

AvalonBay Communities, Inc.

Approval: *James Willden*
Dept Code: NJ007
Expense Code: 581400
Expense Code:
Expense Code:

Invoice Number: 31368
May 17, 2005

To:    James R. Willden
       AvalonBay
       2900 Eisenhower Avenue
       Suite 300
       Alexandria, VA 22314

**Project: 181179**        **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 4/4/2005 to 7/1/2005**

*** Total Invoice Amount:                **$2,186.03**

Billing Group: 101    Fixed Fee

Invoice:      31368
May 17, 2005

Avalon Edgewater

Current Fee Total:          *$2,186.03*

Billing Group Subtotal:     *$2,186.03*

## Project Totals:

*** Total Project Invoice Amount:        **$2,186.03**

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$2,186.03* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |

MFG, Inc., Dept. 1678, Denver, CO 90291-1678    Ph (303) 447-1823    Fax (303) 447-1836

*Page 1*



*AP. Erni Neubauer*

*A Member of the Tetra Tech Team*

# Invoice

Invoice Number: 970463

September 6, 2004

To:   Accounts Payable
      Avalon Bay Communities, Inc.
      2900 Eisenhower
      Alexandria, VA 22314

Project: 181097        Avalon at Edgewater, Edgewater, NJ

Project Manager:  Merle Maass

Professional Services for the Period:  September 2004

Billing Group: 101    Phase Fixed Cost

[1]  Avalon at Edgewater

**Professional Services**                                    Total Charge

Apartment Inspections                                        $2,128.56

**Tota'**

### Total Invoice Amount              **$2,128.56**

*James Willden NJ CO1 58140C*

Receivables:

| Current | ≤61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---------|----------|------------|-------------|-----------|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG)  C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171



AP. Jim Miller

# Invoice

TETRA TECH, INC.

Tetra Tech Constructors, Inc

Approval: _James Willden_
Dept Code: _NT006_
Expense Code: _581100_          Invoice Number:    31333
Expense Code: _____          May 17, 2005
Expense Code: _____

To:   James R. Willden
      AvalonBay
      2900 Eisenhower Avenue
      Suite 300
      Alexandria, VA 22314

**Project: 181179**          **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 4/4/2005 to 7/1/2005**

*** Total Invoice Amount:                    **$2,743.25**

Billing Group: 101    Fixed Fee                    Invoice:    31333

                                                    May 17, 2005

Avalon Watch

                                    Current Fee Total:      $2,743.25

                                    Billing Group Subtotal:   $2,743.25

**Project Totals:**

*** Total Project Invoice Amount:              **$2,743.25**

| *Aged Receivables:* | | | | |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *≥ 120 Days* |
| *$2,743.25* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



*AP: Jim Miller*

*A Member of the Tetra Tech Team*

# Invoice

Invoice Number: 970465

September 6, 2004

To:  Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

Project: 181097     Avalon at Watch, West Windsor, NJ

Project Manager:  Merle Maass

Professional Services for the Period:  September 2004

Billing Group: 101     Phase Fixed Cost

[1]  Avalon at Watch

**Professional Services**                                    Total Charge

Apartment Inspections                                        $2,671.20

## Totals

### Total Invoice Amount     $2,671.20

---

*Aged Receivables:*

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---------|----------|------------|-------------|-----------|
| $0.00   | $0.00    | $0.00      | $0.00       | $0.00     |



*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 181035-115-2**

**February 6, 2004**

To:   Mr. Robert D. Markt
      Avalon Bay Communities, Inc.
      1250 Hancock Street, Suite 804N
      Quincy, MA 02169

*NJ006  2003 extra
CX·020*

Project: 181035   **Avalon Watch**, UST permitting, development of closure plans, environmental
                  concerns associated with the existing underground storage tank (UST), and
                  replacement with an aboveground storage tank (AST)

Project Manager:  Merle Maass

Professional Services for the Period:  12/11/2003 to 02/6/2004

Billing Group: 115   Phase Fixed Cost

Contract #:   **Scope of Work and Cost Estimate dated October 24, 2003**

[1] Avalon Watch

| Professional Services | Charge | % Completion |
|---|---|---|
| Permitting and Closure Plans | $31,500.00 | 75.00% |
| **Professional Services Total** | **$31,500.00** | **75.00%** |

**Totals**

**Total Invoice Amount**          **$31,500.00**

*Aged Receivables:*

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG) C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171

*attach subapp.*

**te**  *A Member of the Tetra Tech Team*

# Invoice

*NJ006*

**Invoice Number:   26027**

**May 10, 2004**

To:   Mr. Robert D. Markt
Avalon Bay Communities, Inc.
1250 Hancock Street, Suite 804N
Quincy, MA 02169

*tank*

Project: 181035   **Avalon Watch, UST permitting, development of closure plans, environmental concerns associated with the existing underground storage tank (UST), and replacement with an aboveground storage tank (AST)**

Project Manager:  Merle Maass

Professional Services for the Period:  2/07/2003 to 05/10/2004

Billing Group: 115   Phase Fixed Cost

**Contract #:   Scope of Work and Cost Estimate dated October 24, 2003**

[1] Avalon Watch

| **Professional Services** | <u>Charge</u> | <u>% Completion</u> |
|---|---|---|
| Permitting and Closure Plans | $23,789.00 | 100.00% |
| **Professional Services Total** | **$23,789.00** | **100.00%** |

**Totals**

**Total Invoice Amount**   **$23,789.00**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| <u>Current</u> | <u><61 Days</u> | <u>61-90 Days</u> | <u>91-120 Days</u> | <u>>120 Days</u> |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 960405**

**July 1, 2004**

To:    Accounts Payable
       Avalon Bay Communities, Inc.
       2900 Eisenhower
       Alexandria, VA 22314

*[handwritten: NJ006 2004 CX-010 29,955.00]*

Project: 181096    **Avalon Watch** - UST Contamination Cleanup

Project Manager: Merle Maass

Professional Services for the Period: June/July 2004

Billing Group: 015    Phase Fixed Cost

[1] Avalon Watch, West Windsor, NJ 08550

| **Professional Services** | Charge | % Completion |
|---|---|---|
| UST Contamination Cleanup | $29,955.00 | 100.00% |
| **Professional Services Total** | **$29,955.00** | **100.00%** |

**Totals**

**Total Invoice Amount**        **$29,955.00**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



AP: Jim Milles

# Invoice

## TETRA TECH, INC.

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

Approved: **James Willden**
Dept Code: **NJ005**
Expense Code: **58.1400**
Expense Code:
Expense C. 's

Invoice Number: 31341
May 17, 2005

**Project: 181179**      AvalonBay - 2005 Apartment Inspections

Project Manager: Mark R. Bishop

**Professional Services for the Period: 4/4/2005 to 7/1/2005**

*** Total Invoice Amount :      **$1,103.73**

Billing Group: 101      Fixed Fee

Invoice: 31341
May 17, 2005

Avalon Run East

Current Fee Total:      *$1,103.73*

Billing Group Subtotal:      $1,103.73

## Project Totals:

*** Total Project Invoice Amount :      **$1,103.73**

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| _$1,103.73_ | _$0.00_ | _$0.00_ | _$0.00_ | _$0.00_ |



# TETRA TECH, INC.

# Invoice

Invoice Number: 32339
August 19, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181199**      **AvalonBay**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 8/1/2005 to 8/28/2005**

---

                 *** Total Invoice Amount:           **$20,000.00**

---

Billing Group: 101     Fixed Fee                 Invoice:     32339
                                                       August 19, 2005

AVALON RUN EAST MOLD CLEANING

Current Fee Total:       *$20,000.00*

Billing Group Subtotal:       $20,000.00

## Project Totals:

           *** Total Project Invoice Amount:        **$20,000.00**

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $20,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |

---



*AP. Jim Miller*

*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 970470**

**September 6, 2004**

To:   Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

Project: 181097      Avalon at Run East, Lawrenceville, NJ

Project Manager: Merle Maass

Professional Services for the Period:  September 2004

---

Billing Group: 101     Phase Fixed Cost

[1]  Avalon at Run East

**Professional Services**

Apartment Inspections

JamesWillden
NJCCS
581400

Total Charge

$1,074.72

## Totals

**Total Invoice Amount**          **$1,074.72**

---

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

---

Submit Payment to Tetra Tech (MFG)  C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171



## TETRA TECH, INC.

JUL 1 4 2005



# Invoice

Invoice Number:     31737

July 06, 2005

To:   James R. Willden
      AvalonBay
      2900 Eisenhower Avenue
      Suite 300
      Alexandria, VA 22314

**Project: 181199**          **AvalonBay**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 5/30/2005 to 7/6/2005**

*** Total Invoice Amount:              **$30,900.00**

---

Billing Group: 101     Fixed Fee

Invoice:     31737
July 06, 2005

AvalonBay at Cove Towers
 - Mold Cleaning with Report

Avalonbay Communities, Inc.

Approval: _____

Dept. Code: NCC5

Expense Code: 14300

Amount to be Paid: 30,900

Current Fee Total:          $30,900.00

Insp. Team clean cleaning

Billing Group Subtotal:     $30,900.00

## Project Totals:

*** Total Project Invoice Amount:          **$30,900.00**

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *≥ 120 Days* |
| $30,900.00 | $0.00 | $0.00 | $0.00 | $0.00 |

---

MFG, Inc., Dept. 1678, Denver, CO 80291-1678    Ph (970) 223-9600    Fax (970) 223-7171    Federal Tax ID: 84-1490184



AP: Emi Neubauer

# Invoice

**TETRA TECH, INC.**

Approval: _James Willden_
Dept Code: _NJ003_
Expense Code: _581400_
Expense Code:
Revenue Code:

Invoice Number:  31323

May 17, 2005

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**  AvalonBay - 2005 Apartment Inspections

Project Manager: Mark R. Bishop
Professional Services for the Period: 4/4/2005 to 7/1/2005

*** Total Invoice Amount:  **$1,441.28**

Billing Group: 101  Fixed Fee

Invoice:  31323
May 17, 2005

The Tower at Avalon Cove

Current Fee Total:  *$1,441.28*

Billing Group Subtotal:  *$1,441.28*

## Project Totals:

*** Total Project Invoice Amount:  **$1,441.28**

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$1,441.28* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



*AP: Eric Neubauer* (handwritten)

**A Member of the Tetra Tech Team**

# Invoice

Invoice Number: 970467

September 6, 2004

To:   Accounts Payable
      Avalon Bay Communities, Inc.
      2900 Eisenhower
      Alexandria, VA 22314

Project: 181097      Avalon at Cove and The Tower, Jersey City, NJ

Project Manager: Merle Maass

Professional Services for the Period: September 2004

Billing Group: 101     Phase Fixed Cost

*James Willden* (handwritten)
*NJCC3* (handwritten)
*581400* (handwritten)

[1] Avalon at Cove and The Tower

| **Professional Services** | Total Charge |
|---|---|
| Apartment Inspections | $1,403.40 |

**Totals**

**Total Invoice Amount**   **$1,403.40**

**Aged Receivables:**

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



AP: Erin Neubauer

# Invoice

**TETRA TECH, INC.**

AvalonBay Communities, Inc.

Approval: James Willden
Dept Code: NJ002
Expense Code: 581400
Expense Code:
Expense Code:

Invoice Number: 31321

May 17, 2005

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**     AvalonBay - 2005 Apartment Inspections

Project Manager: Mark R. Bishop
Professional Services for the Period: 4/4/2005 to 7/1/2005

*** Total Invoice Amount:     **$2,700.39**

Billing Group: 101     Fixed Fee     Invoice:     31321

May 17, 2005

Avalon Cove

Current Fee Total:     *$2,700.39*

Billing Group Subtotal:     $2,700.39

## Project Totals:

*** Total Project Invoice Amount:     **$2,700.39**

| Aged Receivables: | | | | |
| --- | --- | --- | --- | --- |
| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
| $2,700.39 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP. Enri Neubauer*

## A Member of the Tetra Tech Team

# Invoice

Invoice Number: 970468

September 6, 2004

To:    Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

Project: 181097        Avalon at Cove, Jersey City, NJ

Project Manager:  Merle Maass

Professional Services for the Period:  September 2004

Billing Group: 101     Phase Fixed Cost

[1] Avalon at Cove

**Professional Services**                    Total Charge

*James Willden
NJCO2
581400*

Apartment Inspections:                       $2,629.44

## Totals

**Total Invoice Amount**        $2,629.44

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*A Member of the Tetra Tech Team*

# Invoice

*Nov: 31st*  *(MO020 589100)*

Invoice Number: 540402

October 11, 2004

DEC 1 5 2004

To:  Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*Keyed 1/5/05 RD*

**Project: 181154**    Hobbit — Mold Removal and Cleaning

Project Manager: Merle Maass

Professional Services for the Period: 8/26/2004 to 10/08/2004

Billing Group: 101

**Contract #:  Verbal Authorization**

[1] Mold Removal and Cleaning

| **Professional Services** | Charge | % Completion |
| --- | --- | --- |
| Mold Removal and Cleaning | $17,700.00 | 100.0% |
| **Professional Services Total** | **$17,700.00** | **100.0%** |

AvalonBay Communities, Inc.

**Totals** Approval: ..........................

Dept. Code: ..........................

Expense Code: ..........................

Amount to be Paid: 17,700

**Total Invoice Amount**    **$17,700.00**

| *Aged Receivables:* Hobbits | | | | |
| --- | --- | --- | --- | --- |
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



Submit Payment to Tetra Tech (MFG)  C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171



# TETRA TECH, INC.

# Invoice

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

AvalonBay Communities, Inc.

Approval: _James Willden_
Dept Code: _____
Expense Code: _MD019_
Expense Code: _581400_
Expense Code: _____

**Project: 181293**          AvalonBay 2006

Project Manager: Mark R. Bishop

Professional Services for the Period: 5/1/2006 to 7/31/2006

*** Total Invoice Amount:          **$1,764.00**

---

Billing Group: 101     Fixed Fee                    Invoice:     34413
                                                    February 13, 2006

Maryland Apartment Inspections
MD019   Avalon at Fairway Hills III    000   $1,764.00

Current Fee Total:          $1,764.00

Billing Group Subtotal:          $1,764.00

## Project Totals:

*** Total Project Invoice Amount:          **$1,764.00**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $1,764.00 | $0.00 | $0.00 | $0.00 | $0.00 |

---



**TETRA TECH, INC.**

# Invoice

Invoice Number:    34411
February 13, 2006

To:    James R. Willden
       AvalonBay
       2900 Eisenhower Avenue
       Suite 300
       Alexandria, VA 22314

*AvalonBay Communities, Inc.*

Approval: _James Willden_
Dept Code: _MD016_
Expense Code: _581400_
Expense Code: _____
Expense Code: _____

Project: 181293         AvalonBay 2006

Project Manager: Mark R. Bishop
Professional Services for the Period: 5/1/2006 to 7/31/2006

---

***  Total Invoice Amount:                    **$2,730.00**

---

Billing Group: 101    Fixed Fee

Invoice:        34411
February 13, 2006

Maryland Apartment Inspections
MD016  Avalon Traville   520   $2,730.00



Current Fee Total:            $2,730.00

Billing Group Subtotal:       $2,730.00

## Project Totals:

***  Total Project Invoice Amount:              **$2,730.00**

| Aged Receivables: | | | | |
| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
| --- | --- | --- | --- | --- |
| $2,730.00 | $0.00 | $0.00 | $0.00 | $0.00 |

---

MFG, Inc., Dept. 1678, Denver, CO 80291-1678    Ph (970) 223-9600    Fax (970) 223-7171    Federal Tax ID: 84-1490184



# TETRA TECH, INC.

# Invoice

Invoice Number:     34410

February 13, 2006

To:   James R. Willden
      AvalonBay
      2900 Eisenhower Avenue
      Suite 300
      Alexandria, VA 22314

AvalonBay Communities, Inc.

Approval: *James Willden*

Dept Code: *MD015*

Expense Code: *581400*

Expense Code: _____

Expense Code: _____

Project: 181293          AvalonBay 2006

Project Manager: Mark R. Bishop

Professional Services for the Period: 5/1/2006 to 7/31/2006

*** Total Invoice Amount:          **$2,609.25**

---

Billing Group: 101     Fixed Fee                     Invoice:        34410

February 13, 2006

Maryland Apartment Inspections
MD015   Avalon at Grosvenor Station    497   $2,609.25

Current Fee Total:              *$2,609.25*

Billing Group Subtotal:         *$2,609.25*

## Project Totals:

*** Total Project Invoice Amount:          **$2,609.25**

| Aged Receivables: | | | | |
| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|---|
| $2,609.25 | $0.00 | $0.00 | $0.00 | $0.00 |

---

MFG, Inc., Dept. 1678, Denver, CO 80291-1678     Ph (970) 223-9600   Fax (970) 223-7171   Federal Tax ID: 84-1490184



*(AP: Susan Avalis)*

**A Member of the Tetra Tech Team**

# Invoice

Invoice Number: 970417

July 6, 2004

To:    Accounts Payable
       Avalon Bay Communities, Inc.
       2900 Eisenhower
       Alexandria, VA 22314

*MD014*
*5 814CC*

Project: 181097    *(Avalon at Rock Spring, Maryland)*

Project Manager:  Merle Maass

Professional Services for the Period:  June/July 2004

Billing Group: 101    Phase Fixed Cost

[1]  Avalon at Rock Spring

*James Willden*
*MD014*
*5814CC*

**Professional Services**                          Total Charge

Apartment Inspections                                $2,013.84

**Totals**

**Total Invoice Amount**        **$2,013.84**

| *Aged Receivables:* | | | | |
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG) C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171



# TETRA TECH, INC.

# Invoice

Invoice Number:      34408

February 13, 2006

To:  James R. Willden
     AvalonBay
     2900 Eisenhower Avenue
     Suite 300
     Alexandria, VA 22314

AvalonBay Communities, Inc.

Approval: _James Willden_

Dept Code: __MD012__

Expense Code: __581400__

Expense Code: _____

Expense Code _____

Project: 181293          AvalonBay 2006

Project Manager: Mark R. Bishop

Professional Services for the Period: 5/1/2006 to 7/31/2006

*** Total Invoice Amount:                     **$918.22**

Billing Group: 101    Fixed Fee                    Invoice:      34408

February 13, 2006

Maryland Apartment Inspections
MD012  Avalon at Symphony Glen    176  $918.22

Current Fee Total:              $918.22

Billing Group Subtotal:         $918.22

## Project Totals:

*** Total Project Invoice Amount:              **$918.22**

| _Aged Receivables:_ | | | | |
| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
| --- | --- | --- | --- | --- |
| $918.22 | $0.00 | $0.00 | $0.00 | $0.00 |



AP. *Jim Miller*

# Invoice

TETRA TECH, INC.

AvalonBay Communities, Inc.
Approved: *James Willden*
Dept Code: MD012
Expense Code: 581400
Expense Code:
Expense Code:

To:   James R. Willden
      AvalonBay
      2900 Eisenhower Avenue
      Suite 300
      Alexandria, VA 22314

Invoice Number:   31312
May 17, 2005

---

**Project: 181179**      AvalonBay - 2005 Apartment Inspections

Project Manager: Mark R. Bishop
**Professional Services for the Period: 4/4/2005 to 7/1/2005**

*** Total Invoice Amount :        **$942.99**

---

Billing Group: 101      Fixed Fee

Invoice:   31312
May 17, 2005

Avalon at Symphony Green

Current Fee Total:        $942.99

Billing Group Subtotal:        $942.99

**Project Totals:**

*** Total Project Invoice Amount :        **$942.99**

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $942.99 | $0.00 | $0.00 | $0.00 | $0.00 |

---