

*AP: Jim Miller* (handwritten)

*A Member of the Tetra Tech Team*

# Invoice

Invoice Number: 970419

July 6, 2004

To: Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*MD012* (handwritten)
*5514CC* (handwritten)

Project: 181097    Avalon at Symphony Glen, Maryland

Project Manager: Merle Maass

Professional Services for the Period: June/July 2004

---

Billing Group: 101    Phase Fixed Cost

**[1]** Avalon at Symphony Glen
**Professional Services**                          Total Charge
Apartment Inspections                              $918.24

*(stamp, handwritten):*
*James Wilden*
*Dept Code: MD012*
*5514CC*

**Totals**

**Total Invoice Amount**        **$918.24**

---

| Aged Receivables: | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

---

Submit Payment to Tetra Tech (MFG) C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171



# TETRA TECH, INC.

# Invoice

Invoice Number: 34406
February 13, 2006

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

AvalonBay Communities, Inc.

Approval: _James Willden_
Dept Code: _MD009_
Expense Code: _581400_
Expense Code: _____
Expense Code: _____

Project: 181293        AvalonBay 2006

Project Manager: Mark R. Bishop

**Professional Services for the Period: 5/1/2006 to 7/31/2006**

*** Total Invoice Amount:                    **$824.31**

Billing Group: 101      Fixed Fee                      Invoice:      34406
                                                      February 13, 2006

Maryland Apartment Inspections
MD009   Avalon Landing    158   $824.31

Current Fee Total:              $824.31

Billing Group Subtotal:         $824.31

## Project Totals:

*** Total Project Invoice Amount:            **$824.31**

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $824.31 | $0.00 | $0.00 | $0.00 | $0.00 |



# Invoice

**TETRA TECH, INC.**

*AP: Cynthia Enriquez* ✓

AvalonBay Communities, Inc.
Approval: *James Willden*
Dept Code: *MD009*
Expense Code: *581400*
Expense Code:
Expense Code:

Invoice Number: 31354
May 17, 2005

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**   **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 4/4/2005 to 7/1/2005**

*** Total Invoice Amount :  **$846.55**

**Billing Group: 101**   Fixed Fee

Invoice:  31354
May 17, 2005

Avalon Landing

Current Fee Total:  *$846.55*

Billing Group Subtotal:  $846.55

**Project Totals:**

*** Total Project Invoice Amount :  **$846.55**

| Aged Receivables: | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $846.55 | $0.00 | $0.00 | $0.00 | $0.00 |



**TETRA TECH, INC.**

# Invoice

Invoice Number: 32722

October 06, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181199**        AvalonBay

Project Manager: Mark R. Bishop

**Professional Services for the Period: 10/3/2005 to 10/30/2005**

| | |
|---|---|
| *** Total Invoice Amount: | **$16,000.00** |

Billing Group: 101     Fixed Fee

Invoice:     32722

October 06, 2005

Avalon at Landing Mold Cleaning

Current Fee Total:        *$16,000.00*

Billing Group Subtotal:        $16,000.00

## Project Totals:

| | |
|---|---|
| *** Total Project Invoice Amount: | **$16,000.00** |

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| *$16,000.00* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



*AP: Cynthia Enriquez*

## *A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 970416**

**July 6, 2004**

To:  Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*MDC09*
*581400*

Project: 181097  AvalonBay Landing, Maryland

Project Manager:  Merle Maass

Professional Services for the Period:  June/July 2004

Billing Group: 101    Phase Fixed Cost

**[1]** Avalon at Landing

**Professional Services**                            Total Charge

Apartment Inspections                                $824.28

*Approved James Willden*
*Dept Code MDC09*
*Expense Code 581400*

## Totals

**Total Invoice Amount**          $824.28

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



# TETRA TECH, INC.

# Invoice

Invoice Number: 34402

February 13, 2006

To:    James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

AvalonBay Communities, Inc.

Approval: *James Willden*

Dept Code: _MD008_

Expense Code: _581400_

Expense Code: _____

Expense Code: _____

Project: 181293       AvalonBay 2006

Project Manager: Mark R. Bishop

**Professional Services for the Period: 5/1/2006 to 7/31/2006**

*** Total Invoice Amount:       **$1,565.15**

Billing Group: 101    Fixed Fee

Invoice: 34402

February 13, 2006

**Maryland Apartment Inspections**
MD008  Avalon Knoll  300  $1,565.15

*Current Fee Total:*    $1,565.15

Billing Group Subtotal:    $1,565.15

## Project Totals:

*** Total Project Invoice Amount:    **$1,565.15**

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $1,565.15 | $0.00 | $0.00 | $0.00 | $0.00 |



**MFG, Inc. a Division of:**
**TETRA TECH, INC.**

# Invoice

Invoice Number:    36767
September 13, 2006

To:    James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181428**        AvalonBay - 2006

Project Manager: Mark R. Bishop

**Professional Services for the Period: 8/28/2006 to 10/1/2006**

*** Total Invoice Amount:        **$30,000.00**

Billing Group: 101        Fixed Fee        Invoice:        36767
September 13, 2006

**Avalon Knoll Mold Cleaning (300 units):  $30,000**

## Project Totals:

*** Total Project Invoice Amount:        **$30,000.00**

| _Aged Receivables:_ | | | | |
| --- | --- | --- | --- | --- |
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| | $0.00 | $0.00 | $0.00 | $0.00 |



*AP: Cynthia Enriquez* (handwritten)

# Invoice

## TETRA TECH, INC.

AvalonBay Communities, Inc.

Approval: *James Willden* (handwritten)
Dept Code: *MD008* (handwritten)
Expense Code: *581400* (handwritten)
Expense Code: _____
Expense Code: _____

Invoice Number: 31355
May 17, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**     **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 4/4/2005 to 7/1/2005**

*** Total Invoice Amount :     **$1,607.37**

Billing Group: 101     Fixed Fee

Invoice: 31355
May 17, 2005

Avalon Knoll

Current Fee Total:     *$1,607.37*

Billing Group Subtotal:     $1,607.37

## Project Totals:     ÷     ÷

*** Total Project Invoice Amount :     **$1,607.37**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$1,607.37* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



# TETRA TECH, INC.



# Invoice

Invoice Number: 33333

November 21, 2005

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181199**        **AvalonBay**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 10/26/2005 to 11/18/2005**

*** Total Invoice Amount:        **$20,000.00**

| | |
|---|---|
| **Billing Group: 101**   Fixed Fee | Invoice:     33333 |
| | November 21, 2005 |

**Avalon at Knoll (Germantown, MD) Mold Removal and Cleaning**



Current Fee Total:        *$20,000.00*

Billing Group Subtotal:        $20,000.00

## Project Totals:

*** Total Project Invoice Amount:        **$20,000.00**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $20,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |



# TETRA TECH, INC.

# Invoice

Invoice Number:     32996

October 17, 2005

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181199**          **AvalonBay**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 10/3/2005 to 10/30/2005**

---

|  | *** Total Invoice Amount: | **$10,000.00** |
|---|---|---|

---

**Billing Group: 101**     Fixed Fee

Invoice:     32996

October 17, 2005

**Avalon at Knoll (remaining 100 apartments) Mold Remediation/Cleaning**



Current Fee Total:          *$10,000.00*

Billing Group Subtotal:          $10,000.00

## Project Totals:

|  | *** Total Project Invoice Amount : | **$10,000.00** |
|---|---|---|

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$10,000.00* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



*AP: Cynthia Ensiguez* (handwritten)

*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 970435**

**July 6, 2004**

To:   Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*MD008* (handwritten)
*581400* (handwritten)

Project: 181097       Avalon at Knoll, Maryland

Project Manager: Merle Maass

Professional Services for the Period: June/July 2004

Billing Group: 101      Phase Fixed Cost

[1] Avalon at Knoll

**Professional Services**                               Total Charge

Apartment Inspections                                  $1,565.16

*James Willden* (handwritten stamp)
*MD008* (handwritten)
*581400* (handwritten)

## Totals

**Total Invoice Amount**      **$1,565.16**

| **Aged Receivables:** | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



# TETRA TECH, INC.

# Invoice

Invoice Number:     34401

February 13, 2006

To:   James R. Willden
      AvalonBay
      2900 Eisenhower Avenue
      Suite 300
      Alexandria, VA 22314

*AvalonBay Communities, Inc.*

Approval: _James Willden_

Dept Code: _MD007_

Expense Code: _581400_

Expense Code: _____

Expense Code: _____

**Project: 181293**          **AvalonBay 2006**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 5/1/2006 to 7/31/2006**

\*\*\* Total Invoice Amount:                    **$500.85**

Billing Group: 101     Fixed Fee                          Invoice:     34401

                                                          February 13, 2006

Maryland Apartment Inspections
MD007   Avalon Fields II    96   $500.85



*Current Fee Total:*                          *$500.85*

*Billing Group Subtotal:*                     *$500.85*

## Project Totals:

\*\*\* Total Project Invoice Amount:            **$500.85**

| *Aged Receivables:* | | | | |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $500.85 | $0.00 | $0.00 | $0.00 | $0.00 |

MFG, Inc., Dept. 1678, Denver, CO 80291-1678     Ph (970) 223-9600     Fax (970) 223-7171    Federal Tax ID: 84-1490184



MFG, Inc. a Division of:
**TETRA TECH, INC.**

# Invoice

Invoice Number: 36768
September 13, 2006

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181428**          **AvalonBay - 2006**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 8/28/2006 to 10/1/2006**

\*\*\* Total Invoice Amount:          **$28,800.00**

Billing Group: 101      Fixed Fee                   Invoice:      36768
September 13, 2006

**Avalon Fields I and II Mold Cleaning (288 units): $28,800**

*need Brian to setup job to pay invoice out until 9/25*

**Project Totals:**

\*\*\* Total Project Invoice Amount:          **$28,800.00**

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| | $0.00 | $0.00 | $0.00 | $0.00 |



*AP: Jim Miller*

# Invoice

**.ETRA TECH, INC.**

*James Willden*
*MDGC7*
*581400*

Invoice Number:        31364

May 17, 2005

To:    James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**          **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 4/4/2005 to 7/1/2005**

| | |
|---|---|
| *** Total Invoice Amount : | **$514.36** |

| Billing Group: 101     Fixed Fee | Invoice:        31364 |
|---|---|
| | May 17, 2005 |

**Avalon Fields II**

| | |
|---|---|
| Current Fee Total: | $514.36 |

| | |
|---|---|
| Billing Group Subtotal: | $514.36 |

## Project Totals:

| | |
|---|---|
| *** Total Project Invoice Amount : | **$514.36** |

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $514.36 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP: Jim Miller* (handwritten)

*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 970432**

**July 6, 2004**

To:   Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*MD 007* (handwritten)
*581400* (handwritten)

Project: 181097   Avalon at Fields II, Maryland

Project Manager: Merle Maass

Professional Services for the Period: June/July 2004

Billing Group: 101   Phase Fixed Cost

[1]  Avalon at Fields II

**Professional Services**

*Approved James Willden* (handwritten)
*MDC 07* (handwritten)
*581400* (handwritten)

Total Charge

Apartment Inspections                  $500.88

**Totals**

**Total Invoice Amount**    **$500.88**

| _Aged Receivables:_ | | | | |
| --- | --- | --- | --- | --- |
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG) C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171



# TETRA TECH, INC.

# Invoice

AvalonBay Communities, Inc.

Invoice Number: 34400

Approval: *James W* February 13, 2006

Dept Code: *MD006*

Expense Code: *581400*

Expense Code: _____

Expense Code: _____

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181293**          **AvalonBay 2006**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 5/1/2006 to 7/31/2006**

### *** Total Invoice Amount:                     $1,001.70

Billing Group: 101    Fixed Fee

Invoice:          34400
February 13, 2006

**Maryland Apartment Inspections**
MD006   Avalon Fields I    192   $1,001.70

*Current Fee Total:*          *$1,001.70*

Billing Group Subtotal:          $1,001.70

## Project Totals:

### *** Total Project Invoice Amount:          **$1,001.70**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *≥ 120 Days* |
| *$1,001.70* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



**MFG, Inc. a Division of:**
**TETRA TECH, INC.**

# Invoice

Invoice Number:     36768
September 13, 2006

To:     James R. Willden
        AvalonBay
        2900 Eisenhower Avenue
        Suite 300
        Alexandria, VA 22314

**Project: 181428**          **AvalonBay - 2006**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 8/28/2006 to 10/1/2006**

| *** Total Invoice Amount: | $28,800.00 |
|---|---|

**Billing Group: 101     Fixed Fee**

Invoice:     36768
September 13, 2006

Avalon Fields I and II Mold Cleaning (288 units): $28,800

*need Brian to setup job to pay invoice out until 9/26*

**Project Totals:**

| *** Total Project Invoice Amount: | $28,800.00 |
|---|---|

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| | $0.00 | $0.00 | $0.00 | $0.00 |



*AP: Tim Miller* (handwritten)

# Invoice

**TETRA TECH, INC.**

*James Willden* (handwritten)
*MDCO6* (handwritten)
*581ACC* (handwritten)

Invoice Number:  31365

May 17, 2005

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**     **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 4/4/2005 to 7/1/2005**

*** Total Invoice Amount: **$1,028.72**

**Billing Group: 101**     Fixed Fee

Invoice:  31365

May 17, 2005

**Avalon Fields I**

Current Fee Total:     *$1,028.72*

Billing Group Subtotal:     *$1,028.72*

## Project Totals:

*** Total Project Invoice Amount: **$1,028.72**

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$1,028.72* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



*AP: Jim Miller* (handwritten)

*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 970431**

**July 6, 2004**

To:    Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*MD 006* (handwritten)
*581400* (handwritten)

Project: 181097    Avalon at Fields I, Maryland

Project Manager:  Merle Maass

Professional Services for the Period:  June/July 2004

Billing Group: 101    Phase Fixed Cost

**[1]**  Avalon at Fields I

**Professional Services**

Apartment Inspections

Approved *James Willden* (handwritten)
Dept Code *MDCCb* (handwritten)
Expense Code *581400* (handwritten)

| | Total Charge |
|---|---|
| Apartment Inspections | $1,001.64 |

## Totals

**Total Invoice Amount**    **$1,001.64**

| **_Aged Receivables:_** | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP: Cynthia Enriquez*

**ETRA TECH, INC.**

# Invoice

*James Willden*
*MDCC5*
*581400*

Invoice Number: 31369

May 17, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**   **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 4/4/2005 to 7/1/2005**

|  |  |
|---|---|
| *** Total Invoice Amount: | **$707.24** |

**Billing Group: 101**   Fixed Fee

Invoice: 31369
May 17, 2005

Avalon Crossing



*Current Fee Total:*   *$707.24*

Billing Group Subtotal:   $707.24

## Project Totals:

|  |  |
|---|---|
| *** Total Project Invoice Amount: | **$707.24** |

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$707.24* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |

MFG, Inc., Dept. 1678, Denver, CO 90291-1678    Ph (303) 447-1823   Fax (303) 447-1836

*Page 1*



# Invoice

## ETRA TECH, INC.

Invoice Number: 30600

April 05, 2005

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

APR 1 2 2005

**Project: 181178**      **AvalonBay - 2005 Environmental Services**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 2/28/2005 to 5/3/2005**

|  |  |
|---|---|
| *** Total Invoice Amount : | **$17,200.00** |

| Billing Group: 101   Fixed Fee | Invoice: | 30600 |
|---|---|---|
|  | April 05, 2005 |  |

**Avalon at Crossing**
- Mold Remediation and Cleaning (132 apartments at $100 per apartment)
- Confirmatory Sampling and Analysis ($2,500)
- Reporting ($1,500)

AvalonBay Communities, Inc.

Approval: _____

Dept. Code: MD005

Expense Code: 145900

Amount to be Paid: 17,200

dispo- wipe down

| | |
|---|---|
| *Current Fee Total:* | *$17,200.00* |
| Billing Group Subtotal: | $17,200.00 |

## Project Totals:

|  |  |
|---|---|
| *** Total Project Invoice Amount : | **$17,200.00** |

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$17,200.00* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



*AP: Cynthia Enriquez*

**A Member of the Tetra Tech Team**

# Invoice

**Invoice Number: 970427**

**July 6, 2004**

To:  Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*MD OCS
581400*

Project: 181097    Avalon at Crossing, Maryland

Project Manager: Merle Maass

Professional Services for the Period: June/July 2004

Billing Group: 101    Phase Fixed Cost

**[1]** Avalon at Crossing

*James Willden
Approved:
Dept Code: MDCCS
Expense Code: 581400*

**Professional Services** — Total Charge

Apartment Inspections    $688.68

## Totals

**Total Invoice Amount**    **$688.68**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG) C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171



*A Member of the Tetra Tech Team*

# Invoice



**Invoice Number:** 960418

**August 10, 2004**

To:   Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

MD005
CX017

**Project: 181096      Avalon at Crossing - Rockville, MD 20852**

Project Manager: Merle Maass

Professional Services for the Period: 7/01/2004 to 8/10/2004

Billing Group: 101     Phase Fixed Cost

[1] Mold Remediation and Cleaning

| **Professional Services** | Charge | % Completion |
|---|---|---|
| Molding Remediation and Cleaning | $17,200.00 | 100.0% |

**Totals**

GL 01-00-15900
MD005      2004

 

| **Total Invoice Amount** | **$17,200.00** |
|---|---|

COST CODE      AMOUNT
CX-017     17,200.00



| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 540400**

**September 22, 2004**

*received 9/28*

To:   Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*MD 005*
*CX 017*

**Project: 181154**    **Avalon at Crossing - Rockville, MD 20852**

Project Manager: Merle Maass

Professional Services for the Period:  8/01/2004 to 9/10/2004

---

Billing Group: 101    Phase Fixed Cost

[1] Pressure Washing of Exterior Services to Remove and Prevent Mold Growth

| **Professional Services** | Charge | % Completion |
|---|---|---|
| Molding Remediation and Cleaning | $16,666.67 | 100.0% |

## Totals

**Total Invoice Amount**    **$16,666.67**

*MD005   2004   GL 01-00-15900*
*CX-017   16,666.67*

### Aged Receivables:

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

---

Submit Payment to Tetra Tech (MFG)  C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171



## TETRA TECH, INC.

# Invoice

To:     James R. Willden
        AvalonBay
        2900 Eisenhower Avenue
        Suite 300
        Alexandria, VA 22314

*AvalonBay Communities, Inc.*

Approval: *James Willden*

Dept Code: *MD003*

Expense Code: *581400*

Expense Code: _____

Expense Code: _____

Project: 181293          AvalonBay 2006

Project Manager: Mark R. Bishop

**Professional Services for the Period: 5/1/2006 to 7/31/2006**

| | |
|---|---|
| *** Total Invoice Amount: | **$1,919.92** |

Billing Group: 101     Fixed Fee

Invoice:     34398

February 13, 2006

Maryland Apartment Inspections
MD003   Avalon at Decoverly    368   $1,919.92

Current Fee Total:          $1,919.92

Billing Group Subtotal:     $1,919.92

## Project Totals:

| | |
|---|---|
| *** Total Project Invoice Amount: | **$1,919.92** |

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$1,919.92* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



*AP. Cynthia Enriquez* (handwritten)

# Invoice

**TRA TECH, INC.**

*James Willden* (handwritten)
*MD003* (handwritten)
*581400* (handwritten)

Invoice Number: 31300

May 17, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**     **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 4/4/2005 to 7/1/2005**

*** Total Invoice Amount: **$1,971.71**

**Billing Group: 101**   Fixed Fee

Invoice:     31300
May 17, 2005

Avalon at Decoverly

*Current Fee Total:*     *$1,971.71*

*Billing Group Subtotal:*     $1,971.71

## Project Totals:

*** Total Project Invoice Amount: **$1,971.71**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$1,971.71* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



*AP: Cynthia Enriquez*

*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 970428**

**July 6, 2004**

To:  Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*MD C65*
*581400*

Project: 181097  Avalon at Decoverly, Maryland

Project Manager: Merle Maass

Professional Services for the Period:  June/July 2004

Billing Group: 101    Phase Fixed Cost

[1]  Avalon at Decoverly

*Avalon Bay Communities, Inc.*
*Approved: James Willden*
*Dept Code:*
*Expense Code: MDC03*
*Expense Code: 581400*
*Expense:*

| **Professional Services** | | **Total Charge** |
|---|---|---|
| Apartment Inspections | | $1,919.88 |

## Totals

**Total Invoice Amount**    **$1,919.88**

| **Aged Receivables:** | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



# TETRA TECH, INC.

# Invoice

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

AvalonBay Communities, Inc.

Approval: _James W._

Dept Code: _MD002_

Expense Code: _581400_

Expense Code: _____

Expense Code: _____

Invoice Number: 34397

February 13, 2006

Project: 181293          AvalonBay 2006

Project Manager: Mark R. Bishop

**Professional Services for the Period: 5/1/2006 to 7/31/2006**

| *** Total Invoice Amount: | **$1,008.00** |
|---|---|

Billing Group: 101     Fixed Fee

Invoice:      34397
February 13, 2006

Maryland Apartment Inspections
MD002   Avalon at Fairway Hills II    528   $1,008.00

Current Fee Total:          *$1,008.00*

Billing Group Subtotal:      $1,008.00

## Project Totals:

| *** Total Project Invoice Amount: | **$1,008.00** |
|---|---|

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $1,008.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP: Cynthia Enriquez* (handwritten)

# Invoice

:TRA TECH, INC.

*James Willden* (handwritten)
*MDOCA* (handwritten)
*581400* (handwritten)

| | | |
|---|---|---|
| Invoice Number: | 31302 | |
| May 17, 2005 | | |

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**      **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 4/4/2005 to 7/1/2005**

|  | |
|---|---|
| *** Total Invoice Amount: | **$2,828.98** |

**Billing Group: 101**   Fixed Fee

Invoice:   31302
May 17, 2005

Avalon at Fairway Hills II



| | |
|---|---|
| *Current Fee Total:* | *$2,828.98* |
| Billing Group Subtotal: | $2,828.98 |

## Project Totals:

| | |
|---|---|
| *** Total Project Invoice Amount: | **$2,828.98** |

<u>*Aged Receivables:*</u>

| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
|---|---|---|---|---|
| *$2,828.98* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



*AP: Cynthia Enriquez*

**A Member of the Tetra Tech Team**

# Invoice

Invoice Number: 970430

July 6, 2004

To: Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*MD002*
*581400*

Project: 181097    Avalon at Fairway Hills II, Maryland

Project Manager: Merle Maass

Professional Services for the Period: June/July 2004

Billing Group: 101    Phase Fixed Cost

[1] Avalon at Fairway Hills II

| **Professional Services** | Total Charge |
|---|---|
| *James Willden* | |
| Dept Code: *MD002* | |
| Apartment Inspections Expense Code: *581400* | $2,754.72 |
| Expense Code | |

**Totals**

**Total Invoice Amount**    **$2,754.72**

| **Aged Receivables:** | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 960427**

**September 12, 2004**

*received 9/17*

To:   Accounts Payable
      Avalon Bay Communities, Inc.
      2900 Eisenhower
      Alexandria, VA 22314

Project: 181096      **Avalon at Fairway Hills II - Columbia,  MD 21044**

Project Manager:  Merle Maass

Professional Services for the Period:  September 2004

Billing Group: 101    Phase Fixed Cost    GL 01-00-15900   MD002
                                          MD002    2004   CF017
**[1]  Avalon at Fairway Hills II**

                                          CF-017  53,000.00

| **Professional Services** | **Total Charge** | **% Completion** |
|---|---|---|
| Mold Remediation and Cleaning | $53,000.00 | 100.0% |

**Totals**

                    **Total Invoice Amount**     **$53,000.00**

<u>*Aged Receivables:*</u>

| <u>Current</u> | <u><61 Days</u> | <u>61-90 Days</u> | <u>91-120 Days</u> | <u>>120 Days</u> |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



**TETRA TECH, INC.**

# Invoice

Invoice Number:     34396

February 13, 2006

To:   James R. Willden
      AvalonBay
      2900 Eisenhower Avenue
      Suite 300
      Alexandria, VA 22314

Avalonbay Communities, Inc.
Approval: *James Willden*
Dept Code: _MD001_
Expense Code: _541400_
Expense Code: _____
Expense Code

**Project: 181293**          **AvalonBay 2006**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 5/1/2006 to 7/31/2006**

**\*\*\* Total Invoice Amount:**          **$1,008.00**

Billing Group: 101     Fixed Fee                    Invoice:      34396

February 13, 2006

**Maryland Apartment Inspections**
**MD001   Avalon at Fairway Hills I   192   $1,008.00**

*Current Fee Total:*          *$1,008.00*

Billing Group Subtotal:          $1,008.00

**Project** otals:

**\*\*\* Total Project Invoice Amount:**          **$1,008.00**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $1,008.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP: Cynthia Enriquez* (handwritten)

# Invoice

**ETRA TECH, INC.**

*James Willden* (handwritten)
*MD001* (handwritten)
*581400* (handwritten)

Invoice Number:    31301

May 17, 2005

To:   James R. Willden
      AvalonBay
      2900 Eisenhower Avenue
      Suite 300
      Alexandria, VA 22314

**Project: 181179         AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 4/4/2005 to 7/1/2005**

*** Total Invoice Amount:          **$1,028.72**

**Billing Group: 101**      Fixed Fee                                  Invoice:      31301

May 17, 2005

Avalon at Fairway Hills I

| | |
|---|---|
| *Current Fee Total:* | *$1,028.72* |
| Billing Group Subtotal: | $1,028.72 |

## Project Totals:

*** Total Project Invoice Amount :          **$1,028.72**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$1,028.72* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



*AP: Cynthia Enriquez*

*A Member of the Tetra Tech Team*

# Invoice

*Md001*

**Invoice Number: 970429**

**July 6, 2004**

To:     Accounts Payable
        Avalon Bay Communities, Inc.
        2900 Eisenhower
        Alexandria, VA 22314

*MD001*
*581400*

Project: 181097     Avalon at Fairway Hills I, Maryland

Project Manager:  Merle Maass

Professional Services for the Period:  June/July 2004

Billing Group: 101     Phase Fixed Cost

**[1]** Avalon at Fairway Hills I



| **Professional Services** | | **Total Charge** |
|---|---|---|
| Apartment Inspections | | $1,001.64 |

*James Willden*
*MD001*
*581400*

## Totals

**Total Invoice Amount**     **$1,001.64**

---

**Aged Receivables:**

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

---

Submit Payment to Tetra Tech (MFG)  C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171



*A Member of the Tetra Tech Team*

# Invoice



received
8/5

**Invoice Number: 960421**

**August 16, 2004**

To:   Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

MD 001
CX017

Project: 181097   **Avalon at Fairway Hills I - Columbia, MD 21044**

Project Manager: Merle Maass

Professional Services for the Period: August 2004

Billing Group: 101   Phase Fixed Cost   GL 01-00-15900

**[1] Avalon at Fairway Hills I** MD001   2004

CX-017   20,000.00

| | | | | | |
|---|---|---|---|---|---|
| | COST CODE | AMOUNT | | Total Charge | % Completion |
| **Professional Services** | | | | | |
| Mold Remediation and Cleaning | | | | $20,000.00 | 100.0% |

**Totals**

**Total Invoice Amount**   **$20,000.00**

_Aged Receivables:_

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



**TETRA TECH, INC.**

# Invoice

NOV 17 2005

Invoice Number: 31991

July 13, 2005

*to Darren 7/14/05*

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181199**     **AvalonBay**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 5/30/2005 to 7/18/2005**

| | *** Total Invoice Amount: | **$2,000.00** |
|---|---|---|

Billing Group: 101     Fixed Fee

Invoice: 31991

July 13, 2005

AvalonBay at Essex
 - Air Sampling/Mold Evaluation

AvalonBay Communities Inc.

Approval _____

Dept Code MA018

Expense Code 2612-2900

amount to be paid 2000 =

Acq - Crossleys - Air sampl/mold eval.

| | *Current Fee Total:* | $2,000.00 |
|---|---|---|
| | Billing Group Subtotal: | $2,000.00 |

**Project Totals:**

| | *** Total Project Invoice Amount: | **$2,000.00** |
|---|---|---|

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MFG, Inc., Dept. 1678, Denver, CO 80291-1678     Ph (970) 223-9600     Fax (970) 223-7171     Federal Tax ID: 84-1490184

Page 1



# TETRA TECH, INC.

# Invoice

Invoice Number:     35708

June 05, 2006

To:     James R. Willden
        AvalonBay
        2900 Eisenhower Avenue
        Suite 300
        Alexandria, VA 22314

**Project: 181293**        *AvalonBay 2006*

Project Manager: Mark R. Bishop

**Professional Services for the Period: 5/1/2006 to 5/28/2006**

| | |
|---|---|
| *** Total Invoice Amount: | **$28,000.00** |

**Billing Group: 101**     Fixed Fee

Invoice:     35708
June 05, 2006

AvalonBay at Flanders Hill Mold Cleaning:  Total Cost:  $28,000

*Current Fee Total:*          *$28,000.00*

*Billing Group Subtotal:*     $28,000.00

## Project Totals:

| | |
|---|---|
| *** Total Project Invoice Amount: | **$28,000.00** |

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $28,000.00 | $32,479.07 | $0.00 | $0.00 | $0.00 |



A.P. *Karl Taylor*

# Invoice

## TETRA TECH, INC.

Invoice Number: 31304
May 17, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

*James Willden*
*MA013*
*581400*

**Project: 181179**      **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 4/4/2005 to 7/1/2005**

\*\*\* Total Invoice Amount :     **$1,500.21**

'ing Group: 101    Fixed Fee        Invoice: 31304
May 17, 2005

**Avalon at Flander's Hill**

| | |
|---|---|
| *Current Fee Total:* | *$1,500.21* |
| Billing Group Subtotal: | $1,500.21 |

## Project Totals:

\*\*\* Total Project Invoice Amount :     **$1,500.21**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$1,500.21* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



AP: Kate Taylor

*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 970482**

**October 25, 2004**

To: Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*James Wilden*
*MA013*
*581400*

*$ 1,460.76*

Project: 181097     Avalon at Flanders Hill, MA

*551400*

Project Manager: Merle Maass

*MA013*

Professional Services for the Period:  October 2004

Billing Group: 101     Phase Fixed Cost

[1]  Avalon at Flanders Hill

**Professional Services**                                    Total Charge

Apartment Inspections                                        $1,460.76

**Totals**

**Total Invoice Amount**          **$1,460.76**

**Aged Receivables:**

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---------|----------|------------|-------------|-----------|
| $0.00   | $0.00    | $0.00      | $0.00       | $0.00     |

Submit Payment to Tetra Tech (MFG)  C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171



*AP: Susana Avalos* (handwritten)

# Invoice

## TETRA TECH, INC.

*James Willden* (handwritten)
*MAC12* (handwritten)
*581400* (handwritten)

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

Invoice Number: 31347
May 17, 2005

**Project: 181179**   **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 4/4/2005 to 7/1/2005**

*** Total Invoice Amount : **$835.83**

.ing Group: 101   Fixed Fee

Invoice: 31347
May 17, 2005

Avalon Orchards

*Current Fee Total:*   *$835.83*

*Billing Group Subtotal:*   $835.83

## Project Totals:

*** Total Project Invoice Amount : **$835.83**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $835.83 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP: Beatrice Chiin*

*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 970481**

**October 25, 2004**

To:   Accounts Payable
      Avalon Bay Communities, Inc.
      2900 Eisenhower
      Alexandria, VA 22314

*James Willden*
*MAC12*
*5814CO*
*$813.84*

*5814CC*
*MAC12*

Project: 181097      Avalon at Orchards, MA

Project Manager:  Merle Maass

Professional Services for the Period:  October 2004

Billing Group: 101      Phase Fixed Cost

[1]  Avalon at Orchards

**Professional Services**

Apartment Inspections

<u>Total Charge</u>

$813.84

**Totals**

**Total Invoice Amount**      **<u>$813.84</u>**

---

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| <u>Current</u> | <u><61 Days</u> | <u>61-90 Days</u> | <u>91-120 Days</u> | <u>>120 Days</u> |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP: Karl Taylor*

*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 970480**

**October 25, 2004**

*James Willden*
*MA 011*
*581400*

*$ 1,586.04*

To:   Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*551400*
*MA 011*

Project: 181097      Avalon at Ledges, MA

Project Manager:  Merle Maass

Professional Services for the Period:  October 2004

Billing Group: 101     Phase Fixed Cost

**[1]**  Avalon at Ledges

**Professional Services**                                    Total Charge

Apartment Inspections                                        $1,586.04

**Totals**              **Total Invoice Amount**         **$1,586.04**

---

**Aged Receivables:**

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---------|----------|------------|-------------|-----------|
| $0.00   | $0.00    | $0.00      | $0.00       | $0.00     |

Submit Payment to Tetra Tech (MFG)  C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171



AP: Karl Taylor

James Willden
MADIO
581400

# Invoice

## TETRA TECH, INC.

Invoice Number: 31350
May 17, 2005

To:  James R. Willden
     AvalonBay
     2900 Eisenhower Avenue
     Suite 300
     Alexandria, VA 22314

**Project: 181179**       **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 4/4/2005 to 7/1/2005**

*** Total Invoice Amount: **$642.95**

ing Group: **101**    Fixed Fee                  Invoice:      31350
                                                 May 17, 2005

Avalon Oaks West

*Current Fee Total:*              *$642.95*

Billing Group Subtotal:          $642.95

## Project Totals:

*** Total Project Invoice Amount: **$642.95**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$642.95* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



*AP: Beatrice Chun* (handwritten)

## A Member of the Tetra Tech Team

# Invoice

**Invoice Number: 970479**

**October 25, 2004**

To:    Accounts Payable
      Avalon Bay Communities, Inc.
      2900 Eisenhower
      Alexandria, VA 22314

*James Willden* (handwritten)
*MAGIC* (handwritten)
*58140C* (handwritten)
*$626.04* (handwritten)

Project: 181097      Avalon at Oaks West, MA

*58140C* (handwritten)

Project Manager: Merle Maass

Professional Services for the Period: October 2004

*MAGIC* (handwritten)

Billing Group: 101     Phase Fixed Cost

[1] Avalon at Oaks West

**Professional Services**                       <u>Total Charge</u>

Apartment Inspections                       $626.04

**Totals**

               **Total Invoice Amount**      **$626.04**

---

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| <u>Current</u> | <u><61 Days</u> | <u>61-90 Days</u> | <u>91-120 Days</u> | <u>>120 Days</u> |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

---

Submit Payment to Tetra Tech (MFG) C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525 (970) 223-9600 Fax (970) 223 7171



# Invoice

JUL 1 4 2005

.TRA TECH, INC.

Invoice Number:     31750
July 06, 2005

To:    James R. Willden
       AvalonBay
       2900 Eisenhower Avenue
       Suite 300
       Alexandria, VA 22314

**Project: 181199**          **AvalonBay**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 5/30/2005 to 7/6/2005**

|  |  |
|---|---|
| **\*\*\* Total Invoice Amount:** | **$20,500.00** |

Billing Group: 101     Fixed Fee

Invoice:     31750
July 06, 2005

AvalonBay Communities, Inc.

AvalonBay at Estates
  - Mold Cleaning and Reporting

Approval:

Dept. Code: MA009

Expense Code: 145900

*162 × 100*

*+ 4000*

*Test / Report*

*+ 300 clean samples*

*for prep*

Amount to be Paid:

|  |  |
|---|---|
| Current Fee Total: | $20,500.00 |

*disp. Estates mold cleanup*

|  |  |
|---|---|
| Billing Group Subtotal: | $20,500.00 |

## Project Totals:

|  |  |
|---|---|
| **\*\*\* Total Project Invoice Amount:** | **$20,500.00** |

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $20,500.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP: Cynthia Enriquez*

*charge to proj. part of Dep.*

# Invoice

Invoice Number: 33390
November 30, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181199**      AvalonBay

Project Manager: Mark R. Bishop
**Professional Services for the Period: 11/28/2005 to 1/1/2006**

***Total Invoice Amount:***      **$16,200.00**

---

**Billing Group: 101**    Fixed Fee

Invoice: 33390
November 30, 2005

**Avalon at Estates, One Avalon Drive Hull, MA 02045**

- **Mold Removal and Cleaning - $16,200**

- **Confirmation Sampling and Reporting - (No Charge)**

*James Willden*
*MA009*
*145200*
*$16,200*

*Current Fee Total:*      *$16,200.00*

Billing Group Subtotal:      $16,200.00

## Project Totals:

*** Total Project Invoice Amount:      **$16,200.00**

---



TETRA TECH, INC.



# Invoice

Invoice Number:  32718
October 06, 2005

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181199**          **AvalonBay**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 10/3/2005 to 10/30/2005**

*** Total Invoice Amount :          **$2,500.00**

---

**Billing Group: 101**     Fixed Fee

Invoice:      32718
October 06, 2005

**Avalon at Estates (The Barn) Mold Sampling & Anaylses**

AvalonBay Communities, Inc.

Approval: _____

Dept. Code: _MA009_

Expense Code: _145200_

Amount to be Paid: _2500.00_

**Project Totals:**          dispo-Estates

Current Fee Total:          $2,500.00

Billing Group Subtotal:     $2,500.00

*** Total Project Invoice Amount :          **$2,500.00**

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $2,500.00 | $0.00 | $0.00 | $0.00 | $0.00 |



AP: Cynthia Enriquez

# Invoice

## TETRA TECH, INC.

James Willden
MACC9
58140C

Invoice Number:     31366

May 17, 2005

To:     James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**          **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 4/4/2005 to 7/1/2005**

*** Total Invoice Amount:          **$867.98**

Billing Group: 101     Fixed Fee          Invoice:     31366

May 17, 2005

Avalon Estates

*Current Fee Total:*          *$867.98*

Billing Group Subtotal:     $867.98

## Project Totals:

*** Total Project Invoice Amount:          **$867.98**

| *Aged Receivables:* | | | | |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$867.98* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |

---

MFG, Inc., Dept. 1678, Denver, CO 90291-1678     Ph (303) 447-1823     Fax (303) 447-1836



*UP: Cynthia Enriquez*

*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 970478**

**October 25, 2004**

To:   Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*James Willden*
*MACCG*
*581400*
*$845.19*

*551400*

*MACCG*

Project: 181097     Avalon at Estates, MA

Project Manager: Merle Maass

Professional Services for the Period:  October 2004

Billing Group: 101    Phase Fixed Cost

**[1]**  Avalon at Estates

**Professional Services**                <u>Total Charge</u>

Apartment Inspections                    $845.16

**Totals**

        **Total Invoice Amount**      <u>**$845.16**</u>

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| <u>Current</u> | <u><61 Days</u> | <u>61-90 Days</u> | <u>91-120 Days</u> | <u>>120 Days</u> |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



VP. Sue Ebron *(handwritten)*

# Invoice

**TETRA TECH, INC.**

James Willden *(handwritten)*
MAC08 *(handwritten)*
581400 *(handwritten)*

Invoice Number: 31326
May 17, 2005

To:     James R. Willden
        AvalonBay
        2900 Eisenhower Avenue
        Suite 300
        Alexandria, VA 22314

**Project: 181179**          **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 4/4/2005 to 7/1/2005**

*** Total Invoice Amount:          **$4,184.53**

**ing Group: 101**      Fixed Fee                                      Invoice:      31326
                                                                        May 17, 2005

**Prudential Center**

*Current Fee Total:*          *$4,184.53*

Billing Group Subtotal:          $4,184.53

## Project Totals:

*** Total Project Invoice Amount:          **$4,184.53**

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $4,184.53 | $0.00 | $0.00 | $0.00 | $0.00 |

MFG, Inc., Dept. 1678, Denver, CO 90291-1678      Ph (303) 447-1823    Fax (303) 447-1836

*Page 1*



*AP: Reed Deipke* (handwritten)

*A Member of the Tetra Tech Team*

# Invoice

Invoice Number: 970477

October 25, 2004

To:  Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*James Willden* (handwritten)
*MACC8* (handwritten)
*551400* (handwritten)
*$ 4,074.60* (handwritten)
*551400* (handwritten)
*MACC8* (handwritten)

Project: 181097    Avalon at Prudential Center, MA

Project Manager:  Merle Maass

Professional Services for the Period:  October 2004

Billing Group: 101    Phase Fixed Cost

[1]  Avalon at Prudential Center

**Professional Services**                    Total Charge

Apartment Inspections                     $4,074.60

**Totals**

**Total Invoice Amount**          **$4,074.60**

**Aged Receivables:**

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---------|----------|------------|-------------|-----------|
| $0.00   | $0.00    | $0.00      | $0.00       | $0.00     |



AP. Karl Taylor

# ETRA TECH, INC.

# Invoice

James Willden
MA001
581400

Invoice Number: 31303
May 17, 2005

To:   James R. Willden
      AvalonBay
      2900 Eisenhower Avenue
      Suite 300
      Alexandria, VA 22314

**Project: 181179**         **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 4/4/2005 to 7/1/2005**

*** Total Invoice Amount:                    **$916.20**

**Billing Group: 101**      Fixed Fee                    Invoice:        31303
                                                         May 17, 2005

**Avalon at Faxon Park**

*Current Fee Total:*                    $916.20

Billing Group Subtotal:                $916.20

## Project Totals:

*** Total Project Invoice Amount:            **$916.20**

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $916.20 | $0.00 | $0.00 | $0.00 | $0.00 |



*Handwritten: AP: Karl Taylor*

*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 970476**

**October 25, 2004**

To:  Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*Handwritten: James Willden*
*MACC7*
*581400*
*$892.08*
*581400*
*MACC7*

Project: 181097      Avalon at Faxon, MA

Project Manager:  Merle Maass

Professional Services for the Period:  October 2004

Billing Group: 101      Phase Fixed Cost

**[1]**  Avalon at Faxon

**Professional Services**                                **Total Charge**

Apartment Inspections                                $892.08

**Totals**

**Total Invoice Amount**          **$892.08**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG)  C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171

 *A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 540414**

**November 8, 2004**

To:   Accounts Payable
      Avalon Bay Communities, Inc.
      2900 Eisenhower
      Alexandria, VA 22314

Project: **181154**      **Avalon at Faxon Park**

Project Manager:  Merle Maass

Professional Services for the Period:  November 2004

Billing Group: 101      Phase Fixed Cost (171 Units)

**[1]  Avalon at Faxon Park, 500 Falls Boulevard, Quincy, MA**

| **Professional Services** | Total Charge | % Completion |
|---|---|---|
| Mold Remediation and Cleaning | $17,100.00 | 100.0% |

**Totals**

**Total Invoice Amount**       **$17,100.00**



| **_Aged Receivables:_** | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



AP: Sue Ebron



James Willden
MACC6
581400

# Invoice

eTRA TECH, INC.

Invoice Number: 31367
May 17, 2005

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**        **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 4/4/2005 to 7/1/2005**

*** Total Invoice Amount: **$825.12**

**Billing Group: 101**      Fixed Fee                    Invoice:      31367
May 17, 2005

**Avalon Essex**

*Current Fee Total:*        *$825.12*

*Billing Group Subtotal:*   *$825.12*

## Project Totals:

*** Total Project Invoice Amount : **$825.12**

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$825.12* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |

---

MFG, Inc., Dept. 1678, Denver, CO 90291-1678      Ph (303) 447-1823    Fax (303) 447-1836



*AP: Sue Ehron*

*A Member of the Tetra Tech Team*

# Invoice

Invoice Number: 970475

October 25, 2004

To: Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*James Wilden*
*MACC6*
*581400*
*$803.40*

*581400*
*MA CC 6*

Project: 181097      Avalon at Essex, MA

Project Manager: Merle Maass

Professional Services for the Period: October 2004

Billing Group: 101     Phase Fixed Cost

**[1]** Avalon at Essex

**Professional Services**                     Total Charge

Apartment Inspections                           $803.40

**Totals**

**Total Invoice Amount**          **$803.40**

| Aged Receivables: | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |