

TETRA TECH, INC.

# Invoice

Invoice Number: 33334
November 21, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181199** **AvalonBay**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 10/26/2005 to 11/18/2005**

*** Total Invoice Amount: **$42,000.00**

ng Group: 101 Fixed Fee

Invoice: 33334
November 21, 2005

**Avalon at AutumnWood (Fairfax, VA) Mold Removal and Cleaning**

***Current Fee Total:*** *$42,000.00*

Billing Group Subtotal: $42,000.00

## Project Totals:

*** Total Project Invoice Amount: **$42,000.00**

*Aged Receivables:*

| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|---|
| $42,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |



AP: Cynthia Enriquez
TETRA TECH, INC.

# Invoice

James Willden
CT800
581400

Invoice Number: 31358
May 17, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179** **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 4/4/2005 to 7/1/2005**

*** Total Invoice Amount: **$2,153.88**

**Billing Group: 101** Fixed Fee

Invoice: 31358
May 17, 2005

**Avalon Grove**

*Current Fee Total:* *$2,153.88*

Billing Group Subtotal: $2,153.88

## Project Totals:

*** Total Project Invoice Amount: **$2,153.88**

***Aged Receivables:***

| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|---|
| $2,153.88 | $0.00 | $0.00 | $0.00 | $0.00 |



*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 25155-3**

**March 25, 2004**

To: Mr. James Willden
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

**Project: 181096** **AvalonBay Laguna Niguel Community**

Project Manager: Merle Maass

Professional Services for the Period: March 2004

Billing Group: 101 Phase Fixed Cost

AvalonBay Communities, Inc.
Approval: ________
Dept. Code: UACS4
Expense Code: 145200
Amount to be Paid: 20,100
dispo-Laguna Niguel

MAR 29 2004

**Contract #: Verbal**

[1] Site Cleaning and Confirmatory Sampling

| **Professional Services** | Charge | % Completion |
|---|---|---|
| Site Visits and Project Analyses | $20,100 | 100% |
| **Professional Services Total** | **$20,100** | **100%** |

**Totals**

**Total Invoice Amount** **$20,100**

***Aged Receivables:***

| Current | <61 Days | 61-90 Days | 91-120 Days | ≥120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG) C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525 (970) 223-9600 Fax (970) 223 7171



AP: Emi Neubauer

TETRA TECH, INC.

# Invoice

Invoice Number: 34343
February 10, 2006

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

Approval: James Willden
Dept Code: CA053
Expense Code: 581400
$1,226.03

**Project: 181293** **AvalonBay 2006**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/15/2006 to 4/1/2006**

*** Total Invoice Amount: **$1,226.03**

**Billing Group: 101** Fixed Fee

Invoice: 34343
February 10, 2006

**California Apartment Inspections**
**CA053 Willow Creek 235 $1,226.03**

*Current Fee Total:* *$1,226.03*

Billing Group Subtotal: $1,226.03

**Project Totals:**

*** Total Project Invoice Amount: **$1,226.03**

*Aged Receivables:*

| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
|---|---|---|---|---|
| *$1,226.03* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



AP: Cynthia Enriquez

# Invoice

**TETRA TECH, INC.**

Invoice Number: 30056
February 07, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179** **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount: **$1,245.46**

Invoice: 30056
February 07, 2005

**Billing Group: 101** Fixed Fee

**Willow Creek**

**Apartment Inspections**

James Willden
CA053
581400

*Current Fee Total:* *$1,245.46*

Billing Group Subtotal: $1,245.46

## Project Totals:

*** Total Project Invoice Amount: **$1,245.46**

*Aged Receivables:*

| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|---|
| $1,245.46 | $0.00 | $0.00 | $0.00 | $0.00 |



*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 25907**

**May 10, 2004**

To: Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

CA053
CF070

Project: 181097 AvalonBay at Willow Creek – Fremont, CA

Project Manager: Merle Maass

Professional Services for the Period: April/May 2004

GL 01-00-15900
2004

Billing Group: 101 Phase Fixed Cost ($90/Apartment at 235 Units)

CA053

**[1] AvalonBay at Willow Creek** CF-070 21,150.00

5-5-04

| **Professional Services** | Total Charge | % Completion |
|---|---|---|
| Apartment Cleaning and Restoration | $21,150.00 | 100.0% |

**Totals**

**Total Invoice Amount** **$21,150.00**

***Aged Receivables:***

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG) C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525 (970) 223-9600 Fax (970) 223 7171



*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 25630**

**April 16, 2004**

To: Mr. James Willden
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

Willow Creek CA

**Project: 181096** **AvalonBay Willow Community**

GL 01-00-15900
CA053 2004
CX-017 14,587.00

Project Manager: Merle Maass

Professional Services for the Period: April 2004

Billing Group: 101 Phase Fixed Cost

AvalonBay Communities, Inc.
Approval:
Dept Code:
Expense Code:
Expense Code:
Expense Code:

**Contract #: Verbal**

[1] Mold Remediation/ Sampling/ Technical Evaluations

| **Professional Services** | Charge | % Completion |
|---|---|---|
| Mold Remediation/ Sampling/ Technical Evaluations | $14,587 | 100% |
| **Professional Services Total** | **$14,587** | **100%** |

**Totals**

**Total Invoice Amount** **$14,587**

***Aged Receivables:***

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG) C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525 (970) 223-9600 Fax (970) 223 7171



*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 25155-2**

**March 25, 2004**

To: Mr. James Willden
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

mcl

CX-017
CA053
2004

**Project: 181096** **AvalonBay Willow Community** Creek

Project Manager: Merle Maass

Professional Services for the Period: March 2004

GL 01-00-15900
CA053 2004
CX-017 25,413.00

Billing Group: 101 Phase Fixed Cost

**Contract #: Verbal**

[1] Mold Analyses and Technical Support/Evaluations

| **Professional Services** | Charge | % Completion |
|---|---|---|
| Mold Analyses and Technical Support/Evaluations | $25,413 | TBD |
| **Professional Services Total** | **$25,413** | **TBD** |

**Totals**

**Total Invoice Amount** **$25,413**

4-8-04

***Aged Receivables:***

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG) C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525 (970) 223-9600 Fax (970) 223 7171



AP: Emi Neubauer

# Invoice

TETRA TECH, INC.

Invoice Number: 34342
February 10, 2006

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

AvalonBay Communities, Inc.
Approval: James Willden
Dept Code: CA052
Expense Code: 581400
Expense Code: $2,838.14
Expense C:

**Project: 181293** **AvalonBay 2006**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/15/2006 to 4/1/2006**

*** Total Invoice Amount: **$2,838.14**

Invoice: 34342
February 10, 2006

**Billing Group: 101** Fixed Fee

**California Apartment Inspections**
**CA052 Waterford 544 $2,838.14**

*Current Fee Total:* *$2,838.14*

Billing Group Subtotal: $2,838.14

**Project Totals:**

*** Total Project Invoice Amount: **$2,838.14**

*Aged Receivables:*

| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|---|
| $2,838.14 | $0.00 | $0.00 | $0.00 | $0.00 |



AP: Michelle Torrez

# Invoice

TETRA TECH, INC.

CA052
581400

Invoice Number: 30055
February 07, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179** **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount: **$2,883.11**

**Billing Group: 101** Fixed Fee

Invoice: 30055
February 07, 2005

**Waterford**

**Apartment Inspections**

James Willden
CA052
581400

*Current Fee Total:* *$2,883.11*

Billing Group Subtotal: $2,883.11

## Project Totals:

*** Total Project Invoice Amount: **$2,883.11**

*Aged Receivables:*

| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|---|
| $2,883.11 | $0.00 | $0.00 | $0.00 | $0.00 |



TETRA TECH, INC.

# Invoice

Invoice Number: 30077
February 07, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181178** **AvalonBay - 2005 Environmental Services**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount: **$54,400.00**

**Billing Group: 101** Fixed Fee

Invoice: 30077
February 07, 2005

**Avalon at Waterford**
- **Mold Sampling and Analysis**
- **Mold Cleaning**
- **Reporting**

*Current Fee Total:* *$54,400.00*

Billing Group Subtotal: $54,400.00

## Project Totals:

*** Total Project Invoice Amount: **$54,400.00**

*Aged Receivables:*

| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|---|
| $54,400.00 | $0.00 | $0.00 | $0.00 | $0.00 |



TETRA TECH, INC.

# Invoice

Invoice Number: 34060
January 24, 2006

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181293** **AvalonBay 2006**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/2/2006 to 1/29/2006**

*** Total Invoice Amount: **$49,000.00**

**Billing Group: 101** Fixed Fee

Invoice: 34060
January 24, 2006

**Avalon at Diamond Heights:**
**Task 1: Review of Mold Scope of Work Including Recommendations**
**Task 2: Site Remediation, Sampling, and Reporting**

*Current Fee Total:* *$49,000.00*

Billing Group Subtotal: $49,000.00

## Project Totals:

*** Total Project Invoice Amount: **$49,000.00**

*Aged Receivables:*

| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|---|
| $49,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MFG, Inc., Dept. 1678, Denver, CO 80291-1678 Ph (970) 223-9600 Fax (970) 223-7171 Federal Tax ID: 84-1490184



AP: Susana Avalos

# Invoice

. ETRA TECH, INC.

CA051
581400

Invoice Number: 30054
February 07, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179** **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount: **$816.18**

**Billing Group: 101** Fixed Fee

Invoice: 30054
February 07, 2005

**Avalon at Diamond Heights**

**Apartment Inspections**

James Willden
CA051
581400

*Current Fee Total:* *$816.18*

Billing Group Subtotal: $816.18

## Project Totals:

*** Total Project Invoice Amount: **$816.18**

*Aged Receivables:*

| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|---|
| $816.18 | $0.00 | $0.00 | $0.00 | $0.00 |

MFG, Inc., Dept. 1678, Denver, CO 90291-1678 Ph (303) 447-1823 Fax (303) 447-1836



AP- Susana Avalos

*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 25156-15**

**March 26, 2004**

To: Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

CA051
581400

Project: 181097 AvalonBay Diamond Heights, CA Community

Project Manager: Merle Maass

Professional Services for the Period: March 2004

Billing Group: 101 Phase Fixed Cost

**[1] Avalon Diamond Heights, CA**

| **Professional Services** | | Total Charge |
|---|---|---|
| Apartment Inspections | James Willden CA051 581400 | $803.40 |

**Totals**

**Total Invoice Amount** **$803.40**

***Aged Receivables:***

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG) C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525 (970) 223-9600 Fax (970) 223 7171



AP: Michelle Jorrez

# Invoice

.ETRA TECH, INC.

Invoice Number: 30011
February 07, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

CA050
581400

**Project: 181179** **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount: **$1,595.25**

**Billing Group: 101** Fixed Fee

Invoice: 30011
February 07, 2005

**Avalon Santa Margarita**

**Apartment Inspections**

Approval: James Willden
Dept Code: CA050
Expense Code: 581400

*Current Fee Total:* *$1,595.25*

Billing Group Subtotal: $1,595.25

## Project Totals:

*** Total Project Invoice Amount: **$1,595.25**

***Aged Receivables:***

| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
|---|---|---|---|---|
| *$1,595.25* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |

MFG, Inc., Dept. 1678, Denver, CO 90291-1678 Ph (303) 447-1823 Fax (303) 447-1836



TETRA TECH, INC.

# Invoice

GL 01-00-15900
CA050 2005
CF-017 30,100.00

Invoice Number: 30587
March 25, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181178** **AvalonBay - 2005 Environmental Services**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 2/28/2005 to 4/3/2005**

*** Total Invoice Amount: **$30,100.00**

**Billing Group: 101** Fixed Fee

Invoice: 30587
March 25, 2005

**Avalon Bay Santa Margarita**

**Cleaning (301 apartments at $100 per apartment)**

CA050
2005 extra
CF017

*Current Fee Total:* *$30,100.00*

Billing Group Subtotal: $30,100.00

**Project Totals:**

*** Total Project Invoice Amount: **$30,100.00**

***Aged Receivables:***

| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|---|
| $30,100.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MFG, Inc., Dept. 1678, Denver, CO 90291-1678 Ph (303) 447-1823 Fax (303) 447-1836



AP: Reed Doepke

*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 25880-003**

**May 7, 2004**

To: Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

CA050
581400

Project: 181097 AvalonBay at Santa Margarita, CA Community

Project Manager: Merle Maass

Professional Services for the Period: April 2004

Billing Group: 101 Phase Fixed Cost

Approved: James Willden
Dept Code: CA050
Expense Code: 581400

**[1] AvalonBay at Santa Margarita, CA**

| **Professional Services** | Total Charge |
|---|---|
| Apartment Inspections | $1,570.32 |

**Totals**

**Total Invoice Amount** **$1,570.32**

***Aged Receivables:***

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



AP: Nestor Lizama

TETRA TECH, INC.

# Invoice

Invoice Number: 34340
February 10, 2006

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

Approval: James Willden
Dept Code: CA049
Expense Code: 581400
Expense Code:
$1,293.86

**Project: 181293** **AvalonBay 2006**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/15/2006 to 4/1/2006**

*** Total Invoice Amount: **$1,293.86**

Invoice: 34340
February 10, 2006

**Billing Group: 101** Fixed Fee

**California Apartment Inspections**
**CA049 Avalon Mountain View 248 $1,293.86**

*Current Fee Total:* *$1,293.86*

Billing Group Subtotal: $1,293.86

## Project Totals:

*** Total Project Invoice Amount: **$1,293.86**

*Aged Receivables:*

| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|---|
| $1,293.86 | $0.00 | $0.00 | $0.00 | $0.00 |



AP: Karl Taylor

# Invoice

TETRA TECH, INC.

CA049
581400

Invoice Number: 30053
February 07, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179** **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount: **$1,314.36**

**Billing Group: 101** Fixed Fee

Invoice: 30053
February 07, 2005

**Avalon Mountain View**

**Apartment Inspections**

James Willden
CA049
581400

***Current Fee Total:*** *$1,314.36*

Billing Group Subtotal: $1,314.36

## Project Totals:

*** Total Project Invoice Amount: **$1,314.36**

***Aged Receivables:***

| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|---|
| $1,314.36 | $0.00 | $0.00 | $0.00 | $0.00 |



TETRA TECH, INC.

# Invoice

Invoice Number: 32998

October 17, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

CAPX Job

**Project: 131199** **AvalonBay**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 10/3/2005 to 10/30/2005**

*** Total Invoice Amount: **$8,330.00**

**Billing Group: 101** Fixed Fee

Invoice: 32998
October 17, 2005

**2005 Apartment Turns (out of scope costs)**

- **AvalonBay Mountain View - $5,980.00**
- **AvalonBay Creekside - $2,350.00**

GL 01-00-15900
2005

CA049 CX-017 5,980.00
CA055 CX-017 2,350.00

MM 11/8/05

*Current Fee Total:* *$8,330.00*

Billing Group Subtotal: $8,330.00

paying uncommitted cost codes closed already. Can not reopen w/ C.O. to Commitment.

...oject Invoice Amount: **$8,330.00**

| ...0 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 |



TETRA TECH, INC.

# Invoice

Invoice Number: 31406
May 26, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181199** **AvalonBay Quarter 2, 2005**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 5/2/2005 to 5/29/2005**

*** Total Invoice Amount: **$20,750.00**

**Billing Group: 101** Fixed Fee

Invoice: 31406
May 26, 2005

**Avalon at Mountain View (100% Completion)**
**- Apartment Repairs and Maintenance**

***Current Fee Total:*** ***$20,750.00***

Billing Group Subtotal: $20,750.00

**Project Totals:**

*** Total Project Invoice Amount: **$20,750.00**

*Aged Receivables:*

| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
|---|---|---|---|---|
| *$20,750.00* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



TETRA TECH, INC.

# Invoice

Invoice Number: 31405
May 26, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181199** **AvalonBay Quarter 2, 2005**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 5/2/2005 to 5/29/2005**

*** Total Invoice Amount: **$20,750.00**

**Billing Group: 101** Fixed Fee

Invoice: 31405
May 26, 2005

**Avalon at Mountain View (75% Completion)**
**- Apartment Repairs and Maintenance**

***Current Fee Total:*** *$20,750.00*

Billing Group Subtotal: $20,750.00

## Project Totals:

*** Total Project Invoice Amount: **$20,750.00**

*Aged Receivables:*

| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|---|
| $20,750.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MFG, Inc., Dept. 1678, Denver, CO 90291-1678 Ph (303) 447-1823 Fax (303) 447-1836



TETRA TECH, INC.

# Invoice

Invoice Number: 30601
April 05, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

C Fund
OK

**Project: 181178** **AvalonBay - 2005 Environmental Services**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 2/28/2005 to 5/3/2005**

*** Total Invoice Amount: **$24,800.00**

**Billing Group: 101** Fixed Fee

Invoice: 30601
April 05, 2005

**Avalon at Mountain View**

**- Mold Remediation and Cleaning (248 apartments at $100 per apartment)**

*Current Fee Total:* *$24,800.00*

Billing Group Subtotal: $24,800.00

## Project Totals:

*** Total Project Invoice Amount: **$24,800.00**

*Aged Receivables:*

| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|---|
| $24,800.00 | $0.00 | $0.00 | $0.00 | $0.00 |



AP- Scott Driscoll

*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 25156-10**

**March 26, 2004**

To: Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

CA099
581400

Project: 181097 AvalonBay Mountain View, CA Community

Project Manager: Merle Maass

Professional Services for the Period: March 2004

Billing Group: 101 Phase Fixed Cost

[1] **Avalon at Mountain View, CA**

| **Professional Services** | | Total Charge |
|---|---|---|
| Apartment Inspections | James Willden CA049 581400 | $1,293.84 |

**Totals**

**Total Invoice Amount** **$1,293.84**

***Aged Receivables:***

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG) C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525 (970) 223-9600 Fax (970) 223 7171



AP: Reed Doepke

TETRA TECH, INC.

✓ 1/24/06 keyed in PS RD

# Invoice

Invoice Number: 34024
January 16, 2006

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

AvalonBay Communities, Inc.
Approval: James Willden
X Corp → ~~Dept Code~~: CA048
Expense Code: 581400
Expense Code:
Expense Code:

**Project: 181293** **AvalonBay 2006**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/2/2006 to 1/29/2006**

*** Total Invoice Amount: **$3,458.98**

**Billing Group: 101** Fixed Fee

Invoice: 34024
January 16, 2006

**Southern California Inspections:**
**CA048 Avalon Woodland Hills** 663 $3,458.98

ppexp.

*Current Fee Total:* *$3,458.98*

Billing Group Subtotal: $3,458.98

## Project Totals:

*** Total Project Invoice Amount: **$3,458.98**

*Aged Receivables:*

| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
|---|---|---|---|---|
| *$3,458.98* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



AP: Sue Ebron

# Invoice

.ETRA TECH, INC.

Invoice Number: 30003
February 07, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

CA048
581400

**Project: 181179** **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount: **$3,513.79**

**Billing Group: 101** Fixed Fee

Invoice: 30003
February 07, 2005

**Avalon Woodland Hills**

**Apartment Inspections**

AvalonBay Communities, Inc.
Approved: James Willden
Dept Code: CA048
Expense Code: 581400

*Current Fee Total:* *$3,513.79*

Billing Group Subtotal: $3,513.79

## Project Totals:

*** Total Project Invoice Amount: **$3,513.79**

*Aged Receivables:*

| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|---|
| $3,513.79 | $0.00 | $0.00 | $0.00 | $0.00 |



TETRA TECH, INC.

# Invoice

Invoice Number: 30602
April 05, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181178** **AvalonBay - 2005 Environmental Services**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 2/28/2005 to 5/3/2005**

*** Total Invoice Amount: **$53,800.00**

**Billing Group: 101** Fixed Fee

Invoice: 30602
April 05, 2005

**Avalon at Woodland Hills**

- **Mold Remediation and Cleaning (498 apartments at $100 per apartment)**
- **Confirmatory Sampling and Analysis ($2,500)**
- **Reporting ($1,500)**

*Current Fee Total:* *$53,800.00*

Billing Group Subtotal: $53,800.00

## Project Totals:

*** Total Project Invoice Amount: **$53,800.00**

*Aged Receivables:*

| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|---|
| $53,800.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MFG, Inc., Dept. 1678, Denver, CO 90291-1678 Ph (303) 447-1823 Fax (303) 447-1836



AP: Reed Doepke ✓

*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 25880-013**

**May 7, 2004**

CA045
581400

To: Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

Project: 181097 AvalonBay at Woodland Hills, CA Community

Project Manager: Merle Maass

Professional Services for the Period: April 2004

James Willden
CA048
581400

Billing Group: 101 Phase Fixed Cost

**[1] AvalonBay at Woodland Hills, CA**

| **Professional Services** | Total Charge |
|---|---|
| Apartment Inspections | $3,459.00 |

**Totals**

| | |
|---|---|
| **Total Invoice Amount** | **$3,459.00** |

***Aged Receivables:***

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG) C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525 (970) 223-9600 Fax (970) 223 7171



AP: Dina Benavides

**TETRA TECH, INC.**

# Invoice

Invoice Number: 34339
February 10, 2006

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

AvalonBay [illegible]
Approvals: James Willden
Dept Code: CA047
Expense Code: 581400
Expense Code:
Expense $: $3,704.19

**Project: 181293** **AvalonBay 2006**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/15/2006 to 4/1/2006**

*** Total Invoice Amount: **$3,704.19**

**Billing Group: 101** Fixed Fee

Invoice: 34339
February 10, 2006

**California Apartment Inspections**
CA047 **Avalon Silicon Valley 710 $3,704.19**

*Current Fee Total:* *$3,704.19*

Billing Group Subtotal: $3,704.19

## Project Totals:

*** Total Project Invoice Amount: **$3,704.19**

| *Aged Receivables:* | *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
|---|---|---|---|---|---|
| | *$3,704.19* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |

**MFG, Inc., Dept. 1678, Denver, CO 80291-1678 Ph (970) 223-9600 Fax (970) 223-7171 Federal Tax ID: 84-1490184**

12/9



TETRA TECH, INC.

AP: Susana Avalos

# Invoice

CA047
581400

Invoice Number: 30052
February 07, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179** **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount: **$3,762.89**

**Billing Group: 101** Fixed Fee

Invoice: 30052
February 07, 2005

**Avalon Silicon Valley**

**Apartment Inspections**

AvalonBay [illegible]
Approved: James Willden
Dept Code: CA047
Expense Code: 581400
Expense Code:

*Current Fee Total:* *$3,762.89*

Billing Group Subtotal: $3,762.89

## Project Totals:

*** Total Project Invoice Amount: **$3,762.89**

***Aged Receivables:***

| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
|---|---|---|---|---|
| *$3,762.89* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |

MFG, Inc., Dept. 1678, Denver, CO 90291-1678 Ph (303) 447-1823 Fax (303) 447-1836



*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 25126-012**

**March 5, 2004**

To: Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

Project: 181097 AvalonBay Silicon Valley, CA Community

Project Manager: Merle Maass

Professional Services for the Period: February 2004

Billing Group: 101 Phase Fixed Cost

[1] **Avalon at Silicon Valley, CA**

| **Professional Services** | Total Charge |
|---|---|
| Apartment Inspections | $3,706.32 |

**Totals**

**Total Invoice Amount** **$3,706.32**

***Aged Receivables:***

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG) C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525 (970) 223-9600 Fax (970) 223 7171



TETRA TECH, INC.

Rcvd. 9/10

# Invoice

Invoice Number: 34923
April 05, 2006

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181293** **AvalonBay 2006**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 4/3/2006 to 4/30/2006**

*** Total Invoice Amount: **$25,200.00**

Invoice: 34923
April 05, 2006

**Billing Group: 101** Fixed Fee

**Mold Cleaning at AvalonBay Pruneyard**

*Current Fee Total:* *$25,200.00*

Billing Group Subtotal: $25,200.00

**Project Totals:**

*** Total Project Invoice Amount: **$25,200.00**

| *Aged Receivables:* Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|---|
| $25,768.20 | $0.00 | $0.00 | $0.00 | $0.00 |



AP: Tim Miller

# Invoice

TETRA TECH, INC.

CAC44
581400

Invoice Number: 30051
February 07, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179** **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount: **$1,335.56**

**'ling Group: 101** Fixed Fee

Invoice: 30051
February 07, 2005

**Avalon at Pruneyard**

**Apartment Inspections**

James Willden
CAC44
581400

*Current Fee Total:* *$1,335.56*

Billing Group Subtotal: $1,335.56

## Project Totals:

*** Total Project Invoice Amount: **$1,335.56**

*Aged Receivables:*

| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
|---|---|---|---|---|
| *$1,335.56* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



 *A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 25126-010**

**March 5, 2004**

To: Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

Project: 181097 AvalonBay Pruneyard, CA Community

Project Manager: Merle Maass

Professional Services for the Period: February 2004

Billing Group: 101 Phase Fixed Cost

[1] **Avalon at Pruneyard, CA**

| **Professional Services** | Total Charge |
|---|---|
| Apartment Inspections | $1,314.72 |

**Totals**

**Total Invoice Amount** **$1,314.72**

***Aged Receivables:***

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG) C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525 (970) 223-9600 Fax (970) 223 7171



TETRA TECH, INC.

AP: Susan Lucas

# Invoice

CA043
581400

Invoice Number: 30050
February 07, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179** **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount: **$1,287.86**

**'ling Group: 101** Fixed Fee

Invoice: 30050
February 07, 2005

**Avalon Sunset Towers**

**Apartment Inspections**

James Willden
CA043
581400

*Current Fee Total:* *$1,287.86*

Billing Group Subtotal: $1,287.86

## Project Totals:

*** Total Project Invoice Amount: **$1,287.86**

*Aged Receivables:*

| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
|---|---|---|---|---|
| *$1,287.86* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



AP - Susana Cuvalos

*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 25156-4**

**March 26, 2004**

To: Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

CAC43
581400

Project: 181097 AvalonBay Sunset Towers, CA Community

Project Manager: Merle Maass

Professional Services for the Period: March 2004

Billing Group: 101 Phase Fixed Cost

**[1] Avalon Sunset Towers, CA**

| **Professional Services** | | Total Charge |
|---|---|---|
| Apartment Inspections | Approved: James Willden<br>Dept Code: CACA3<br>Expense: 581400 | $1,267.80 |

**Totals**

**Total Invoice Amount** **$1,267.80**

***Aged Receivables:***

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG) C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525 (970) 223-9600 Fax (970) 223 7171



TETRA TECH, INC.

# Invoice

Invoice Number: 30049
February 07, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

CA041
551400

**Project: 181179** **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount: **$932.77**

**ling Group: 101** Fixed Fee

Invoice: 30049
February 07, 2005

**Avalon at Penasquitos Hills**

**Apartment Inspections**

James Willden
CA041
551400

*Current Fee Total:* *$932.77*

Billing Group Subtotal: $932.77

## Project Totals:

*** Total Project Invoice Amount: **$932.77**

*Aged Receivables:*

| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|---|
| $932.77 | $0.00 | $0.00 | $0.00 | $0.00 |



AP: Scott Driscoll

*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 25880-005**

**May 7, 2004**

To: Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

CAC41
5814CC

Project: 181097 AvalonBay at Penasquitos Hills, CA Community

Project Manager: Merle Maass

Professional Services for the Period: April 2004

Billing Group: 101 Phase Fixed Cost

James Willden
CA041
581400

**[1] AvalonBay at Penasquitos Hills, CA**

| **Professional Services** | Total Charge |
|---|---|
| Apartment Inspections | $918.24 |

## Totals

**Total Invoice Amount** **$918.24**

***Aged Receivables:***

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG) C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525 (970) 223-9600 Fax (970) 223 7171



TETRA TECH, INC.

Rcvd. 4/10

# Invoice

Invoice Number: 34922
April 05, 2006

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181293** **AvalonBay 2006**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 4/3/2006 to 4/30/2006**

*** Total Invoice Amount: **$24,800.00**

Invoice: 34922
April 05, 2006

**Billing Group: 101** Fixed Fee

**Mold Cleaning at AvalonBay Marino**

*Current Fee Total:* *$24,800.00*

Billing Group Subtotal: $24,800.00

**Project Totals:**

*** Total Project Invoice Amount: **$24,800.00**

*Aged Receivables:*

| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|---|
| $25,368.20 | $0.00 | $0.00 | $0.00 | $0.00 |

8/10



AP Jim Miller

TETRA TECH, INC.

# Invoice

CAC38
581400

Invoice Number: 30047
February 07, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179** **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount: **$1,314.36**

**Billing Group: 101** Fixed Fee

Invoice: 30047
February 07, 2005

James Willden
CAC38
581400

**San Marino**

**Apartment Inspections**

*Current Fee Total:* *$1,314.36*

Billing Group Subtotal: $1,314.36

## Project Totals:

*** Total Project Invoice Amount: **$1,314.36**

*Aged Receivables:*

| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|---|
| $1,314.36 | $0.00 | $0.00 | $0.00 | $0.00 |

MFG, Inc., Dept. 1678, Denver, CO 90291-1678 Ph (303) 447-1823 Fax (303) 447-1836



AP- Susana Avalos

*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 25156-3**

**March 26, 2004**

To: Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

CA037
551400

Project: 181097 AvalonBay Towers by the Bay, CA Community

Project Manager: Merle Maass

Professional Services for the Period: March 2004

Billing Group: 101 Phase Fixed Cost

**[1] Avalon Towers by the Bay, CA**

James Willden
CA037
581400

| **Professional Services** | Total Charge |
|---|---|
| Apartment Inspections | $1,179.12 |

**Totals**

**Total Invoice Amount** **$1,179.12**

***Aged Receivables:***

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG) C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525 (970) 223-9600 Fax (970) 223 7171



TETRA TECH, INC.

AP: Jim Miller

CAC 35
581400

# Invoice

Invoice Number: 30045
February 07, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179** **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount: **$2,416.73**

**Billing Group: 101** Fixed Fee

Invoice: 30045
February 07, 2005

James Willden
CAC35
581400

**Avalon Rosewalk I**

**Apartment Inspections**

*Current Fee Total:* *$2,416.73*

Billing Group Subtotal: $2,416.73

## Project Totals:

*** Total Project Invoice Amount: **$2,416.73**

*Aged Receivables:*

| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|---|
| $2,416.73 | $0.00 | $0.00 | $0.00 | $0.00 |

 *A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 25906**

**May 7, 2004**

CA 035
CF 070

To: Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

Project: 181097 AvalonBay at Rosewalk – San Jose, CA

Project Manager: Merle Maass

Professional Services for the Period: April/May 2004

Billing Group: 101 Phase Fixed Cost ($90/Apartment at 456 Units) GL 01-00-15900

**[1] AvalonBay at Rosewalk** CA035 2004 CF-070 41,040.00 5-5-04

| Professional Services | Total Charge | % Completion |
|---|---|---|
| Apartment Cleaning and Restoration | $41,040.00 | 100.0% |

**Totals**

**Total Invoice Amount** **$41,040.00**

***Aged Receivables:***

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG) C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525 (970) 223-9600 Fax (970) 223 7171



AP: Tim Miller

# Invoice

CA033
581400

Invoice Number: 30044
February 07, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179** **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount: **$1,526.35**

**Billing Group: 101** Fixed Fee

Invoice: 30044
February 07, 2005

**Avalon Foster City**

**Apartment Inspections**

James Willden
CA033
581400

***Current Fee Total:*** ***$1,526.35***

Billing Group Subtotal: $1,526.35

## Project Totals:

*** Total Project Invoice Amount: **$1,526.35**

***Aged Receivables:***

| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
|---|---|---|---|---|
| *$1,526.35* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |

MFG, Inc., Dept. 1678, Denver, CO 90291-1678 Ph (303) 447-1823 Fax (303) 447-1836



AP - Jim Miller

*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 25156-13**

**March 26, 2004**

To: Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

CA033
581400

Project: 181097 AvalonBay Foster City, CA Community

Project Manager: Merle Maass

Professional Services for the Period: March 2004

Billing Group: 101 Phase Fixed Cost

[1] **Avalon at Foster City, CA**

James Willden
CA033
581400

| **Professional Services** | Total Charge |
|---|---|
| Apartment Inspections | $1,502.52 |

**Totals**

**Total Invoice Amount** **$1,502.52**

***Aged Receivables:***

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG) C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525 (970) 223-9600 Fax (970) 223 7171



:TRA TECH, INC.

# Invoice

Invoice Number: 30075
February 07, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181178** **AvalonBay - 2005 Environmental Services**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount: **$26,000.00**

**Billing Group: 101** Fixed Fee

Invoice: 30075
February 07, 2005

Avalon at Sunnyvale
- Mold Sampling and Analysis
- Mold Cleaning
- Reporting

APPROVED FOR PAYMENT
Approved By
Job No
Cost Code 145200 26,000
Cost Code
Cost Code

*Current Fee Total:* *$26,000.00*

Billing Group Subtotal: $26,000.00

## Project Totals:

*** Total Project Invoice Amount: **$26,000.00**

*Aged Receivables:*

| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|---|
| $26,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MFG, Inc., Dept. 1678, Denver, CO 90291-1678 Ph (303) 447-1823 Fax (303) 447-1836



AP: Kare Taylor

# Invoice

TETRA TECH, INC.

CA031
581400

Invoice Number: 30043
February 07, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179** **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount: **$1,165.96**

**Billing Group: 101** Fixed Fee

Invoice: 30043
February 07, 2005

**Avalon Sunnyvale**

**Apartment Inspections**

James Willden
CA031
581400

*Current Fee Total:* *$1,165.96*

Billing Group Subtotal: $1,165.96

## Project Totals:

*** Total Project Invoice Amount: **$1,165.96**

***Aged Receivables:***

| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
|---|---|---|---|---|
| *$1,165.96* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |

MFG, Inc., Dept. 1678, Denver, CO 90291-1678 Ph (303) 447-1823 Fax (303) 447-1836



AP- Scott Driscoll

*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 25156-5**

**March 26, 2004**

To: Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

CA031

Project: 181097 AvalonBay Sunnyvale, CA Community

Project Manager: Merle Maass

Professional Services for the Period: March 2004

Billing Group: 101 Phase Fixed Cost

**[1] Avalon Sunnyvale, CA**

James Willden
CA031
581400

| **Professional Services** | Total Charge |
|---|---|
| Apartment Inspections | $1,147.80 |

**Totals**

**Total Invoice Amount** **$1,147.80**

***Aged Receivables:***

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG) C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525 (970) 223-9600 Fax (970) 223 7171