

# TETRA TECH, INC.

# Invoice

*AP: Clarissa Attipoe*

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

*Avalonbay Communities, Inc.*
Approval: *James Willden*
Dept Code: *CA029*
Expense Code: *581400*
Expense Order:
*$1,591.24*

**Project: 181293**        **AvalonBay 2006**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/15/2006 to 4/1/2006**

| | |
|---|---|
| *** Total Invoice Amount: | **$1,591.24** |

**Billing Group: 101**    Fixed Fee

Invoice:    34330
February 10, 2006

California Apartment Inspections
CA029   Avalon on the Alameda   305   $1,591.24

Current Fee Total:        $1,591.24

Billing Group Subtotal:        $1,591.24

## Project Totals:

| | |
|---|---|
| *** Total Project Invoice Amount: | **$1,591.24** |

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $1,591.24 | $0.00 | $0.00 | $0.00 | $0.00 |

| Invoice Number | Invoice Date | Community | Voucher ID | Paid Amount |
|---|---|---|---|---|
| 30042 | 02/07/05 | CA029 Avalon on the Alameda | 00013056 | 1,616.45 |

File Copy

MAILED

MAR 1 6 2005

SUSANA

| Check Number | Date | Vendor Number | Vendor Name | Total Paid Amount |
|---|---|---|---|---|
| 0675592 | 03/16/05 | 0000023753 | TETRA TECH | $1,616.45 |

**AVALONBAY COMMUNITIES, INC.**
CENTRAL DISBURSEMENT
2900 EISENHOWER AVE - 3RD FLOOR
ALEXANDRIA, VA 22314
(703) 329-6300

BANK OF AMERICA
Atlanta, Dekalb Co., GA
64-1278/611

0675592

| DATE |
|---|
| 03/16/05 |

VOID AFTER 90 DAYS
**********$1,616.45

Void

Pay    ****ONE THOUSAND SIX HUNDRED SIXTEEN AND 45/100 US DOLLARS

To The
Order Of

**TETRA TECH**
MFG, INC.
DEPT. 1678
DENVER, CO 80291-1678

***Non-Negoitable***
CHIEF FINANCIAL OFFICER

⑈0675592⑈ ⑆061112788⑆ 329 910 0224⑈



*AP: Sue Ebron* (handwritten)

# Invoice

## TETRA TECH, INC.

*CA029* (handwritten)
*581400* (handwritten)

| | |
|---|---|
| Invoice Number: | 30042 |
| February 07, 2005 | |

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**          **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/31/2005 to 2/27/2005**

<div style="text-align:center">*** Total Invoice Amount :</div>  **$1,616.45**

---

Billing Group: 101     Fixed Fee

Invoice:     30042
February 07, 2005

Avalon on the Alameda

Apartment Inspections

*James Willden* (handwritten)
*CA029* (handwritten)
*581400* (handwritten)

Current Fee Total:          $1,616.45

Billing Group Subtotal:          $1,616.45

## Project Totals:

*** Total Project Invoice Amount :          **$1,616.45**

| Aged Receivables: | | | | |
|---|---|---|---|---|
| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
| $1,616.45 | $0.00 | $0.00 | $0.00 | $0.00 |

MFG, Inc., Dept. 1678, Denver, CO 90291-1678     Ph (303) 447-1823   Fax (303) 447-1836



*AP: Nestor Hizama* (handwritten)

# Invoice

## TETRA TECH, INC.

Invoice Number:    34329

February 10, 2006

To:   James R. Willden
      AvalonBay
      2900 Eisenhower Avenue
      Suite 300
      Alexandria, VA 22314

*AvalonBay Communities, Inc.*
Approval: *James Willden* (handwritten)
Dept Code: *CA028* (handwritten)
Expense Code: *5 8140 0* (handwritten)
Expense Code:
Expense Code: *$1,001.70* (handwritten)

**Project: 181293        AvalonBay 2006**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/15/2006 to 4/1/2006**

---

### *** Total Invoice Amount:    $1,001.70

---

| Billing Group: 101    Fixed Fee | | Invoice:        34329 |
|---|---|---|
| | | February 10, 2006 |

California Apartment Inspections
CA028   Avalon at Parkside   192   $1,001.70



Current Fee Total:        *$1,001.70*

Billing Group Subtotal:        $1,001.70

## Project Totals:

### *** Total Project Invoice Amount:        $1,001.70

---

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $1,001.70 | $0.00 | $0.00 | $0.00 | $0.00 |

---

MFG, Inc., Dept. 1678, Denver, CO 80291-1678     Ph (970) 223-9600   Fax (970) 223-7171   Federal Tax ID: 84-1490184

*Page 1*



AP: Karl Taylor



# Invoice

## TETRA TECH, INC.

Invoice Number:      30579
March 25, 2005

To:  James R. Willden
     AvalonBay
     2900 Eisenhower Avenue
     Suite 300
     Alexandria, VA 22314

**Project: 181178**          **AvalonBay - 2005 Environmental Services**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 2/28/2005 to 4/3/2005**

|  |  |
|---|---|
| *** Total Invoice Amount: | **$19,200.00** |

**Billing Group: 101      Fixed Fee**

Invoice:      30579
March 25, 2005

**Northern California Clean at Parkside**
- 192 apartments at $100 per apartment

Avalon by Communities, Inc.

Approval: James Willden
Dept Code: CA028
Expense Code: 581400
Expense Code:
E......

|  |  |
|---|---|
| *Current Fee Total:* | *$19,200.00* |
| Billing Group Subtotal: | $19,200.00 |

## Project Totals:

|  |  |
|---|---|
| *** Total Project Invoice Amount: | **$19,200.00** |

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $19,200.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP: Karl Saylor* (handwritten)

# Invoice

## TETRA TECH, INC.

*CA028* (handwritten)
*581400* (handwritten)

Invoice Number: 30041
February 07, 2005

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**   **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount:   **$1,017.57**

---

**Billing Group: 101**   Fixed Fee

Invoice:   30041
February 07, 2005

Avalon at Parkside

Apartment Inspections

*James Willden* (handwritten)
*CA028* (handwritten)
*581400* (handwritten)

*Current Fee Total:*   *$1,017.57*

*Billing Group Subtotal:*   $1,017.57

## Project Totals:

*** Total Project Invoice Amount:   **$1,017.57**

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$1,017.57* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



*A.P. Jim Miller* (handwritten)

**A Member of the Tetra Tech Team**

# Invoice

**Invoice Number: 25156-7**

**March 26, 2004**

To:  Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*CA028* (handwritten)
*581400* (handwritten)

Project: 181097      AvalonBay Parkside, CA Community

Project Manager:  Merle Maass

Professional Services for the Period:  March 2004

Billing Group: 101     Phase Fixed Cost

**[1]  Avalon Parkside, CA**

**Professional Services**                              Total Charge

*James Wildan* (handwritten)
*CA028* (handwritten)
*581400* (handwritten)

Apartment Inspections                                    $1,001.64

**Totals**

**Total Invoice Amount**          **$1,001.64**

**Aged Receivables:**

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| --- | --- | --- | --- | --- |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG)  C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171



**AP:** *Clarissa Attipoe*

# TETRA TECH, INC.

# Invoice

Invoice Number:     34328
February 10, 2006

To:  James R. Willden
     AvalonBay
     2900 Eisenhower Avenue
     Suite 300
     Alexandria, VA 22314

Avalon Bay Communities, Inc.
Approved: *James Willden*
Dept Code: *CA027*
Expense Center: *581400*
Expense Code:
*$1,085.17*

**Project: 181293**          **AvalonBay 2006**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/15/2006 to 4/1/2006**

<div align="right">

*** Total Invoice Amount:          **$1,085.17**

</div>

Billing Group: 101     Fixed Fee                              Invoice:      34328
                                                              February 10, 2006

|  | California Apartment Inspections | | |
|---|---|---|---|
| CA027 | Avalon at Union Square | 208 | $1,085.17 |



Current Fee Total:              *$1,085.17*

Billing Group Subtotal:         $1,085.17

## Project Totals:

<div align="right">

*** Total Project Invoice Amount:          **$1,085.17**

</div>

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$1,085.17* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |

---

MFG, Inc., Dept. 1678, Denver, CO 80291-1678    Ph (970) 223-9600    Fax (970) 223-7171    Federal Tax ID: 84-1490184



*AP: Karl Taylor*

**TETRA TECH, INC.**

*CA027*
*581400*

# Invoice

Invoice Number:       30040

February 07, 2005

To:   James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**      **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount :      **$1,102.37**

Billing Group: 101    Fixed Fee            Invoice:    30040

February 07, 2005

Avalon at Union Square

Apartment Inspections

*James Willden*
*CA027*
*581400*

Current Fee Total:    *$1,102.37*

Billing Group Subtotal:    $1,102.37

## Project Totals:

*** Total Project Invoice Amount :    **$1,102.37**

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *≥ 120 Days* |
| *$1,102.37* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



*AP — Tim Miller* (handwritten)

## A Member of the Tetra Tech Team

# Invoice

**Invoice Number: 25156-18**

**March 26, 2004**

To:   Accounts Payable
      Avalon Bay Communities, Inc.
      2900 Eisenhower
      Alexandria, VA 22314

*CACC7* (handwritten)
*581400* (handwritten)

Project: 181097     AvalonBay Union Square, CA Community

Project Manager: Merle Maass

Professional Services for the Period: March 2004

Billing Group: 101    Phase Fixed Cost

**[1] Avalon Union Square, CA**

**Professional Services**                         Total Charge

*James Willden* (handwritten)
*CACC7* (handwritten)
*581400* (handwritten)

Apartment Inspections                              $1,085.16

**Totals**

### Total Invoice Amount      **$1,085.16**

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG) C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525 (970) 223-9600 Fax (970) 223 7171

AP: Clarissa Attipoe



# TETRA TECH, INC.

# Invoice

Invoice Number: 34021

January 16, 2006

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

AvalonBay Communities, Inc.

Approval: James Willden
Dept Code: CA026
Expense Code: 581400
Expense Code: _____
Expense Code: _____

**Project: 181293**      **AvalonBay 2006**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/2/2006 to 1/29/2006**

---

**\*\*\* Total Invoice Amount:**     **$1,043.43**

---

Billing Group: 101    Fixed Fee            Invoice:    34021

January 16, 2006

Southern California Inspections:
CA026   Avalon at Mission Ridge   200   $1,043.43.



Current Fee Total:     $1,043.43

Billing Group Subtotal:     $1,043.43

## Project Totals:

**\*\*\* Total Project Invoice Amount:**     **$1,043.43**

| _Aged Receivables:_ | | | | |
| --- | --- | --- | --- | --- |
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $1,043.43 | $0.00 | $0.00 | $0.00 | $0.00 |

---

MFG, Inc., Dept. 1678, Denver, CO 80291-1678    Ph (970) 223-9600    Fax (970) 223-7171    Federal Tax ID: 84-1490184



*AP: Karl Taylor*

# Invoice

## TRA TECH, INC.

Invoice Number: 29998
February 07, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

*CA026*
*581400*

**Project: 181179**    **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/31/2005 to 2/27/2005**

---

| *** Total Invoice Amount: | **$1,059.97** |
|---|---|

---

Billing Group: 101    Fixed Fee

Invoice: 29998
February 07, 2005

**Avalon at Mission Ridge**

**Apartment Inspections**

*AvalonBay Communities, Inc.*

Approval: *James Willden*

Dept Code: *CA026*

Expense Code: *581400*

Expense Code:

| Current Fee Total: | $1,059.97 |
|---|---|

| Billing Group Subtotal: | $1,059.97 |
|---|---|

## Project Totals:

| *** Total Project Invoice Amount: | **$1,059.97** |
|---|---|

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $1,059.97 | $0.00 | $0.00 | $0.00 | $0.00 |

---



# TETRA TECH, INC.

# Invoice

*(handwritten)* GL 01-00-15900
CA026　　　2005
CF-017　20,000.00

Invoice Number:　30586
March 25, 2005

To:　James R. Willden
　　　AvalonBay
　　　2900 Eisenhower Avenue
　　　Suite 300
　　　Alexandria, VA 22314

**Project: 181178**　　　　**AvalonBay - 2005 Environmental Services**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 2/28/2005 to 4/3/2005**

*** Total Invoice Amount:　　**$20,000.00**

---

**Billing Group: 101**　　Fixed Fee　　　　　　　　　　　Invoice:　　30586
　　　　　　　　　　　　　　　　　　　　　　　　　　　March 25, 2005

**Avalon Bay Mission Ridge**

**Cleaning (200 apartments at $100 per apartment)**

*(handwritten)* 2005 extra
CF017
CA026

*Current Fee Total:*　　　　*$20,000.00*

Billing Group Subtotal:　　　$20,000.00

## Project Totals:

*** Total Project Invoice Amount:　　**$20,000.00**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$20,000.00* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |

---

MFG, Inc., Dept. 1678, Denver, CO 90291-1678　　Ph (303) 447-1823　　Fax (303) 447-1836



*AP: Scott Driscoll* (handwritten)

*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 25880-009**

**May 7, 2004**

To:   Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*CAC26* (handwritten)
*581400* (handwritten)

Project: 181097    AvalonBay at Mission Ridge, CA Community

Project Manager:  Merle Maass

Professional Services for the Period:  April 2004

Billing Group: 101    Phase Fixed Cost

Appr. *James Willden* (handwritten)
Date Comp. *CA026* (handwritten)
Example Code *581400* (handwritten)
System File
Position

**[1]  AvalonBay at Mission Ridge, CA**

**Professional Services**                     Total Charge

Apartment Inspections                          $1,043.40

**Totals**

### Total Invoice Amount       $1,043.40

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| Current | ≤61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG) C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171



**TETRA TECH, INC.**

# Invoice

Invoice Number: 34020
January 16, 2006

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

AvalonBay Communities, Inc.
Approval: _James Willden_
Dept Code: _CA025_
Expense Code: _581400_
Expense Code: _____
Expense Code: _____

**Project: 181293**        **AvalonBay 2006**

Project Manager: Mark R. Bishop
Professional Services for the Period: 1/2/2006 to 1/29/2006

|  |  |
|---|---|
| *** Total Invoice Amount: | **$2,942.48** |

Billing Group: 101    Fixed Fee                                    Invoice:    34020
                                                                  January 16, 2006

Southern California Inspections:
CA025   Avalon at Mission Bay   564    $2,942.48

Current Fee Total:              *$2,942.48*

Billing Group Subtotal:         *$2,942.48*

**Project Totals:**

*** Total Project Invoice Amount:              **$2,942.48**

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$2,942.48* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



*AP- Sue Ebron* (handwritten)

## *A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 25156-11**

**March 26, 2004**

To:    Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*CA025* (handwritten)
*581400* (handwritten)

Project: 181097    AvalonBay Mission Bay, CA Community

Project Manager:  Merle Maass

Professional Services for the Period:  March 2004

Billing Group: 101    Phase Fixed Cost

**[1]  Avalon Mission Bay, CA**

| **Professional Services** | **Total Charge** |
|---|---|
| Apartment Inspections | $2,942.52 |

*James Willden* (handwritten)
*CA025* (handwritten)
*581400* (handwritten)

**Totals**

### Total Invoice Amount    <u>**$2,942.52**</u>

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| <u>Current</u> | <u>&lt;61 Days</u> | <u>61-90 Days</u> | <u>91-120 Days</u> | <u>&gt;120 Days</u> |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG)  C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171



*AP: Sue Ebron* (handwritten)

# Invoice

**.ETRA TECH, INC.**

Invoice Number: 29996
February 07, 2005

To:   James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

*CA024* (handwritten)
*581400* (handwritten)

**Project: 181179**   **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount:   **$1,367.36**

Billing Group: 101   Fixed Fee   Invoice:   29996
February 07, 2005

Avalon at South Coast

Apartment Inspections

Approval: *James Willden* (handwritten)
Dept Code: *CA024* (handwritten)
Expense Code: *581400* (handwritten)
Expense C...
Expense ...

Current Fee Total:   *$1,367.36*

Billing Group Subtotal:   $1,367.36

## Project Totals:

*** Total Project Invoice Amount:   **$1,367.36**

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$1,367.36* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 25880-002**

**May 7, 2004**

To:  Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*CA024*
*581400*

Project: 181097     AvalonBay at South Coast CA Community

Project Manager: Merle Maass

Professional Services for the Period: April 2004

Billing Group: 101     Phase Fixed Cost



*James Willden*
*CA024-*
*581400*

**[1] AvalonBay at South Coast, CA**

**Professional Services**                    Total Charge

Apartment Inspections                    $1,346.04

**Totals**

**Total Invoice Amount**     **$1,346.04**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG) C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171



**A Member of the Tetra Tech Team**


# Invoice

*Recvd.*
*6/17/04*

*Avalon South Coast*

**Invoice Number: 960404**

**June 12, 2004**

To:     Accounts Payable
        Avalon Bay Communities, Inc.
        2900 Eisenhower
        Alexandria, VA 22314

*CA024*
*CF017*

Project: 181096        AvalonBay at South Coast Community, CA

*GL 01-00-15900*
*CA024    2004*

Project Manager: Merle Maass

Professional Services for the Period: May/June 2004

*CF-017   21,870.00*

Billing Group: 101     Phase Fixed Cost ($90/Apartment at 243 Units)

**[1] AvalonBay at Creekside**

| **Professional Services** | **Total Charge** | **% Completion** |
|---|---|---|
| Apartment Cleaning and Restoration | $21,870.00 | 100.0% |

**Totals**

**Total Invoice Amount**        **$21,870.00**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| Current | ≤61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP: Sue Ebron* (handwritten)

# TETRA TECH, INC.

# Invoice

Invoice Number:     29995
February 07, 2005

To:     James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

*CA023* (handwritten)
*581400* (handwritten)

**Project: 181179**          **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/31/2005 to 2/27/2005**

<div align="center">

**\*\*\* Total Invoice Amount :**          **$879.77**

</div>

Billing Group: 101     Fixed Fee                                   Invoice:     29995
February 07, 2005

**Avalon Mission Viejo**

**Apartment Inspections**

*James Willden* (handwritten)
*CA023* (handwritten)
*581400* (handwritten)

Current Fee Total:          $879.77

Billing Group Subtotal:          $879.77

## Project Totals:

<div align="center">

**\*\*\* Total Project Invoice Amount :**          **$879.77**

</div>

| _Aged Receivables:_ | | | | |
| --- | --- | --- | --- | --- |
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $879.77 | $0.00 | $0.00 | $0.00 | $0.00 |



# TETRA TECH, INC.

# Invoice

*handwritten:* GL 01-00-15900
CA023    2005
CF-017    16,600.00

Invoice Number:    30585
March 25, 2005

To:    James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181178**        **AvalonBay - 2005 Environmental Services**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 2/28/2005 to 4/3/2005**

\*\*\* Total Invoice Amount :        **$16,600.00**

| Billing Group: 101 | Fixed Fee | Invoice:    30585 |
|---|---|---|
| | | March 25, 2005 |

**Avalon Bay Mission Viejo**

**Cleaning (166 apartments at $100 per apartment)**

*handwritten:* CA023
2005 extra
CF017

*Current Fee Total:*        *$16,600.00*

Billing Group Subtotal:        $16,600.00

## Project Totals:

\*\*\* Total Project Invoice Amount :        **$16,600.00**

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $16,600.00 | $0.00 | $0.00 | $0.00 | $0.00 |



AP: Sue Ebron.

*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 25880-008**

**May 7, 2004**

To:    Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

CA023
581400

Project: 181097    AvalonBay at Mission Viejo, CA Community

Project Manager:  Merle Maass

Professional Services for the Period:  April 2004

Billing Group: 101    Phase Fixed Cost

James Willdin
CA023
581400.

**[1] AvalonBay at Mission Viejo, CA**

| **Professional Services** | Total Charge |
|---|---|
| Apartment Inspections | $866.04 |

**Totals**

**Total Invoice Amount**    **$866.04**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



**TETRA TECH, INC.**

# Invoice

Invoice Number: 34474
February 16, 2006

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

Project: 181293    AvalonBay 2006

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/30/2006 to 2/26/2006**

\*\*\* Total Invoice Amount:    **$75,000.00**

Invoice: 34474
February 16, 2006

Billing Group: 101    Fixed Fee



*AP: Sue Ebron* (handwritten)

# Invoice

**TETRA TECH, INC.**

Invoice Number: 29992

February 07, 2005

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

*CA022 581400* (handwritten)

**Project: 181179**      **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/31/2005 to 2/27/2005**

<div style="text-align:center">*** Total Invoice Amount:</div>      **$3,964.28**

**Billing Group: 101**   Fixed Fee       Invoice:   29992

February 07, 2005

Avalon at Media Center

Apartment Inspections

*James Willden CA022 581400* (handwritten stamp)

Current Fee Total:      *$3,964.28*

Billing Group Subtotal:      $3,964.28

## Project Totals:

*** Total Project Invoice Amount :      **$3,964.28**

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $3,964.28 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP. Jim Miller*

# Invoice

## IETRA TECH, INC.

Invoice Number: 29991
February 07, 2005

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

*CA021*
*581400*

**Project: 181179**        **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/31/2005 to 2/27/2005**

| | |
|---|---|
| *** Total Invoice Amount: | **$768.48** |

Billing Group: 101      Fixed Fee                    Invoice:    29991
February 07, 2005

Avalon Newport

*James Willden*
*CA021*
*581400*

Apartment Inspections

Current Fee Total:                    $768.48

Billing Group Subtotal:              $768.48

## Project Totals:

| | |
|---|---|
| *** Total Project Invoice Amount: | **$768.48** |

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $768.48 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP: Jim Miller*

## A Member of the Tetra Tech Team

# Invoice

**Invoice Number: 25880-007**

**May 7, 2004**

To:  Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*CA021*
*581400*

Project: 181097     AvalonBay at Newport, CA Community

Project Manager:  Merle Maass

Professional Services for the Period:  April 2004

---

Billing Group: 101     Phase Fixed Cost

*James Willden*
*CA021*
*581400*

**[1]  AvalonBay at Newport, CA**

**Professional Services**                          Total Charge

Apartment Inspections                          $756.48

**Totals**

### Total Invoice Amount          <u>**$756.48**</u>

| <u>*Aged Receivables:*</u> | | | | |
|---|---|---|---|---|
| <u>Current</u> | <u><61 Days</u> | <u>61-90 Days</u> | <u>91-120 Days</u> | <u>>120 Days</u> |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP: Jim Miller* (handwritten)

# Invoice

## TETRA TECH, INC.

*CA019* (handwritten)
*581400* (handwritten)

Invoice Number: 30039
February 07, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**        AvalonBay - 2005 Apartment Inspections

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/31/2005 to 2/27/2005**

<div align="center">

*** Total Invoice Amount: **$2,416.73**

</div>

**Billing Group: 101**    Fixed Fee

Invoice: 30039
February 07, 2005

**Avalon Pleasanton**

*James Willden* (handwritten)
*CA019* (handwritten)
*581400* (handwritten)

**Apartment Inspections**

*Current Fee Total:*            *$2,416.73*

*Billing Group Subtotal:*        $2,416.73

## Project Totals:

<div align="center">

*** Total Project Invoice Amount: **$2,416.73**

</div>

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$2,416.73* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



*AP: Nesta Arizama* (handwritten)

# TETRA TECH, INC.

# Invoice

Invoice Number: 34326
February 10, 2006

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

AvalonBay Communities, Inc. (stamp)
Approval: *James Willden* (handwritten)
Dept Code: *CA016* (handwritten)
Expense Code: *581400* (handwritten)
Expense Code:
Amount: *$751.27* (handwritten)

**Project: 181293**          **AvalonBay 2006**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/15/2006 to 4/1/2006**

---

***Total Invoice Amount:***          **$751.27**

---

Billing Group: 101    Fixed Fee

Invoice:     34326
February 10, 2006

California Apartment Inspections
CA016   Avalon at Foxchase II    144   $751.27



Current Fee Total:          $751.27

Billing Group Subtotal:          $751.27

## Project Totals:

***Total Project Invoice Amount:***          **$751.27**

| *Aged Receivables:* | | | | |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $751.27 | $0.00 | $0.00 | $0.00 | $0.00 |

---

MFG, Inc., Dept. 1678, Denver, CO 80291-1678    Ph (970) 223-9600    Fax (970) 223-7171    Federal Tax ID: 84-1490184



*AP: Karl Taylor*
*CA016*
*581400*

# Invoice

**LTRA TECH, INC.**

Invoice Number: 30038
February 07, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**     **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount : **$763.18**

**Billing Group: 101**     Fixed Fee

Invoice: 30038
February 07, 2005

**Avalon at Foxchase II**

**Apartment Inspections**

*James Willden*
*CA016*
*581400*

Current Fee Total: $763.18

Billing Group Subtotal: $763.18

## Project Totals:

*** Total Project Invoice Amount : **$763.18**

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $763.18 | $0.00 | $0.00 | $0.00 | $0.00 |



## TETRA TECH, INC.

# Invoice

Invoice Number:     29530

January 07, 2005

To:  James R. Willden
     AvalonBay
     2900 Eisenhower Avenue
     Suite 300
     Alexandria, VA 22314

**Project: 181178**        **AvalonBay - 2005 Environmental Services**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/3/2005 to 1/30/2005**

|  |  |  |
|---|---|---|
| *** Total Invoice Amount: | | **$40,000.00** |

**Billing Group: 101**    Fixed Fee

Invoice:     29530

January 07, 2005

**AvalonBay Fox Chase**

**Mold Cleaning and Remediation (400 units at $100 per month)**
 **- Drywall Replacement and Caulk Removal/Replacement, AS NEEDED**

| | |
|---|---|
| *Current Fee Total:* | *$40,000.00* |
| Billing Group Subtotal: | $40,000.00 |

## Project Totals:

|  |  |
|---|---|
| *** Total Project Invoice Amount : | **$40,000.00** |

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$40,000.00* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



**TETRA TECH, INC.**

*AP: Nestor Lizama*

# Invoice

Invoice Number: 34325

February 10, 2006

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

AvalonBay Communities, Inc.
Approval: *James Willden*
Dept Code: *CA015*
Expense Code: *581400*
Expense Code:
Expense Code: *$1,314.73*

Project: 181293          AvalonBay 2006

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/15/2006 to 4/1/2006**

*** Total Invoice Amount: **$1,314.73**

Billing Group: 101      Fixed Fee          Invoice:      34325

February 10, 2006

California Apartment Inspections
CA015   Avalon at Foxchase I    252   $1,314.73



Current Fee Total:                    $1,314.73

Billing Group Subtotal:              $1,314.73

## Project Totals:

*** Total Project Invoice Amount:          **$1,314.73**

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$1,314.73* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |

MFG, Inc., Dept. 1678, Denver, CO 80291-1678    Ph (970) 223-9600    Fax (970) 223-7171   Federal Tax ID: 84-1490184



*handwritten: AP: Karl Taylor CAO15 581400*

# Invoice

**LTRA TECH, INC.**

Invoice Number: 30037
February 07, 2005

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**       **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/31/2005 to 2/27/2005**

|  |  |
|---|---|
| *** Total Invoice Amount : | **$1,335.56** |

Billing Group: 101      Fixed Fee

Invoice:      30037
February 07, 2005

**Avalon at Foxchase I**

**Apartment Inspections**

*handwritten: James Willden CAO15 581400*

| | |
|---|---|
| *Current Fee Total:* | *$1,335.56* |
| Billing Group Subtotal: | $1,335.56 |

## Project Totals:

|  |  |
|---|---|
| *** Total Project Invoice Amount : | **$1,335.56** |

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $1,335.56 | $0.00 | $0.00 | $0.00 | $0.00 |

MFG, Inc., Dept. 1678, Denver, CO 90291-1678      Ph (303) 447-1823      Fax (303) 447-1836



# TETRA TECH, INC.

# Invoice

Invoice Number:     29530
January 07, 2005

To:   James R. Willden
      AvalonBay
      2900 Eisenhower Avenue
      Suite 300
      Alexandria, VA 22314

**Project: 181178**        **AvalonBay - 2005 Environmental Services**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/3/2005 to 1/30/2005**

<div align="center">

*** Total Invoice Amount :          **$40,000.00**

</div>

| | | |
|---|---|---|
| **Billing Group: 101**   Fixed Fee | | Invoice:     29530 |
| | | January 07, 2005 |

**AvalonBay Fox Chase**

**Mold Cleaning and Remediation (400 units at $100 per month)**
 **- Drywall Replacement and Caulk Removal/Replacement, AS NEEDED**

*Current Fee Total:*          *$40,000.00*

Billing Group Subtotal:          $40,000.00

## Project Totals:

<div align="center">

*** Total Project Invoice Amount :          **$40,000.00**

</div>

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $40,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP: Jim Miller* (handwritten)

# .ETRA TECH, INC.

*CAO14 581400* (handwritten)

# Invoice

Invoice Number:     30036

February 07, 2005

To:   James R. Willden
      AvalonBay
      2900 Eisenhower Avenue
      Suite 300
      Alexandria, VA 22314

**Project: 181179**       **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/31/2005 to 2/27/2005**

|  |  |
|---|---|
| *** Total Invoice Amount : | **$1,197.76** |

**Billing Group: 101**     Fixed Fee

Invoice:        30036
February 07, 2005

**Avalon at River Oaks**

**Apartment Inspections**

*James Willden CAO14 581400* (handwritten)

*Current Fee Total:*        *$1,197.76*

*Billing Group Subtotal:*        $1,197.76

## Project Totals:

|  |  |
|---|---|
| *** Total Project Invoice Amount : | **$1,197.76** |

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *≥ 120 Days* |
| *$1,197.76* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |

 *A Member of the Tetra Tech Team*

# Invoice

Invoice Number: 960416

**August 10, 2004**

To:  Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*CA 013*
*CX 017*

**Project: 181096**    **Avalon Fairway Glen– Mold Remediation, Cleaning and Reporting**

Project Manager: Merle Maass

Professional Services for the Period: 7/01/2004 to 8/10/2004

Billing Group: 101    Phase Fixed Cost ($100/Apartment at 144 Units)

[1] Mold Remediation, Cleaning, and Reporting

| **Professional Services** | Charge | % Completion |
| --- | --- | --- |
| Molding Remediation, Cleaning and Reporting | $14,400.00 | 100.0% |
| Reporting | $2,600.00 | 100.0% |

**Totals**

GL 01-00-15900    **Total Invoice Amount**    **$17,000.00**
CA013    2004
CX-017    17,000.00

*Aged Receivables:*

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| --- | --- | --- | --- | --- |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



**TETRA TECH, INC.**

AP: Susana Avalos

# Invoice

AvalonBay Communities, Inc.

Approval: _James Willden_
Dept Code: _CA012_
Expense Code: _581400_
Expense Code:
Balance: _$1,325.16_

Invoice Number: 34323
February 10, 2006

✓ keyed in PS
3/13/06 ES

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

Project: 181293          AvalonBay 2006

Project Manager: Mark R. Bishop
Professional Services for the Period: 1/15/2006 to 4/1/2006

---

*** Total Invoice Amount:                    **$1,325.16**

---

Billing Group: 101     Fixed Fee

Invoice:          34323
February 10, 2006

CA012

California Apartment Inspections
CA012   Crowne Ridge   254   $1,325.16

p d 3/14/06
CK# 0759300

Current Fee Total:          $1,325.16

Billing Group Subtotal:          $1,325.16

**Project Totals:**

*** Total Project Invoice Amount:          **$1,325.16**

| _Aged Receivables:_ | | | | |
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $1,325.16 | $0.00 | $0.00 | $0.00 | $0.00 |

---



*AP: Susana Avalos* (handwritten)

# Invoice

## TETRA TECH, INC.

*CAO 12* (handwritten)
*581400* (handwritten)

Invoice Number:    30035
February 07, 2005

To:  James R. Willden
     AvalonBay
     2900 Eisenhower Avenue
     Suite 300
     Alexandria, VA 22314

**Project: 181179**        **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount :                          **$1,346.16**

Billing Group: 101    Fixed Fee

Invoice:    30035
February 07, 2005

*James Willden* (handwritten)
*CAO 12* (handwritten)
*581400* (handwritten)

Crowne Ridge

Apartment Inspections

Current Fee Total:             *$1,346.16*

Billing Group Subtotal:        *$1,346.16*

## Project Totals:

*** Total Project Invoice Amount :                 **$1,346.16**

| _Aged Receivables:_ | | | | |
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $1,346.16 | $0.00 | $0.00 | $0.00 | $0.00 |



# TETRA TECH, INC.

# Invoice

Invoice Number:     30078

February 07, 2005

To:     James R. Willden
        AvalonBay
        2900 Eisenhower Avenue
        Suite 300
        Alexandria, VA 22314

**Project: 181178**          **AvalonBay - 2005 Environmental Services**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount:                    **$25,400.00**

**Billing Group: 101**     Fixed Fee                                      Invoice:          30078

                                                                          February 07, 2005

**Avalon at Crown Ridge**
  - Mold Sampling and Analysis
  - Mold Cleaning
  - Reporting

                                         *Current Fee Total:*          *$25,400.00*

                                         Billing Group Subtotal:        $25,400.00

## Project Totals:

        *** Total Project Invoice Amount :                **$25,400.00**

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $25,400.00 | $0.00 | $0.00 | $0.00 | $0.00 |

 AP: Reed Doepke

# Invoice

## TETRA TECH, INC.

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

AvalonBay Communities, Inc.
Approval: *James Willden*
Dept Code: *CA010*
Expense Center: *581400*
Expense Code:
Revenue Code: *$1,878.18*

Invoice Number:     34322
February 10, 2006

**Project: 181293**      **AvalonBay 2006**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/15/2006 to 4/1/2006**

| | |
|---|---|
| *** Total Invoice Amount: | **$1,878.18** |

Billing Group: 101      Fixed Fee

Invoice:     34322
February 10, 2006

California Apartment Inspections
CA010   Countrybrook   360   $1,878.18



Current Fee Total:          $1,878.18

Billing Group Subtotal:          $1,878.18

## Project Totals:

| | |
|---|---|
| *** Total Project Invoice Amount: | **$1,878.18** |

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $1,878.18 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP: Sue Ebron*

# Invoice

**.ETRA TECH, INC.**

*Avalon ... Communities, Inc.*
*App..: James Willden*
*Dept Code:*
*Expense Code: CA010*
*Expense Co...: 581400*

Invoice Number: 30578
March 25, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181178**     **AvalonBay - 2005 Environmental Services**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 2/28/2005 to 4/3/2005**

| | |
|---|---|
| *** Total Invoice Amount : | **$36,000.00** |

Billing Group: 101     Fixed Fee

Invoice:     30578
March 25, 2005

Northern California Clean Country Brook
- 360 apartments at $100 per apartment

Current Fee Total:          *$36,000.00*

Billing Group Subtotal:          $36,000.00

## Project Totals:

| | |
|---|---|
| *** Total Project Invoice Amount : | **$36,000.00** |

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $36,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP: Sue Ebron*

# Invoice

**, .TRA TECH, INC.**

*CAO 10*
*581400*

Invoice Number:     30034
February 07, 2005

To:     James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**          **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount:          **$1,907.94**

**Billing Group: 101**     Fixed Fee

Invoice:     30034
February 07, 2005

**Countrybrook**

**Apartment Inspections**

*James Willden*
*CAO10*
*581400*



*Current Fee Total:*          *$1,907.94*

*Billing Group Subtotal:*          $1,907.94

## Project Totals:

*** Total Project Invoice Amount:          **$1,907.94**

| _Aged Receivables:_ | | | | |
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $1,907.94 | $0.00 | $0.00 | $0.00 | $0.00 |

 *A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 540416**

**November 8, 2004**

To:     Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

Project: **181154**     **Avalon at County Brook**

Project Manager:  Merle Maass

Professional Services for the Period:  November 2004

Billing Group: 101     Phase Fixed Cost (360 Units)

**[1]  Avalon at County Brook, 1895 North Capitol Avenue San Jose, CA**

| **Professional Services** | Total Charge | % Completion |
|---|---|---|
| Mold Remediation and Cleaning | $36,000.00 | 100.0% |

**Totals**

**Total Invoice Amount**     **$36,000.00**



| **Aged Receivables:** | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG)  C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171

44.0



AP: Susana Avalos

# Invoice

### TETRA TECH, INC.

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

AvalonBay Communities, Inc.
Approved: *James Willden*
Dept Code: *CA009*
Expense Code: *581400*
Expense Code:
Expense Order: *$ 965.18*

Invoice Number:    34321
February 10, 2006

*√ Keyed in PS*
*3/13/06  RO*

**Project: 181293**          **AvalonBay 2006**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/15/2006 to 4/1/2006**

|  |  |
|---|---|
| *** Total Invoice Amount: | **$965.18** |

Billing Group: 101      Fixed Fee

Invoice:      34321
February 10, 2006

*CA009*

*pd 3/14/06*
*CK # 0759301*

|  |  |
|---|---|
| California Apartment Inspections |  |
| CA009   Avalon at Nob Hill   185   $965.18 |  |



Current Fee Total:            $965.18

Billing Group Subtotal:            $965.18

## Project Totals:

|  |  |
|---|---|
| *** Total Project Invoice Amount: | **$965.18** |

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $965.18 | $0.00 | $0.00 | $0.00 | $0.00 |

MFG, Inc., Dept. 1678, Denver, CO 80291-1678     Ph (970) 223-9600     Fax (970) 223-7171   Federal Tax ID: 84-1490184



*AP. Susana Avalos* (handwritten)

# Invoice

**ULTRA TECH, INC.**

*CA004* (handwritten)
*581400* (handwritten)

Invoice Number:     30032

February 07, 2005

To:     James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**          **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount:          **$980.47**

**Billing Group: 101**     Fixed Fee

Invoice:     30032

February 07, 2005

Avalon at Nob Hill

Apartment Inspections

*James Willden* (handwritten)
*CA004* (handwritten)
*581400* (handwritten)

*Current Fee Total:*          *$980.47*

*Billing Group Subtotal:*          $980.47

## Project Totals:

*** Total Project Invoice Amount:          **$980.47**

| _Aged Receivables:_ | | | | |
| --- | --- | --- | --- | --- |
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $980.47 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP Suxina Qualos* (handwritten)

*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 25156-9**

**March 26, 2004**

To: Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*CACC9* (handwritten)
*581400* (handwritten)

Project: 181097     AvalonBay Nob Hill, CA Community

Project Manager: Merle Maass

Professional Services for the Period: March 2004

Billing Group: 101     Phase Fixed Cost

**[1] Avalon Nob Hill, CA**

**Professional Services**     *James Willden* (handwritten)     Total Charge

*CACC9* (handwritten)
*581400* (handwritten)

Apartment Inspections     $965.16

**Totals**

**Total Invoice Amount**     **$965.16**

---

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



AP: *Jim Miller*

# Invoice

## TETRA TECH, INC.

Invoice Number: 33331
November 21, 2005

To:   James R. Willden
      AvalonBay
      2900 Eisenhower Avenue
      Suite 300
      Alexandria, VA 22314

AvalonBay Communities, Inc.

Approval: *James Wilden*
Dept Code: *CA008*
Expense Code: *145200*
Expense Code:
Expense Code:

Project: 181199          AvalonBay

Project Manager: Mark R. Bishop

**Professional Services for the Period: 10/26/2005 to 11/18/2005**

*** Total Invoice Amount:                          **$32,600.00**

---

Billing Group: 101      Fixed Fee                 Invoice:      33331
                                                  November 21, 2005

**Avalon at Cupertino (Cupertino, CA)**

- Mold Removal and Cleaning - $31,100.00

- Confirmation Sampling and Reporting - $1,500.00

                              *Current Fee Total:*        *$32,600.00*

                              Billing Group Subtotal:      $32,600.00

## Project Totals:

            *** Total Project Invoice Amount:              **$32,600.00**

---



*AP: Jim Miller*

*CA008*
*581400*

# Invoice

**TETRA TECH, INC.**

Invoice Number:     30031

February 07, 2005

To:     James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**          **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount :          **$1,648.25**

Billing Group: 101      Fixed Fee                           Invoice:     30031

February 07, 2005

*James Willden*
*CA008*
*581400*

Avalon Cupertino

Apartment Inspections

Current Fee Total:          *$1,648.25*

Billing Group Subtotal:          $1,648.25

## Project Totals:

*** Total Project Invoice Amount :          **$1,648.25**

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$1,648.25* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |

 AP: *Clarissa Atipoe*

**TETRA TECH, INC.**

# Invoice

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

*Approved:* James Willden
*Job Code:* CA007
*Expense Code:* 581400
$1,017.35

Invoice Number: 34317
February 10, 2006

**Project: 181293**   **AvalonBay 2006**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/15/2006 to 4/1/2006**

---

*** Total Invoice Amount:  **$1,017.35**

---

Billing Group: 101   Fixed Fee

Invoice:  34317
February 10, 2006

**California Apartment Inspections**
CA007   Avalon at Cedar Ridge   195   $1,017.35



Current Fee Total:  *$1,017.35*

Billing Group Subtotal:  $1,017.35

## Project Totals:

*** Total Project Invoice Amount:  **$1,017.35**

---

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$1,017.35* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |

---

MFG, Inc., Dept. 1678, Denver, CO 80291-1678   Ph (970) 223-9600   Fax (970) 223-7171   Federal Tax ID: 84-1490184



*AP Sue Ebron* (handwritten)

# Invoice

**TRA TECH, INC.**

*OA007* (handwritten)
*581400* (handwritten)

Invoice Number: 30030
February 07, 2005

To:    James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**      **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/31/2005 to 2/27/2005**

---

*** Total Invoice Amount :      **$1,033.47**

---

Billing Group: 101    Fixed Fee

*James Willden* (handwritten)
*OA007* (handwritten)
*581400* (handwritten)

Invoice:    30030
February 07, 2005

Avalon at Cedar Ridge

Apartment Inspections

*Current Fee Total:*    *$1,033.47*

Billing Group Subtotal:    $1,033.47

## Project Totals:

*** Total Project Invoice Amount :    **$1,033.47**

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $1,033.47 | $0.00 | $0.00 | $0.00 | $0.00 |

---



# TETRA TECH, INC.

# Invoice


*received*

Invoice Number: 31752

July 06, 2005

To:  James R. Willden
     AvalonBay
     2900 Eisenhower Avenue
     Suite 300
     Alexandria, VA 22314

*(handwritten:)* GL 0100-15900
CA007  2005
CX-051  2,500.00
MM 8/4/05

**Project: 181199**        **AvalonBay**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 5/30/2005 to 7/6/2005**

---

***\*\*\* Total Invoice Amount:***        **$2,500.00**

---

**Billing Group: 101**   Fixed Fee

Invoice:        31752

July 06, 2005

**AvalonBay at Cedar Ridge
 - Mold Testing and Analyses**

*(handwritten notes: OK GW, CX051, Appx Job, Not cf., Not of Larger Deck & Home Repair)*

*Current Fee Total:*        *$2,500.00*

*Billing Group Subtotal:*        $2,500.00

## Project Totals:

***\*\*\* Total Project Invoice Amount:***        **$2,500.00**

---

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $2,500.00 | $0.00 | $0.00 | $0.00 | $0.00 |

---

MFG, Inc., Dept. 1678, Denver, CO 80291-1678   Ph (970) 223-9600   Fax (970) 223-7171   Federal Tax ID: 84-1490184



# TETRA TECH, INC.

# Invoice

Invoice Number: 30076

February 07, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181178**     **AvalonBay - 2005 Environmental Services**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/31/2005 to 2/27/2005**

<div align="center">

*** Total Invoice Amount:     **$19,500.00**

</div>

**Billing Group: 101**     Fixed Fee

Invoice:     30076
February 07, 2005

**Avalon at Cedar Ridge**
 - **Mold Sampling and Analysis**
 - **Mold Cleaning**
 - **Reporting**

*Current Fee Total:*     *$19,500.00*

Billing Group Subtotal:     $19,500.00

## Project Totals:

<div align="center">

*** Total Project Invoice Amount:     **$19,500.00**

</div>

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$19,500.00* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



*A Member of the Tetra Tech Team*

# Invoice

*AP-Sue Ebron* (handwritten)

Invoice Number: 25156-20

March 26, 2004

To: Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*CA007* (handwritten)
*581400* (handwritten)

Project: 181097    AvalonBay Cedar Ridge, CA Community

Project Manager: Merle Maass

Professional Services for the Period: March 2004

Billing Group: 101    Phase Fixed Cost

[1] **Avalon Cedar Ridge, CA**

AvalonBay Communities, Inc.

| **Professional Services** | | Total Charge |
|---|---|---|
| | Approval: *James Wilden* (handwritten) | |
| | Dept Code: *CA007* (handwritten) | |
| Apartment Inspections | Expense Code: *581400* (handwritten) | $1,017.36 |
| | Expense Code: _____ | |
| **Totals** | Expense Code: _____ | |

**Total Invoice Amount**    **$1,017.36**

**Aged Receivables:**

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG)  C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171



# TETRA TECH, INC.

MAR 2 7 2005

# Invoice

CA006



RECEIVED

MAR 2 2 2006

AvalonBay Communities, Inc.

To:    James R. Willden
       AvalonBay
       2900 Eisenhower Avenue
       Suite 300
       Alexandria, VA 22314

Invoice Number:    34774
March 12, 2006

---

**Project: 181293**          AvalonBay 2006

Project Manager: Mark R. Bishop

**Professional Services for the Period: 2/27/2006 to 4/2/2006**

---

### *** Total Invoice Amount:                 **$32,400.00**

---

Billing Group: 101      Fixed Fee

Invoice:        34774
March 12, 2006

AvalonBay Communities, Inc.

Mold Cleaning at AvalonBay at Blossom Hill , San Jose, CA (324 Units): $32,400.

Approval:

Dept. Code: CA006

Expense Code: 144900

Amount    Current Fee Total:    32,400    $32,400.00

*dispo deal ok'd by Sean B.*

Billing Group Subtotal:    $32,400.00

## Project Totals:

*the $$ Dispo Cost Blossom Hill*

### *** Total Project Invoice Amount:          **$32,400.00**

---

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $136,607.27 | $0.00 | $0.00 | $0.00 | $0.00 |

---

MFG, Inc., Dept. 1678, Denver, CO 80291-1678    Ph (970) 223-9600    Fax (970) 223-7171    Federal Tax ID: 84-1490184

 *AP: Jim Miller*

# Invoice

## TETRA TECH, INC.

Invoice Number:  33342
November 23, 2005

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

*Code to Site Mark B Bishop*

**Project: 181199**          **AvalonBay**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 11/19/2005 to 11/27/2005**

| | |
|---|---|
| *** Total Invoice Amount: | **$33,900.00** |

**Billing Group: 101     Fixed Fee**

Invoice:       33342
November 23, 2005

*(CA006)*

Avalon at Blossom Hill, 491 Briar Ridge Drive, San Jose, CA 95123

- Mold Removal and Cleaning - $32,400

- Confirmation Sampling and Reporting - $1,500

AvalonBay Communities, Inc.

Approval: *James Willden*
Dept Code: *CA006*
Expense Code: *145200*
Expense Code: *$33,900*
Expense Code:

| | |
|---|---|
| *Current Fee Total:* | *$33,900.00* |
| *Billing Group Subtotal:* | $33,900.00 |

## Project Totals:

| | |
|---|---|
| *** Total Project Invoice Amount: | **$33,900.00** |

---



*AP: Jim Miller*

# Invoice

## ,ETRA TECH, INC.

Invoice Number:    30029
February 07, 2005

To:   James R. Willden
      AvalonBay
      2900 Eisenhower Avenue
      Suite 300
      Alexandria, VA 22314

*CA006*
*581400*

**Project: 181179**       **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount :               **$1,717.15**

Billing Group: 101    Fixed Fee                          Invoice:      30029
                                                          February 07, 2005

**Avalon at Blossom Hill**

**Apartment Inspections**

*James Willden*
*CA006*
*581400*

Current Fee Total:           $1,717.15

Billing Group Subtotal:      $1,717.15

## Project Totals:

*** Total Project Invoice Amount :        **$1,717.15**

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$1,717.15* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



*AP: Dina Benavides*

# TETRA TECH, INC.

# Invoice

Avalon Bay Communities, Inc.
Approved: *James Willden*
Dept Code: *CA005*
Expense Code: *581400*
Expense Code: *$1,815.57*

Invoice Number: 34315
February 10, 2006

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

Project: 181293          AvalonBay 2006

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/15/2006 to 4/1/2006**

---

| | |
|---|---|
| *** Total Invoice Amount: | **$1,815.57** |

---

Billing Group: 101     Fixed Fee

Invoice:     34315
February 10, 2006

California Apartment Inspections
CA005   Avalon Campbell   348   $1,815.57



Current Fee Total:          *$1,815.57*

Billing Group Subtotal:          *$1,815.57*

## Project Totals:

| | |
|---|---|
| *** Total Project Invoice Amount: | **$1,815.57** |

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$1,815.57* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |

---

*4/19*



*AP: Tim Miller*

# TETRA TECH, INC.

*CA005*
*581400*

# Invoice

Invoice Number:     30022
February 07, 2005

To:     James R. Willden
        AvalonBay
        2900 Eisenhower Avenue
        Suite 300
        Alexandria, VA 22314

**Project: 181179**          **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/31/2005 to 2/27/2005**

---

|  | *** Total Invoice Amount : | **$1,844.34** |
|---|---|---|

---

Billing Group: 101     Fixed Fee

Invoice:     30022
February 07, 2005

Avalon Campbell

Apartment Inspections

*James Willden*
*CA005*
*581400*

| Current Fee Total: | *$1,844.34* |
|---|---|

| Billing Group Subtotal: | $1,844.34 |
|---|---|

## Project Totals:

|  | *** Total Project Invoice Amount : | **$1,844.34** |
|---|---|---|

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| *$1,844.34* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |

---



AP: Dina Benavides

# Invoice

## TETRA TECH, INC.

AP handwritten approval block:
Avalon~~Bay Communities, Inc.~~
Approval: James Willden
Dept Code: CA002
Expense Code: 58/400
Expense $1,064.30

Invoice Number: 34314

February 10, 2006

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181293          AvalonBay 2006**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/15/2006 to 4/1/2006**

---

| | |
|---|---|
| *** Total Invoice Amount: | **$1,064.30** |

---

| Billing Group: 101     Fixed Fee | Invoice:     34314 |
|---|---|
| | February 10, 2006 |

California Apartment Inspections
CA002  Avalon Dublin    204   $1,064.30



Current Fee Total:          *$1,064.30*

Billing Group Subtotal:      $1,064.30

## Project Totals:

| | |
|---|---|
| *** Total Project Invoice Amount: | **$1,064.30** |

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$1,064.30* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |

---

MFG, Inc., Dept. 1678, Denver, CO 80291-1678     Ph (970) 223-9600    Fax (970) 223-7171   Federal Tax ID: 84-1490184

*Page 1*

3/4



*AP: Tim Miller*

**.\_TRA TECH, INC.**

# Invoice

*CA002*
*581400*

Invoice Number:     30021
February 07, 2005

To:    James R. Willden
       AvalonBay
       2900 Eisenhower Avenue
       Suite 300
       Alexandria, VA 22314

**Project: 181179**          **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/31/2005 to 2/27/2005**

---

**\*\*\* Total Invoice Amount:**                    **$1,081.17**

---

**Billing Group: 101**      Fixed Fee                              Invoice:     30021
                                                          February 07, 2005

**Avalon Dublin**                      *James Willden*
                                       *CA002*
**Apartment Inspections**              *581400*

                                       *Current Fee Total:*              *$1,081.17*

                                       Billing Group Subtotal:           $1,081.17

**Project Totals:**

          **\*\*\* Total Project Invoice Amount:**              **$1,081.17**

---

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$1,081.17* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |

---



*AP - Jim Miller*

## A Member of the Tetra Tech Team

# Invoice

**Invoice Number: 25156-14**

**March 26, 2004**

To:   Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*CACCA
581400*

Project: 181097       AvalonBay Dublin, CA Community

Project Manager:  Merle Maass

Professional Services for the Period:  March 2004

Billing Group: 101     Phase Fixed Cost

**[1]  Avalon at Dublin, CA**

*James Willden
CACCO
581400*

**Professional Services**                                    Total Charge

Apartment Inspections                                       $1,064.28

## Totals

**Total Invoice Amount**        **$1,064.28**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



# TETRA TECH, INC.

# Invoice

Avalonlay Communities, Inc.

Approval: _Sean Braslin_
Dept Code: _CA001_
Expense Code: _145200_
Expense Code: _____
Expense Code: _____

Invoice Number: 31736
July 06, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181199**        **AvalonBay**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 5/30/2005 to 7/6/2005**

*** Total Invoice Amount:          **$20,000.00**

---

**Billing Group: 101**    Fixed Fee

Invoice:    31736
July 06, 2005

AvalonBay at Freemount
- Mold Cleaning with Report

Current Fee Total:          *$20,000.00*

Billing Group Subtotal:          $20,000.00

## Project Totals:

*** Total Project Invoice Amount:          **$20,000.00**

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $20,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |

---

MFG, Inc., Dept. 1678, Denver, CO 80291-1678    Ph (970) 223-9600    Fax (970) 223-7171    Federal Tax ID: 84-1490184



**ETRA TECH, INC.**

AP: Tim Miller

# Invoice

CA001
581400

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

Invoice Number:     30020
February 07, 2005

**Project: 181179**     **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount :     **$2,347.83**

Billing Group: 101     Fixed Fee

Invoice:     30020
February 07, 2005

Avalon Fremont

Apartment Inspections

James Willden
CA001
581400

*Current Fee Total:*     *$2,347.83*

Billing Group Subtotal:     $2,347.83

# Project Totals:

*** Total Project Invoice Amount :     **$2,347.83**

| *Aged Receivables:* | | | | |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$2,347.83* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |

MFG, Inc., Dept. 1678, Denver, CO 90291-1678     Ph (303) 447-1823   Fax (303) 447-1836

*Page 1*

*AP- Jim Miller*



*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 25156-12**

**March 26, 2004**

To:     Accounts Payable
         Avalon Bay Communities, Inc.
         2900 Eisenhower
         Alexandria, VA 22314

*CACO1*
*581400*

Project: 181097      AvalonBay Fremont, CA Community

Project Manager:  Merle Maass

Professional Services for the Period:  March 2004

Billing Group: 101     Phase Fixed Cost

[1]  **Avalon at Fremont, CA**

**Professional Services**          *James Willden*          Total Charge
                                                  *CACO1*
Apartment Inspections                   *581400*          $2,311.20

**Totals**

               **Total Invoice Amount**     **$2,311.20**

| Aged Receivables: | | | | |
| --- | --- | --- | --- | --- |
| Current | ≤61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |