

*AP. Karl Taylor* (handwritten)

# Invoice

**IETRA TECH, INC.**

*James Willden* (handwritten)
*MA004* (handwritten)
*S81400* (handwritten)

Invoice Number: 31332

May 17, 2005

To:   James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**       **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 4/4/2005 to 7/1/2005**

*** Total Invoice Amount:        **$642.95**

---

**'!!ing Group: 101**    Fixed Fee         Invoice:    31332

May 17, 2005

**Avalon West**



*Current Fee Total:*     $642.95

Billing Group Subtotal:     $642.95

## Project Totals:

*** Total Project Invoice Amount:     **$642.95**

| _Aged Receivables:_ | | | | |
| --- | --- | --- | --- | --- |
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $642.95 | $0.00 | $0.00 | $0.00 | $0.00 |

---



*AP: Karl Taylor*

**A Member of the Tetra Tech Team**

# Invoice

Invoice Number: 970474

October 25, 2004

To:  Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

Project: 181097       Avalon at West, MA

*551400*

*MACC4*

Project Manager: Merle Maass

Professional Services for the Period: October 2004

Billing Group: 101    Phase Fixed Cost

[1] Avalon at West

**Professional Services**                                    Total Charge

*James Millden*
*MACC4*
*551400*
*$ 626.04*

Apartment Inspections                                          $626.04

**Totals**

**Total Invoice Amount**        **$626.04**

| Aged Receivables: | | | | |
| --- | --- | --- | --- | --- |
| Current | ≤61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG) C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171



*A Member of the Tetra Tech Team*

# Invoice

*Handwritten:* GL 01-00-15900
MA004     2004
CF-017   15,600.⁰⁰

**Invoice Number: 540413**

**October 30, 2004**

To:    Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*Handwritten:* MA004
CF017

**Project: 181154**     **Avalon at West**

Project Manager: Merle Maass

Professional Services for the Period: October 2004

Billing Group: 101    Phase Fixed Cost (120 Units)      *C. Fund*

**[1] Avalon at West <u>100 Charlestown Meadows Drive Westborough, MA</u>**

| **Professional Services** | Total Charge | % Completion |
|---|---|---|
| Mold Remediation and Cleaning | $15,600.00 | 100.0% |

**Totals**

**Total Invoice Amount**     **<u>$15,600.00</u>**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| Current | <u><61 Days</u> | <u>61-90 Days</u> | <u>91-120 Days</u> | <u>>120 Days</u> |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



# Invoice

## TETRA TECH, INC.

Invoice Number:     35707
June 05, 2006

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181293**          **AvalonBay 2006**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 5/1/2006 to 5/28/2006**

|  |  |
|---|---|
| *** Total Invoice Amount: | **$24,500.00** |

Billing Group: 101      Fixed Fee

Invoice:     35707
June 05, 2006

AvalonBay at Summit Mold Cleaning          : Total Cost:  $24,500

|  |  |
|---|---|
| *Current Fee Total:* | $24,500.00 |
| Billing Group Subtotal: | $24,500.00 |

## Project Totals:

|  |  |
|---|---|
| *** Total Project Invoice Amount: | **$24,500.00** |

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$24,500.00* | *$32,479.07* | *$0.00* | *$0.00* | *$0.00* |

---

MFG, Inc., Dept. 1678, Denver, CO 80291-1678     Ph (970) 223-9600     Fax (970) 223-7171     Federal Tax ID: 84-1490184



*AP: Sue Ebron* (handwritten)

# TETRA TECH, INC.

# Invoice

AvalonBay Communities, Inc.

Approval: *James Willden* (handwritten)
Dept Code: *MA003* (handwritten)
Expense Code: *581400* (handwritten)
Expense Code:
Expense Code:

Invoice Number: 31339

May 17, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**      **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 4/4/2005 to 7/1/2005**

*** Total Invoice Amount :      **$1,312.69**

Billing Group: 101      Fixed Fee

Invoice: 31339
May 17, 2005

**Avalon Summit**

Current Fee Total:      *$1,312.69*

Billing Group Subtotal:      $1,312.69

## Project Totals:

*** Total Project Invoice Amount :      **$1,312.69**

| *Aged Receivables:* | | | | |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$1,312.69* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |





# Invoice

## TETRA TECH, INC.

Invoice Number: 31749
July 06, 2005

To:   James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181199**     **AvalonBay**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 5/30/2005 to 7/6/2005**

| | |
|---|---|
| *** Total Invoice Amount: | **$24,500.00** |

| | | |
|---|---|---|
| **Billing Group: 101**   Fixed Fee | Invoice: | 31749 |
| | July 06, 2005 | |

**AvalonBay at Summit
- Mold Cleaning**

| | |
|---|---|
| *Current Fee Total:* | *$24,500.00* |
| Billing Group Subtotal: | $24,500.00 |

## Project Totals:

| | |
|---|---|
| *** Total Project Invoice Amount: | **$24,500.00** |

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *≥ 120 Days* |
| $24,500.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MFG, Inc., Dept. 1678, Denver, CO 80291-1678   Ph (970) 223-9600   Fax (970) 223-7171  **Federal Tax ID: 84-1490184**



*AP: Sue Ehren*

## *A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 970473**

**October 25, 2004**

To: Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

Project: 181097    Avalon at Summit, MA

*581400*
*MACO3*

Project Manager: Merle Maass

Professional Services for the Period: October 2004

Billing Group: 101    Phase Fixed Cost

[1] Avalon at Summit

**Professional Services**    *James Wilden MACO3 581400 $1,278.24*    Total Charge

Apartment Inspections    $1,278.24

## Totals

**Total Invoice Amount**    **$1,278.24**

*Aged Receivables:*

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---------|----------|------------|-------------|-----------|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



AP: Karl Taylor

# Invoice

## TETRA TECH, INC.

AvalonBay Communities, Inc.

Approval: James Willden
Dept Code: MA002
Expense Code: 581400
Expense Code: _____
Expense Code: _____

Invoice Number: 31351
May 17, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**      **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 4/4/2005 to 7/1/2005**

*** Total Invoice Amount :     **$1,093.01**

---

**Billing Group: 101**     Fixed Fee

Invoice: 31351
May 17, 2005

**Avalon Oaks**



Current Fee Total:     $1,093.01

Billing Group Subtotal:     $1,093.01

## Project Totals:

*** Total Project Invoice Amount :     **$1,093.01**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $1,093.01 | $0.00 | $0.00 | $0.00 | $0.00 |

---

MFG, Inc., Dept. 1678, Denver, CO 90291-1678     Ph (303) 447-1823    Fax (303) 447-1836



# Invoice

## TETRA TECH, INC.

*received*

Invoice Number:    31748

July 06, 2005

To:   James R. Willden
      AvalonBay
      2900 Eisenhower Avenue
      Suite 300
      Alexandria, VA 22314

**Project: 181199**        **AvalonBay**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 5/30/2005 to 7/6/2005**

|  |  |
|---|---|
| *** Total Invoice Amount : | **$36,000.00** |

**Billing Group: 101**    Fixed Fee

Invoice:    31748

July 06, 2005

**AvalonBay at Oaks and Oaks West
 - Mold Cleaning**

*Current Fee Total:*                $36,000.00

Billing Group Subtotal:           $36,000.00

## Project Totals:

*** Total Project Invoice Amount :           **$36,000.00**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *≥ 120 Days* |
| $36,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MFG, Inc., Dept. 1678, Denver, CO 80291-1678    Ph (970) 223-9600    Fax (970) 223-7171   Federal Tax ID: 84-1490184



*AP: Suxana Avalos*

## *A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 960425**

**September 6, 2004**

To:  Mr. James Willden
V.P of Engineering
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA

*MACO2*
*581400*

**Project: 181096**       **Avalon Oaks – Biological (LD) Sampling**

Project Manager:  Merle Maass

Professional Services for the Period:  8/01/2004 to 9/6/2004

Billing Group: 117       Phase Fixed Cost

**Contract #:   Verbal Authorization**
*per James Willden*

*Avalon Bay Communities, Inc.*
*Approved: James Willden*
*MACO2*
*581400*

[1] Avalon Oaks

| **Professional Services** | Charge | % Completion |
|---|---|---|
| Site Inspection and Sample Collection | $4,400.00 | 100.00% |
| Analysis and Recommendations | $ 500.00 | 100.00% |
| **Professional Services Total** | **$4,900.00** | **100.00%** |

## Totals

**Total Invoice Amount**       **$4,900.00**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP: Beatrice Chun*

*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 970472**

**October 25, 2004**

To:   Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*581400*
*mA 002*

Project: 181097    Avalon at Oaks, MA

Project Manager: Merle Maass

Professional Services for the Period: October 2004

Billing Group: 101    Phase Fixed Cost

[1] Avalon at Oaks

*Avalon Bay Communities, Inc.*
Approval: *James Willden*
Dept Code: *MA002*
**Professional Services** Expense Code: *581400*        Total Charge
Expense Code: *$1,064.28*
Apartment Inspections                                    $1,064.28
Expense Code:

Expense Code:

## Totals

**Total Invoice Amount**        **$1,064.28**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| Current | ≤61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*A Member of the Tetra Tech Team*

# Invoice

Invoice Number: 540415

November 8, 2004

To:   Accounts Payable
      Avalon Bay Communities, Inc.
      2900 Eisenhower
      Alexandria, VA 22314

Project: **181154**      **Avalon at Oaks**

Project Manager:  Merle Maass

Professional Services for the Period:  November 2004

Billing Group: 101    Phase Fixed Cost (204 Units)

**[1]  Avalon at Oaks, One Avalon Drive Wilmington, MA**

| Professional Services | Total Charge | % Completion |
|---|---|---|
| Mold Remediation and Cleaning | $20,400.00 | 100.0% |

**Totals**

**Total Invoice Amount**        **$20,400.00**

*CAPX CF*

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG)  C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171



# Invoice

## TETRA TECH, INC.

Invoice Number:   35713
June 05, 2006

To:   James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

*AvalonBay Communities, Inc.*
Approval:   James Willden
Dept Code:   MA001
Expense Code:   6601400
Expense Code:
Expense Code:

**Project: 181293**   **AvalonBay 2006**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 5/1/2006 to 5/28/2006**

| *** Total Invoice Amount: | **$4,950.00** |

**Billing Group: 101**   Fixed Fee

Invoice:   35713
June 05, 2006

AvalonBay at Lexington Mold Support and Analysis:  $4,950

*Current Fee Total:*   *$4,950.00*

Billing Group Subtotal:   $4,950.00

## Project Totals:

| *** Total Project Invoice Amount: | **$4,950.00** |

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $4,950.00 | $32,479.07 | $0.00 | $0.00 | $0.00 |



AP: Karl Taylor

# Invoice

**TRA TECH, INC.**

AvalonBay Communities, Inc.
Approval: James Willden
Dept Code: MA001
Expense Code: 581400
Expense Code:
Expense Code:

Invoice Number: 31308

May 17, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**     **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 4/4/2005 to 7/1/2005**

*** Total Invoice Amount: **$1,060.87**

**Billing Group: 101**   Fixed Fee

Invoice:   31308
May 17, 2005

**Avalon at Lexington**

*Current Fee Total:*   $1,060.87

Billing Group Subtotal:   $1,060.87

# Project Totals:

*** Total Project Invoice Amount: **$1,060.87**

| _Aged Receivables:_ | | | | |
| --- | --- | --- | --- | --- |
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $1,060.87 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP. Kail Taylor* (handwritten)

**A Member of the Tetra Tech Team**

# Invoice

**Invoice Number: 970471**

**October 25, 2004**

To:  Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*581400* (handwritten)
*MACOI* (handwritten)

Project: 181097     Avalon at Lexington, MA

Project Manager:  Merle Maass

Professional Services for the Period:  October 2004

Billing Group: 101     Phase Fixed Cost

[1]  Avalon at Lexington

*Janus Willden* (handwritten)
*MACOI* (handwritten)
*581400* (handwritten)
*$1,032.96* (handwritten)

| **Professional Services** | Total Charge |
|---|---|
| Apartment Inspections | $1,032.96 |

## Totals

**Total Invoice Amount**        **$1,032.96**

***Aged Receivables:***

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



AP. Jim Miller

# Invoice

**‖ TRA TECH, INC.**

To:   James R. Willden
      AvalonBay
      2900 Eisenhower Avenue
      Suite 300
      Alexandria, VA 22314

AvalonBay Communities, Inc.

Approval: _James Willden_
Dept Code: _1L004_
Expense Code: _581400_
Expense Code: _____
Expense Code: _____

Invoice Number:     31290
May 17, 2005

**Project: 181179          AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 4/4/2005 to 7/1/2005**

*** Total Invoice Amount :                    **$2,191.38**

Billing Group: 101      Fixed Fee

Invoice:          31290
May 17, 2005

**200 Arlington Place**

*Current Fee Total:*          $2,191.38

Billing Group Subtotal:        $2,191.38

## Project Totals:

*** Total Project Invoice Amount :          **$2,191.38**

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $2,191.38 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP: Jim Miller* (handwritten)

*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 970401-14**

**June 14, 2004**

To:   Accounts Payable
      Avalon Bay Communities, Inc.
      2900 Eisenhower
      Alexandria, VA 22314

*James Willden* (handwritten)
*IL CC4* (handwritten)
*581400* (handwritten)

*IL CC4* (handwritten)
*581400* (handwritten)

Project: 181097      AvalonBay Arlington Heights, IL Community

Project Manager:  Merle Maass

Professional Services for the Period:  June 2004

Billing Group: 101     Phase Fixed Cost

**[1]  Avalon** Arlington Heights, IL

**Professional Services**                          Total Charge

Apartment Inspections                                $2,133.84

**Totals**

                    **Total Invoice Amount**        **$2,133.84**

**Aged Receivables:**

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---------|----------|------------|-------------|-----------|
| $0.00   | $0.00    | $0.00      | $0.00       | $0.00     |

 AP: *Jim Miller*

# Invoice

**T TRA TECH, INC.**

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

AvalonBay Communities, Inc.
Approval: *James Willden*
Dept Code: *PL003*
Expense Code: *581400*
Expense Code:
Expense Code:

Invoice Number:    31311
May 17, 2005

**Project: 181179**   **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 4/4/2005 to 7/1/2005**

|  |  |
|---|---|
| *** Total Invoice Amount: | **$1,028.72** |

Billing Group: 101    Fixed Fee

Invoice:    31311
May 17, 2005

**Avalon at Stratford Green**



Current Fee Total:    *$1,028.72*

Billing Group Subtotal:    $1,028.72

**Project Totals:**

*** Total Project Invoice Amount:    **$1,028.72**

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $1,028.72 | $0.00 | $0.00 | $0.00 | $0.00 |

MFG, Inc., Dept. 1678, Denver, CO 90291-1678    Ph (303) 447-1823    Fax (303) 447-1836



*AP: Jim Miller*

## *A Member of the Tetra Tech Team*

# Invoice

**Invoice Number:** 970401-12

**June 14, 2004**

To:  Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*James Willden*
*ILCC3*
*581400*

Project: 181097     AvalonBay Stratford Green, IL Community

*IL CO3*
*581400*

Project Manager: Merle Maass

Professional Services for the Period: June 2004

---

Billing Group: 101     Phase Fixed Cost

**[1] Avalon Stratford Green, IL**

| **Professional Services** | Total Charge |
|---|---|
| Apartment Inspections | $1,001.64 |

**Totals**

**Total Invoice Amount**     **$1,001.64**

---

| **_Aged Receivables:_** | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



AP: *Cynthia Enriquez* ✓

# Invoice

**TETRA TECH, INC.**

Avalonbay Communities, Inc.

Approval: *James Willden*
Dept Code: IL002
Expense Code: 581400
Expense Code:
Exp

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

Invoice Number: 31299
May 17, 2005

**Project: 181179**      **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 4/4/2005 to 7/1/2005**

*** Total Invoice Amount : **$1,580.58**

---

**Billing Group: 101**    Fixed Fee

Invoice:   31299
May 17, 2005

**Avalon at Danada Farms**



*Current Fee Total:*          *$1,580.58*

Billing Group Subtotal:      $1,580.58

## Project Totals:

*** Total Project Invoice Amount :          **$1,580.58**

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $1,580.58 | $0.00 | $0.00 | $0.00 | $0.00 |

MFG, Inc., Dept. 1678, Denver, CO 90291-1678      Ph (303) 447-1823   Fax (303) 447-1836

*Page 1*



# Invoice

**TETRA TECH, INC.**

Invoice Number:  31684
June 17, 2005

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181199**      **AvalonBay Quarter 2, 2005**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 5/2/2005 to 5/29/2005**

*** Total Invoice Amount:                    **$23,000.00**

Billing Group: 101      Fixed Fee                                Invoice:      31684
June 17, 2005

Avalon at Danada Farms
 - Mold Remediation and Cleaning

Current Fee Total:            $23,000.00

Billing Group Subtotal:        $23,000.00

## Project Totals:

*** Total Project Invoice Amount:              **$23,000.00**

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $23,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP: Cynthia Enriquez*

## *A Member of the Tetra Tech Team*

# Invoice

Invoice Number: 970401-13

June 14, 2004

To: Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*James Willden*
*ILCC2*
*581400*

*ILCC2*
*581400*

Project: 181097     AvalonBay Danada Farms, IL Community

Project Manager: Merle Maass

Professional Services for the Period: June 2004

---

Billing Group: 101     Phase Fixed Cost

**[1] Avalon Danada Farms, IL**

**Professional Services**                                    Total Charge

Apartment Inspections                                       $1,539.12

**Totals**

            **Total Invoice Amount**          **$1,539.12**

| Aged Receivables: | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



# Invoice

## TETRA TECH, INC.

Invoice Number: 35705
June 05, 2006

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181293**        AvalonBay 2006

Project Manager: Mark R. Bishop

**Professional Services for the Period: 5/1/2006 to 5/28/2006**

<p style="text-align:center">*** Total Invoice Amount:</p>

**$40,000.00**

**Billing Group: 101**    Fixed Fee

Invoice:    35705
June 05, 2006

AvalonBay at West Grove Mold Cleaning (100% Completion):  Total Cost:  $40,000

*Current Fee Total:*        *$40,000.00*

*Billing Group Subtotal:*        $40,000.00

## Project Totals:

*** Total Project Invoice Amount:        **$40,000.00**

| *Aged Receivables:* | | | | |
| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
| --- | --- | --- | --- | --- |
| $40,000.00 | $32,479.07 | $0.00 | $0.00 | $0.00 |

MFG, Inc., Dept. 1678, Denver, CO 80291-1678    Ph (970) 223-9600   Fax (970) 223-7171   Federal Tax ID: 84-1490184



AP: Cynthia Enriquez

# Invoice

**ULTRA TECH, INC.**

AvalonBay Communities, Inc.
Approval: James Willden
Dept Code: IL001
Expense Code: 581400
Expense Code:
Expense Code:

Invoice Number: 31313
May 17, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**     **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 4/4/2005 to 7/1/2005**

*** Total Invoice Amount: **$2,143.16**

**Billing Group: 101**     Fixed Fee

Invoice: 31313
May 17, 2005

**Avalon at West Grove**



*Current Fee Total:* *$2,143.16*

Billing Group Subtotal: $2,143.16

**Project Totals:**

*** Total Project Invoice Amount: **$2,143.16**

| _Aged Receivables:_ | | | | |
| --- | --- | --- | --- | --- |
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $2,143.16 | $0.00 | $0.00 | $0.00 | $0.00 |



# Invoice

## TETRA TECH, INC.

Invoice Number:   31410
May 26, 2005

To:   James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181199**    **AvalonBay Quarter 2, 2005**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 5/2/2005 to 5/29/2005**

| | |
|---|---|
| \*\*\* Total Invoice Amount: | **$40,000.00** |

**Billing Group: 101**    Fixed Fee

Invoice:   31410
May 26, 2005

**Avalon at West Grove**
 - Mold Remediation and Cleaning



Current Fee Total:   *$40,000.00*

Billing Group Subtotal:   $40,000.00

## Project Totals:

\*\*\* Total Project Invoice Amount:   **$40,000.00**

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $40,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP. Cynthia Enriquez* (handwritten)

*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 970401-15**

**June 14, 2004**

To:  Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*IL CC1* (handwritten)
*581400* (handwritten)

Project: 181097    AvalonBay West Grove, IL Community

Project Manager:  Merle Maass

Professional Services for the Period:  June 2004

Billing Group: 101    Phase Fixed Cost

Approved *James Willden* (handwritten)
Dept Code: *IL CC1* (handwritten)
Expense Code: *581400* (handwritten)
Expense
Expense Code

**[1]  Avalon** West Grove, IL

| **Professional Services** | **Total Charge** |
|---|---|
| Apartment Inspections | $2,086.92 |

## Totals

**Total Invoice Amount**    **$2,086.92**

| <u>*Aged Receivables:*</u> | | | | |
|---|---|---|---|---|
| <u>Current</u> | <u>&lt;61 Days</u> | <u>61-90 Days</u> | <u>91-120 Days</u> | <u>&gt;120 Days</u> |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



**A Member of the Tetra Tech Team**

# Invoice

**Invoice Number: 960406**

**July 1, 2004**

To:   Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*[handwritten]* IL 001
~~5811400~~
CF017  $17,000
CX017  $19,000

Project: 181096     AvalonBay at West Grove – Westmont, IL 60559

Project Manager:  Merle Maass

Professional Services for the Period:  July 2004

Billing Group: 101    Phase Fixed Cost ($100/Apartment at 360 Units)

**[1] AvalonBay at West Grove**

*[handwritten]* IL 001    2004
COST CODE    AMOUNT
CF-017  17,000.00
CX-017  19,00.00

| Professional Services | Total Charge | % Completion |
|---|---|---|
| Apartment Cleaning and Restoration | $36,000.00 | 100.0% |

**Totals**

*[handwritten]* GL 01-00-15900

**Total Invoice Amount**   **$36,000.00**

*[handwritten signature] 7/1/04*

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

---

Submit Payment to Tetra Tech (MFG)  C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171



TETRA TECH, INC.

# Invoice

Invoice Number:    35761
June 12, 2006

To:  James R. Willden
     AvalonBay
     2900 Eisenhower Avenue
     Suite 300
     Alexandria, VA 22314

**Project: 181293**          AvalonBay 2006

Project Manager: Mark R. Bishop
**Professional Services for the Period: 5/1/2006 to 5/28/2006**

### \*\*\* Total Invoice Amount:                    **$38,600.00**

Billing Group: 101      Fixed Fee

Invoice:        35761
June 12, 2006

AvalonBay at Bedford Connecticut Mold Cleaning:  $38,600

Current Fee Total:                     $38,600.00

Billing Group Subtotal:           $38,600.00

## Project Totals:

                                                                            36,800.00
\*\*\* Total Project Invoice Amount:                        $38,600.00

Pay  36,800.00

| _Aged Receivables:_ | | | | |
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $183,422.29 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP: Karl Taylor*

# Invoice

## TETRA TECH, INC.

To:  James R. Willden
     AvalonBay
     2900 Eisenhower Avenue
     Suite 300
     Alexandria, VA 22314

AvalonBay Communities, Inc.

Approval: *James Willden*     Invoice Number:     31314

Dept Code: *CT801*           May 17, 2005

Expense Code: *581400*

Expense Code:

Expense Code:

**Project: 181179**     **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 4/4/2005 to 7/1/2005**

<div align="center">

*** Total Invoice Amount:     **$1,971.71**

</div>

**Billing Group: 101**   Fixed Fee                           Invoice:     31314

                                                             May 17, 2005

**Avalon Bedford**

*Current Fee Total:*          $1,971.71

*Billing Group Subtotal:*     $1,971.71

## Project Totals:

<div align="center">

*** Total Project Invoice Amount:     **$1,971.71**

</div>

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $1,971.71 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP* Beatrice Chuen
[ALready keyed in PeopleSoft] ✓

*A Member of the Tetra Tech Team*

# Invoice





**Invoice Number: 970451**

**August 6, 2004**

To:    Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

C T801
581400

Project: 181097    Avalon at Bedford, Stamford, CT 06905

Project Manager: Merle Maass

Professional Services for the Period: July/August 2004

Billing Group: 101    Phase Fixed Cost

[1] Avalon at Bedford    James Willden CT801 581400

**Professional Services**            Total Charge

Apartment Inspections            $1,919.88

## Totals

**Total Invoice Amount**      **$1,919.88**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG) C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525 (970) 223-9600 Fax (970) 223 7171



**TETRA TECH, INC.**

# Invoice

Invoice Number: 34698

March 06, 2006

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181293**     **AvalonBay 2006**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 2/27/2006 to 4/2/2006**

|  | | |
|---|---|---|
| *** Total Invoice Amount: | | **$40,200.00** |

**Billing Group: 101     Fixed Fee**

Invoice:     34698
March 06, 2006

AvalonBay at Grove, CT - Mold Cleaning (402 Units) = $40,200.00.

*Current Fee Total:*     $40,200.00

*Billing Group Subtotal:*     $40,200.00

## Project Totals:

*** Total Project Invoice Amount:     **$40,200.00**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| | $0.00 | $0.00 | $0.00 | $0.00 |

MFG, Inc., Dept. 1678, Denver, CO 80291-1678     Ph (970) 223-9600     Fax (970) 223-7171     Federal Tax ID: 84-1490184



*AP: Cynthia Enriquez*

**A Member of the Tetra Tech Team**

# Invoice

**Invoice Number: 970438**

**August 6, 2004**

To:  Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

Project: 181097       Avalon at Grove, Stamford, CT 06901        *C T800*
                                                                                            *581400*

Project Manager:  Merle Maass

Professional Services for the Period:  July/August 2004

---

Billing Group: 101     Phase Fixed Cost

**[1]** Avalon at Grove

**Professional Services**                                             Total Charge

Apartment Inspections                                               $2,097.36

**Totals**

                              **Total Invoice Amount**        **$2,097.36**

---

**Aged Receivables:**

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---------|----------|------------|-------------|-----------|
| $0.00   | $0.00    | $0.00      | $0.00       | $0.00     |



*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 960431**

**September 12, 2004**

To:   Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

Project: 181096   **Avalon at Grove Community, Stamford, CT**

Project Manager: Merle Maass

Professional Services for the Period:  September 2004

GL 01-00-17099

Billing Group: 101   Phase Fixed Cost

CT800       2004
**[1] Avalon at Grove**   CX-017   36,200.00      CT800
                                                 CX 017

| **Professional Services** | Total Charge | % Completion |
|---|---|---|
| Mold Remediation and Cleaning | $36,200.00 | 100.0% |

**Totals**

**Total Invoice Amount**       **$36,200.00**

| **Aged Receivables:** | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG)  C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171



*AP: Erni Neubauer* (handwritten)

*A Member of the Tetra Tech Team*

# Invoice



*received 8/3* (stamp)

**Invoice Number: 970439**

**August 6, 2004**

To: Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*C TO15* (handwritten)
*581400* (handwritten)

Project: 181097    Avalon at Greyrock, Stamford, CT 06901

Project Manager: Merle Maass

Professional Services for the Period: July/August 2004

---

Billing Group: 101    Phase Fixed Cost

[1] Avalon at Greyrock    *James Wilden* (handwritten)
                          *CTO15* (handwritten)
                          *581400* (handwritten)

**Professional Services**                              Total Charge

Apartment Inspections                                  $1,596.48

## Totals

**Total Invoice Amount**    **$1,596.48**

---

**Aged Receivables:**

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---------|----------|------------|-------------|-----------|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

---



*AP. Kail Jaylos* (handwritten)

# Invoice

## TETRA TECH, INC.

Invoice Number: 31352
May 17, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

*James Willden CT014 581400* (handwritten)

**Project: 181179**     **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 4/4/2005 to 7/1/2005**

<div align="center">

*** Total Invoice Amount:     **$557.22**

</div>

ling Group: 101    Fixed Fee        Invoice:   31352
May 17, 2005

**Avalon New Canaan**

*Current Fee Total:*     *$557.22*

Billing Group Subtotal:     $557.22

## Project Totals:

<div align="center">

*** Total Project Invoice Amount :     **$557.22**

</div>

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$557.22* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |

---



# Invoice

ETRA TECH, INC.

Invoice Number: 31740

July 06, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181199**    AvalonBay

Project Manager: Mark R. Bishop
**Professional Services for the Period: 5/30/2005 to 7/6/2005**

|  |  |
|---|---|
| *** Total Invoice | **$36,300.00** |

**Billing Group: 101**    Fixed Fee

Invoice: 31740
July 06, 2005

AvalonBay at Harbor
- Mold Cleaning with Report

CT013

...unities, Inc.

Appr...
Dept. Code: 8 CT-013
Expense Code: 145200
...ount to be Paid: 36,300

*323 x100
→ F 1000
test
Report

Current Fee Total:    $36,300.00
disp. Harbor Cleaning

Billing Group Subtotal:    $36,300.00

## Project Totals:

|  |  |
|---|---|
| *** Total Project Invoice Amount: | **$36,300.00** |

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $36,300.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP. Erie Neubauer*

*James Willden*
*CT 013*
*581A00*

# TETRA TECH, INC.

# Invoice

Invoice Number:     31349
May 17, 2005

To:    James R. Willden
       AvalonBay
       2900 Eisenhower Avenue
       Suite 300
       Alexandria, VA 22314

**Project: 181179**        **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 4/4/2005 to 7/1/2005**

|  |  |
|---|---|
| *** Total Invoice Amount: | **$1,730.60** |

`ling Group: 101      Fixed Fee                          Invoice:      31349
                                                                        May 17, 2005`

**Avalon on Stamford Harbor**

|  |  |
|---|---|
| *Current Fee Total:* | *$1,730.60* |
| *Billing Group Subtotal:* | *$1,730.60* |

## Project Totals:

|  |  |
|---|---|
| *** Total Project Invoice Amount : | **$1,730.60** |

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$1,730.60* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



*handwritten: AP: Erin Neubauer*

## A Member of the Tetra Tech Team

# Invoice

Invoice Number: 960426

September 6, 2004

To:     Mr. James Willden
        V.P of Engineering
        Avalon Bay Communities, Inc.
        2900 Eisenhower
        Alexandria, VA

*handwritten: James Willden*
*handwritten: CTC13 581400    CTC13*
*handwritten: 581400*

**Project: 181096**          **Avalon at Stamford Harbor – Biological Sampling and Analysis**

Project Manager:  Merle Maass/ Michelle Gillie

Professional Services for the Period:  8/01/2004 to 9/6/2004

---

Billing Group: 117     Phase Fixed Cost

**Contract #:    Verbal Authorization**
*handwritten: per. James Willden ✓*

[1] Avalon at Stamford Harbor

| **Professional Services** | Charge | % Completion |
|---|---|---|
| Site Inspection and Sample Collection | $4,400.00 | 100.00% |
| Analysis and Recommendations | $1,500.00 | 100.00% |
| **Professional Services Total** | **$5,900.00** | **100.00%** |

## Totals

|  | **Total Invoice Amount** | **$5,900.00** |
|---|---|---|

---

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

---

Submit Payment to Tetra Tech (MFG)  C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171



# TETRA TECH, INC.

# Invoice

To:    James R. Willden
       AvalonBay
       2900 Eisenhower Avenue
       Suite 300
       Alexandria, VA 22314

**Project: 181293**          **AvalonBay 2006**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 2/27/2006 to 4/2/2006**

*** Total Invoice Amount:                            **$32,000.00**

Invoice:    34712

Billing Group: 101    Fixed Fee            March 06, 2006

Powerwashing at Haven, MA

Current Fee Total:                 $32,000.00

Billing Group Subtotal:            $32,000.00

## Project Totals:

*** Total Project Invoice Amount:                **$32,000.00**

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| | $0.00 | $0.00 | $0.00 | $0.00 |



*AP: Cynthia Enriquez*

# Invoice

## TETRA TECH, INC.

*James Willden*
*LTOII*
*581400*

Invoice Number: 31357

May 17, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**     **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 4/4/2005 to 7/1/2005**

*** Total Invoice Amount: **$685.81**

'ing Group: 101     Fixed Fee

Invoice: 31357

May 17, 2005

**Avalon Haven**

*Current Fee Total:*     *$685.81*

Billing Group Subtotal:     $685.81

## Project Totals:

*** Total Project Invoice Amount: **$685.81**

| _Aged Receivables:_ | | | | |
| --- | --- | --- | --- | --- |
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $685.81 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP: Cynthia Enriquez* (handwritten)

*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 970447**

**August 6, 2004**

To: Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*C TO11
581400* (handwritten)

Project: 181097    Avalon at Haven, North Haven, CT 06473

Project Manager: Merle Maass

Professional Services for the Period: July/August 2004

---

Billing Group: 101    Phase Fixed Cost

[1] Avalon at Haven    *James Willden
CTO11
581400* (handwritten)

| **Professional Services** | Total Charge |
|---|---|
| Apartment Inspections | $667.80 |

## Totals

**Total Invoice Amount**    **$667.80**

<table>
<tr><td colspan="5"><strong><em>Aged Receivables:</em></strong></td></tr>
<tr><td>Current</td><td>&lt;61 Days</td><td>61-90 Days</td><td>91-120 Days</td><td>&gt;120 Days</td></tr>
<tr><td>$0.00</td><td>$0.00</td><td>$0.00</td><td>$0.00</td><td>$0.00</td></tr>
</table>



ETRA TECH, INC.

JUL 1 4 2005

# Invoice

Invoice Number:     31739

July 06, 2005

To:     James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181199**          **AvalonBay**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 5/30/2005 to 7/6/2005**

|  | *** Total Invoice Amount : | **$23,500.00** |
| --- | --- | --- |

**Billing Group: 101**     Fixed Fee

Invoice:     31739

July 06, 2005

**AvalonBay at Corners**
- Mold Cleaning with Report

AvalonBay Communities, Inc.

Approval:

Dept. Code: _CTO10_

Expense Code: _140260_

Current Fee Total: 23,500         *$23,500.00*

*Clean - $100 -*
*Test / Report $4000 -*

dispe Corners - expedition

Billing Group Subtotal:          $23,500.00

## Project Totals:

|  | *** Total Project Invoice Amount : | **$23,500.00** |
| --- | --- | --- |

| _Aged Receivables:_ | | | | |
| --- | --- | --- | --- | --- |
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| *$23,500.00* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |

---

MFG, Inc., Dept. 1678, Denver, CO 80291-1678     Ph (970) 223-9600     Fax (970) 223-7171     Federal Tax ID: 84-1490184



*A.P. Karl Taylor*

# Invoice

**TETRA TECH, INC.**

*James Willden*
*CT010*
*58 1400*

Invoice Number: 31319

May 17, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**      **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 4/4/2005 to 7/1/2005**

*** Total Invoice Amount:      **$1,044.79**

**Billing Group: 101**      Fixed Fee

Invoice:    31319

May 17, 2005

**Avalon Corners**

*Current Fee Total:*      *$1,044.79*

Billing Group Subtotal:      $1,044.79

## Project Totals:

*** Total Project Invoice Amount:      **$1,044.79**

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$1,044.79* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



*AP: Cynthia Enriquez* ✓

*James Willden*
*CT008*
*581400*

# Invoice

ΙΕΤRΑ TECH, INC.

Invoice Number: 31334
May 17, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**     **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 4/4/2005 to 7/1/2005**

*** Total Invoice Amount: **$1,789.54**

| | | |
|---|---|---|
| **ﬁing Group: 101** Fixed Fee | Invoice: | 31334 |
| | May 17, 2005 | |

**Avalon Walk II**



*Current Fee Total:* *$1,789.54*

Billing Group Subtotal: $1,789.54

## Project Totals:

*** Total Project Invoice Amount: **$1,789.54**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$1,789.54* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |

---



*handwritten:* AP: Cynthia Enriquez

## A Member of the Tetra Tech Team

# Invoice

**Invoice Number: 970442**

**August 6, 2004**

To:  Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*handwritten:* CT CO8
581400

Project: 181097   (Avalon at Walk II, Hamden, CT 06518)

Project Manager:  Merle Maass

Professional Services for the Period:  July/August 2004

Billing Group: 101   Phase Fixed Cost

[1]  Avalon at Walk II

**Professional Services**

*handwritten stamp:* James Willden / CTCC8 / 581400   Total Charge

Apartment Inspections                                    $1,742.52

## Totals

**Total Invoice Amount**   ($1,742.52)

**Aged Receivables:**

| Current | ≤61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---------|----------|------------|-------------|-----------|
| $0.00   | $0.00    | $0.00      | $0.00       | $0.00     |

Submit Payment to Tetra Tech (MFG)  C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171



*AP. Cynthia Enriquez*

# Invoice

**TETRA TECH, INC.**

*James Willden*
*CT001*
*581400*

Invoice Number:   31335

May 17, 2005

To:   James R. Willden
      AvalonBay
      2900 Eisenhower Avenue
      Suite 300
      Alexandria, VA 22314

**Project: 181179**          **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 4/4/2005 to 7/1/2005**

|  |  |
|---|---|
| *** Total Invoice Amount : | **$2,303.90** |

| 'ling Group: 101   Fixed Fee | Invoice:   31335 |
|---|---|
|  | May 17, 2005 |

**Avalon Walk I**



| | |
|---|---|
| *Current Fee Total:* | *$2,303.90* |
| Billing Group Subtotal: | $2,303.90 |

## Project Totals:

|  |  |
|---|---|
| *** Total Project Invoice Amount : | **$2,303.90** |

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| *$2,303.90* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



*AP: Cynthia Enriquez* (handwritten)

## *A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 970441**

**August 6, 2004**

To: Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*(handwritten: 43)*

Project: 181097    Avalon at Walk I, Hamden, CT 06518

*(handwritten: CT007 581400)*

Project Manager: Merle Maass

Professional Services for the Period: July/August 2004

Billing Group: 101    Phase Fixed Cost

[1] Avalon at Walk I

Approval: *James Wilder* (handwritten)
Dept Code: *CT007* (handwritten)
Expense Code: *581400* (handwritten)

**Professional Services**                                                      Total Charge

Apartment Inspections                                                          $2,243.40

## Totals

**Total Invoice Amount**          **$2,243.40**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 960407**

July 28, 2004

To: Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*Handwritten: GL 01-00-15900*
*CT001 2004*
*CF-091 43,000.00*

Project: 181096     AvalonBay at Walk, Hamden, CT 06518

Project Manager: Merle Maass

Professional Services for the Period: July 2004

---

Billing Group: 101     Phase Fixed Cost

**[1] Avalon at Walk**

| Professional Services | Total Charge |
|---|---|
| Mold Removal/Tree Trimming and Associated Testing/Reporting | $43,000.00 |

**Totals**

**Total Invoice Amount**          **$43,000.00**

---

**Aged Receivables:**

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

---

Submit Payment to Tetra Tech (MFG) C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525 (970) 223-9600 Fax (970) 223 7171



*AP: Susana Avalos*

# Invoice

**TETRA TECH, INC.**

*James Willden*
*CT006*
*581400*

Invoice Number: 31337

May 17, 2005

To:   James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**     **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 4/4/2005 to 7/1/2005**

*** Total Invoice Amount :     **$1,435.92**

**Billing Group: 101**    Fixed Fee          Invoice:   31337

May 17, 2005

**Avalon Valley**

*Current Fee Total:*     *$1,435.92*

Billing Group Subtotal:     $1,435.92

## Project Totals:

*** Total Project Invoice Amount :     **$1,435.92**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$1,435.92* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



**TETRA TECH, INC.**

# Invoice

Invoice Number:    30069

February 07, 2005

To:   James R. Willden
      AvalonBay
      2900 Eisenhower Avenue
      Suite 300
      Alexandria, VA 22314

**Project: 181178**        **AvalonBay - 2005 Environmental Services**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount:        **$26,880.00**

**Billing Group: 101**   Fixed Fee          Invoice:      30069
                                            February 07, 2005

**Avalon Valley, Connecticut Powerwashing Phase I**
  **- Site Inspection**
  **- Mold Sampling and Analysis, as needed**
  **- Summary and Recommendations**

*Current Fee Total:*        *$26,880.00*

Billing Group Subtotal:        $26,880.00

## Project Totals:

*** Total Project Invoice Amount :        **$26,880.00**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $26,880.00 | $0.00 | $0.00 | $0.00 | $0.00 |



TETRA TECH, INC.

# Invoice

Invoice Number: 30599
April 05, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181178**      **AvalonBay - 2005 Environmental Services**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 2/28/2005 to 4/3/2005**

*** Total Invoice Amount :                          **$23,120.00**

**Billing Group: 101**    Fixed Fee                          Invoice:      30599
April 05, 2005

**Avalon Valley, Connecticut**

**Powerwashing (Phase II, 100% Completion)**

*Current Fee Total:*          *$23,120.00*

Billing Group Subtotal:      $23,120.00

## Project Totals:

*** Total Project Invoice Amount :          **$23,120.00**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$23,120.00* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



**TETRA TECH, INC.**

# Invoice



Invoice Number: 31742

July 06, 2005

To:   James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181199**          **AvalonBay**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 5/30/2005 to 7/6/2005**

| | |
|---|---|
| *** Total Invoice Amount: | **$26,800.00** |

---

**Billing Group: 101**   Fixed Fee

Invoice:        31742

July 06, 2005

AvalonBay at Valley
- Mold Cleaning

*Current Fee Total:*          *$26,800.00*

*Billing Group Subtotal:*      $26,800.00

## Project Totals:

| | |
|---|---|
| *** Total Project Invoice Amount : | **$26,800.00** |

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$26,800.00* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |

---



*AP Susana Avalos* (handwritten)

### A Member of the Tetra Tech Team

# Invoice

Invoice Number: 970443

August 6, 2004

To:  Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*C T006* (handwritten)
*5S1400* (handwritten)

Project: 181097    Avalon at Valley, Danbury,  CT 06811

Project Manager:  Merle Maass

Professional Services for the Period:  July/August 2004

Billing Group: 101    Phase Fixed Cost

**[1]**  Avalon at Valley

**Professional Services**    *James Willden* (handwritten)
*CT006* (handwritten)
*5S1400* (handwritten)    Total Charge

Apartment Inspections    $1,398.24

## Totals

**Total Invoice Amount**    **$1,398.24**

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| Current | ≤61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG)  C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171