

AP: Karl Taylor

# Invoice

**TRA TECH, INC.**

AvalonBay Communities, Inc.

Approval: James Willden
Dept Code: CT005
Expense Code: 581400
Expense Code:
Expense Code:

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

Invoice Number: 31340
May 17, 2005

**Project: 181179**      **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 4/4/2005 to 7/1/2005**

*** Total Invoice Amount: **$546.51**

**Billing Group: 101**   Fixed Fee

Invoice: 31340
May 17, 2005

**Avalon Springs**

Current Fee Total: *$546.51*

Billing Group Subtotal: $546.51

## Project Totals:

*** Total Project Invoice Amount: **$546.51**

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $546.51 | $0.00 | $0.00 | $0.00 | $0.00 |



# TETRA TECH, INC.



# Invoice

Invoice Number:  32719
October 06, 2005

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181199**          **AvalonBay**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 10/3/2005 to 10/30/2005**

*** Total Invoice Amount:                    **$2,000.00**

---

Billing Group: 101      Fixed Fee                                    Invoice:          32719
October 06, 2005

Avalon at River Road ~~Springs~~ (Wilton, Connecticut) Well Sampling Protocol

- Protocol
- Phone calls
- Attorney calls
- Radon Gas Issue
- (3) Scope changes
  ect. -

AvalonBay Communities, Inc.

Approval: _____          *Current Fee Total:*          *$2,000.00*

Dept. Code: CTOO5

Expense Code: 145200                          *Billing Group Subtotal:*          *$2,000.00*

**Project Totals:**   Amount to be Paid: 2,000.00
                      dispo-Springs

*** Total Project Invoice Amount:            **$2,000.00**

---

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$2,000.00* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |

---

MFG, Inc., Dept. 1678, Denver, CO 80291-1678     Ph (970) 223-9600    Fax (970) 223-7171   Federal Tax ID: 84-1490184

2/4



**ETRA TECH, INC.**

JUL 1 4 2005

# Invoice

Invoice Number:   31738
July 06, 2005

To:   James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181199**          **AvalonBay**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 5/30/2005 to 7/6/2005**

|  |  |
|---|---|
| *** Total Invoice Amount: | **$24,400.00** |

**Billing Group: 101**   Fixed Fee

Invoice:   31738
July 06, 2005

**AvalonBay at Springs**
 **- Mold Cleaning with Report**

AvalonBay Communities, Inc.

Approval: _____

Dept. Code: _____

Current Fee Total:   $24,400.00
Expense Code: _____

Amount to be Paid: 24,400 ____

Billing Group Subtotal:          $24,400.00

## Project Totals:

|  |  |
|---|---|
| *** Total Project Invoice Amount: | **$24,400.00** |

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $24,400.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP Susana Chuales* (handwritten)

## *A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 970445**

**August 6, 2004**

To:  Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*CT 1000* (struck through, handwritten)
*CT005* (handwritten)
*581400* (handwritten)

Project: 181097     Avalon at Springs, Wilton, CT 06897

Project Manager:  Merle Maass

Professional Services for the Period:  July/August 2004

---

Billing Group: 101     Phase Fixed Cost

[1]  Avalon at Springs

**Professional Services**                         Total Charge

*James Willden* (handwritten)
*CT005* (handwritten)
*581400* (handwritten)

Apartment Inspections                                  $532.20

**Totals**

**Total Invoice Amount**            <u>**$532.20**</u>

---

**Aged Receivables:**

| Current | <u><</u>61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---------|---------------|------------|-------------|-----------|
| $0.00   | $0.00         | $0.00      | $0.00       | $0.00     |

---



*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 960408**

July 28, 2004

To:    Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*[handwritten: GL 01-00-15900  CT005  2004  CF-071  45,000.00]*

Project: 181096    AvalonBay at Springs, Wilton,  CT 06897

Project Manager:  Merle Maass

Professional Services for the Period:  July 2004

Billing Group: 101    Phase Fixed Cost

**[1]  Avalon at Springs**

| **Professional Services** | Total Charge |
|---|---|
| Mold Removal/Tree Trimming and Associated Testing/Reporting | $45,000.00 |

**Totals**

                **Total Invoice Amount**    **$45,000.00**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| Current | ≤61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP- Susana Cuvdos*

*A Member of the Tetra Tech Team*

# Invoice

Invoice Number: 25631

April 16, 2004

To: ~~Mr. Vaun Beal~~ *James Willden*
Avalon Bay Communities, Inc.
400 Race Street, Suite 200
San Jose, California, 95126

**Project: 181096  Avalon Lake – Stability Analysis and Risk Assessment II**

Project Manager:  Merle Maass

Professional Services for the Period:  April 2004

Billing Group/Task: 101        Phase Fixed Cost

**Contract #:   Verbal Authorization**

[1] Avalon Lake

*James Willden
CT003
581400*

*N.P.*

**Professional Services**

| | Charge | % Completion |
|---|---|---|
| Engineering Evaluation/ Report Preparation | $3,600.00 | 100.00% |
| **Professional Services Total** | **$3,600.00** | **100.00%** |

**Totals**

**Total Invoice Amount**          **$3,600.00**

*＊ please mail check directly to vendor.*

| Aged Receivables: | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG)  C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171



*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 540411**

**October 30, 2004**

To:  Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*CT003*
*CX-020*

**Project: 181154**   **Avalon Lake – Hillside Stability Improvements/ Corrections**

Project Manager:  Merle Maass

Professional Services for the Period:  October/November 2004

Billing Group/Task: 101   Phase Fixed Cost

[1] Avalon Lake

**Professional Services**                                    Charge          % Completion

Hillside Stability Improvements/ Corrections            $42,220.00          38.00%

**Totals**  *GL 01-00-15900*
*CT003         2004*   **Total Invoice Amount**   **$42,220.00**
*CX-020  42,220.00*

*11-3-04*

| **Aged Receivables:** | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 540418**

**November 8, 2004**

To:   Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

**Project: 181154**    **Avalon Lake – Hillside Slope Analysis/ Recommendations**

Project Manager: Merle Maass

Professional Services for the Period: November 2004

Billing Group/Task: 101    Phase Fixed Cost

[1] Avalon Lake

| **Professional Services** | Charge | % Completion |
|---|---|---|
| Hillside Slope Analysis/ Recommendations | $7,000.00 | 100.00% |

## Totals

**Total Invoice Amount**     **$7,000.00**

*CapX 2004*

11-3-04

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG) C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525 (970) 223-9600 Fax (970) 223 7171



*A Member of the Tetra Tech Team*

# Invoice

Invoice Number: 540412

October 30, 2004

To:  Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*CX017*
*CT003*

**Project: 181154**   **Avalon Lake – Exterior Mold Preventive Maintenance/ Powerwashing**

Project Manager:  Merle Maass

Professional Services for the Period:  October/November 2004

Billing Group/Task: 101    Phase Fixed Cost

[1] Avalon Lake

*CAPX*

**Professional Services**                                   Charge        % Completion

Exterior Mold Preventive Maintenance/ Powerwashing       $50,000.00       100.00%

**Totals** *GL 01-00-15900*
*CT003          2004*     **Total Invoice Amount**     **$50,000.00**
*CX-017   50,000.00*

| Aged Receivables: | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG)  C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171



AP: Emi Neubauer

# Invoice

**ULTRA TECH, INC.**

AvalonBay Communities, Inc.

Approval: _James Willden_
Dept Code: _CT002_
Expense Code: _581400_
Expense Code:
Expense Code:

Invoice Number: 31361

May 17, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**      **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 4/4/2005 to 7/1/2005**

| | |
|---|---|
| *** Total Invoice Amount: | **$1,275.18** |

**Billing Group: 101**    Fixed Fee

Invoice: 31361

May 17, 2005

**Avalon Glen**

Current Fee Total: *$1,275.18*

Billing Group Subtotal: $1,275.18

## Project Totals:

| | |
|---|---|
| *** Total Project Invoice Amount : | **$1,275.18** |

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $1,275.18 | $0.00 | $0.00 | $0.00 | $0.00 |



# Invoice

## TETRA TECH, INC.

*GL 01-00-15900*
*CT002      2005*
*CX-017  63,000.00*

Invoice Number:     30589
March 25, 2005

To:  James R. Willden
     AvalonBay
     2900 Eisenhower Avenue
     Suite 300
     Alexandria, VA 22314

**Project: 181178          AvalonBay - 2005 Environmental Services**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 2/28/2005 to 4/3/2005**

| *** Total Invoice Amount: | **$63,000.00** |
| --- | --- |

**Billing Group: 101     Fixed Fee**

Invoice:     30589
March 25, 2005

**Avalon at Glen**
 - Lead Based Paint Testing
 - Hazard Reduction Plan
 - Lead Remediation

| *Current Fee Total:* | *$63,000.00* |
| --- | --- |

| Billing Group Subtotal: | $63,000.00 |
| --- | --- |

## Project Totals:

| *** Total Project Invoice Amount : | **$63,000.00** |
| --- | --- |

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $63,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*A Member of the Tetra Tech Team*

# Invoice

Invoice Number: 960402

June 12, 2004

To:  Mr. James Willden
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

**Project: 181096**   AvalonBay Stamford Community

Project Manager: Merle Maass

Professional Services for the Period: April/May 2004

Billing Group: 101    Phase Fixed Cost

**Contract #:   Verbal**

[1] Structural Analyses and Assessments

| **Professional Services** | | Charge | % Completion |
|---|---|---|---|
| Project Analyses and Recommendations | | $4,555 | 100% |
| | **Professional Services Total** | **$4,555** | **100%** |

**Totals**

**Total Invoice Amount**   **$4,555**

| **Aged Receivables:** | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 960430**

**September 12, 2004**

To:  Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

Project: 181096   **Avalon at Glen Community, Stamford, CT**

Project Manager: Merle Maass

Professional Services for the Period: September 2004

---

Billing Group: 101   Phase Fixed Cost

**[1] Avalon at Glen**

| **Professional Services** | | Total Charge | % Completion |
|---|---|---|---|
| Mold Remediation and Cleaning | | $21,400.00 | 100.0% |

**Totals**

**Total Invoice Amount**   **$21,400.00**

---

**_Aged Receivables:_**

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

---

Submit Payment to Tetra Tech (MFG)  C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171



*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 25155-1**

**March 25, 2004**

To:   Mr. James Willden
      Avalon Bay Communities, Inc.
      2900 Eisenhower
      Alexandria, VA 22314

*CX017*
*CT002*
*2004 extra*

**Project: 181096**         AvalonBay Stamford Community

Project Manager:  Merle Maass

Professional Services for the Period:  March 2004

---

Billing Group: 101    Phase Fixed Cost    *GL  01-00-15900*

                                          *CT002        2004*

**Contract #:   Verbal**

                                          *CX-017   15,445.00*

[1] Structural Analyses and Assessments

| **Professional Services** | Charge | % Completion |
|---|---|---|
| Site Visits and Project Analyses | $15,445 | 75% |
| **Professional Services Total** | **$15,445** | **75%** |

*4-8-04*

**Totals**

**Total Invoice Amount**     **$15,445**

---

**Aged Receivables:**

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

---

Submit Payment to Tetra Tech (MFG)  C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171



**MFG, Inc. a Division of:**
# TETRA TECH, INC.

# Invoice

Invoice Number:     36166

August 01, 2006

To:     James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181428          AvalonBay - 2006**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 7/3/2006 to 7/30/2006**          *34,000*

### *** Total Invoice Amount:                              ~~$31,200.00~~

**Billing Group: 101     Fixed Fee**

Invoice:     36166

August 01, 2006

**AvalonBay Gates Mold Cleaning**
Contract #:     Authorization letter

*340 units (100/home)*

*Current Fee Total:*          ~~$31,200.00~~

*Billing Group Subtotal:*          ~~$31,200.00~~

## Project Totals:

*34,000*
### *** Total Project Invoice Amount:                        ~~$31,200.00~~

| *Aged Receivables:* | | | | |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| --- | --- | --- | --- | --- |
| $31,200.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*7/9*



*AP: Erni Neubauer* (handwritten)

# Invoice

## TETRA TECH, INC.

AvalonBay Communities, Inc.

Approval: *James Willden* (handwritten)
Dept Code: *CT001* (handwritten)
Expense Code: *581400* (handwritten)
Expense Code: _____
Expense Code: _____

Invoice Number:     31362
May 17, 2005

To:   James R. Willden
      AvalonBay
      2900 Eisenhower Avenue
      Suite 300
      Alexandria, VA 22314

**Project: 181179**          **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

Professional Services for the Period: 4/4/2005 to 7/1/2005

*** Total Invoice Amount :     **$1,821.69**

**Billing Group: 101**    Fixed Fee

Invoice:     31362
May 17, 2005

**Avalon Gates**

Current Fee Total:     *$1,821.69*

Billing Group Subtotal:     $1,821.69

## Project Totals:

*** Total Project Invoice Amount :     **$1,821.69**

| _Aged Receivables:_ | | | | |
| --- | --- | --- | --- | --- |
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $1,821.69 | $0.00 | $0.00 | $0.00 | $0.00 |



# Invoice

Invoice Number:     33558
December 06, 2005

To:     James R. Willden
        AvalonBay
        2900 Eisenhower Avenue
        Suite 300
        Alexandria, VA 22314

**Project: 181199**          AvalonBay

Project Manager: Mark R. Bishop

Professional Services for the Period: 11/14/2005 to 12/31/2005

| | |
|---|---|
| *** Total Invoice Amount: | **$5,000.00** |

| Billing Group: 101     Fixed Fee | Invoice:     33558 |
|---|---|
| | December 06, 2005 |

Exterior Mold Remediation at Avalon Gates

- Additional Cleaning Request

*CAPX*
*LAST BALANCE*

| | |
|---|---|
| *Current Fee Total:* | *$5,000.00* |

| | |
|---|---|
| Billing Group Subtotal: | $5,000.00 |

## Project Totals:

| | |
|---|---|
| *** Total Project Invoice Amount: | **$5,000.00** |

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| | $0.00 | $0.00 | $0.00 | $0.00 |



# Invoice

## TETRA TECH, INC.

Invoice Number: 32710

October 06, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181199**      **AvalonBay**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 10/3/2005 to 10/30/2005**

| | |
|---|---|
| *** Total Invoice Amount: | **$80,000.00** |

**Billing Group: 101**     Fixed Fee

Invoice: 32710
October 06, 2005

**Exterior Mold Remediation at Avalon Gates**

| | |
|---|---|
| - Mold Evaluation | $ 3,000.00 |
| - Powerwashing | $73,000.00 |
| - Verification Inspection & Testing | $ 4,000.00 |
| | ---------------- |
| Total: | $80,000.00 |

*Current Fee Total:*     *$80,000.00*

Billing Group Subtotal:     $80,000.00

## Project Totals:

| | |
|---|---|
| *** Total Project Invoice Amount : | **$80,000.00** |



# TETRA TECH, INC.

# Invoice

Invoice Number:    31741

July 06, 2005

To:   James R. Willden
      AvalonBay
      2900 Eisenhower Avenue
      Suite 300
      Alexandria, VA 22314



**Project: 181199**          **AvalonBay**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 5/30/2005 to 7/6/2005**

| | |
|---|---|
| *** Total Invoice Amount: | **$36,500.00** |

**Billing Group: 101**    Fixed Fee

Invoice:    31741
July 06, 2005

AvalonBay at Gates
- Mold Cleaning

*Current Fee Total:*          *$36,500.00*

*Billing Group Subtotal:*          *$36,500.00*

## Project Totals:

*** Total Project Invoice Amount :          **$36,500.00**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$36,500.00* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



*AP: Enu Neubauer* ✓

*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 970449**

**August 6, 2004**

To:  Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*C TOOI*
*581400*

Project: 181097   Avalon at Gates, Trumbull, CT 06611

Project Manager:  Merle Maass

Professional Services for the Period:  July/August 2004

Billing Group: 101   Phase Fixed Cost

[1]  Avalon at Gates

*James Wilden*
*C TOOI*
*581400*

**Professional Services**

| | Total Charge |
|---|---|
| Apartment Inspections | $1,773.84 |

## Totals

**Total Invoice Amount**   **$1,773.84**

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 181035-123-1**

**February 6, 2004**

To:    Mr. Robert D. Markt
       Avalon Bay Communities, Inc.
       1250 Hancock Street, Suite 804N
       Quincy, MA 02169

*CT001    2004 extra*
*CX.017*

**Project: 181035-123**    **Avalon Gates –Ventilation Analyses**

Program Manager:  Merle Maass

Professional Services for the Period:  January/February 2004

Billing Group: 123    Phase Fixed Cost

*GL 01-00-15900*
*CT001        2004*
*CX-017    5,000.00*

**Contract #:    Verbal Authorization**

[1] Avalon Gates Community Phase II

| **Professional Services** | Charge | % Completion |
|---|---|---|
| Ventilation Analyses/ Consulting | $5,000.00 | 33.3% |
| **Professional Services Total** | **$5,000.00** | **33.3%** |

## Totals

**Total Invoice Amount**    **$5,000.00**

| **Aged Receivables:** | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG)  C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171





## A Member of the Tetra Tech Team

# Invoice

*GL 01-00-15900*

*CT001             2004*

**Invoice Number: 25152-1**

*CX-017  10,000.00*

**March 18, 2004**

To:     Mr. Robert D. Markt
        Avalon Bay Communities, Inc.
        1250 Hancock Street, Suite 804N
        Quincy, MA 02169

**Project: 181096-101         Avalon Gates –Ventilation Analyses**

Program Manager:  Merle Maass

Professional Services for the Period:  March 2004

Billing Group: 101     Phase Fixed Cost

*CT001*
*CX-017   2004 extra*

**Contract #:   Verbal Authorization**

[1] Avalon Gates Community Phase II

| **Professional Services** | **Charge** | **% Completion** |
|---|---|---|
| Ventilation Analyses/ Consulting | $10,000.00 | 100.0% |
| **Professional Services Total** | **$10,000.00** | **100.0%** |

**Totals**

|  |  |
|---|---|
| **Total Invoice Amount** | **$10,000.00** |

| _**Aged Receivables:**_ | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG)  C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171



*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 25914**

**May 3, 2004**

To:  Mr. Robert D. Markt
Avalon Bay Communities, Inc.
1250 Hancock Street, Suite 804N
Quincy, MA 02169

**Project: 181096**   **Avalon Gates –Ventilation Analyses**

*CTOOl*
*CXO17*

Program Manager:  Merle Maass

Professional Services for the Period:  April 2004   *GL 01-00-15900*

*CTOOl     2004*
*CX-017   5,000.00*

Billing Group: 101    Phase Fixed Cost

**Contract #:   Verbal Authorization**

[1] Avalon Gates Community Phase II

| **Professional Services** | Charge | % Completion |
|---|---|---|
| Ventilation Analyses/ Consulting | $5,000.00 | 100.0% |
| **Professional Services Total** | **$5,000.00** | **100.0%** |

## Totals

**Total Invoice Amount**            **$5,000.00**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG)  C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171


*AP: Michelle Torres* (handwritten)

# Invoice

**TETRA TECH, INC.**

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

AvalonBay Communities, Inc. (stamp)
Approval: *James Willden*
Dept Code: *CAA01*
Expense Code: *581400*
Expense Code:
Expense Code: *$4,000*

Invoice Number:   31399
May 26, 2005

**Project: 181199**       **AvalonBay Quarter 2, 2005**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 5/2/2005 to 5/29/2005**

*** Total Invoice Amount :       **$4,000.00**

**Billing Group: 101    Fixed Fee**

Invoice:       31399
May 26, 2005

**Asbestos Operation and Maintenance Plan
- Avalon at LA Community**

*(handwritten notes: (Esplande) esplanade (Redondo Bea) prep exp. should be in budget from Accugraphics)*

Current Fee Total:       *$4,000.00*

Billing Group Subtotal:       *$4,000.00*

## Project Totals:

*** Total Project Invoice Amount :       **$4,000.00**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$4,000.00* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 960412**

**August 6, 2004**

To:   Accounts Payable
      Avalon Bay Communities, Inc.
      2900 Eisenhower
      Alexandria, VA 22314

*AUG 0 5 2004*

**Project: 181096**      **Esplanade Village – Lead Inspections, Testing, and Reporting**

Project Manager: Merle Maass

Professional Services for the Period: 7/01/2004 to 8/02/2004

Billing Group: 101    Lead Inspections, Testing, and Reporting

| **Professional Services** | Charge | % Completion |
|---|---|---|
| Lead Inspections, Testing, and Reporting | $9,500.00 | 100.0% |

## Total

**Total Invoice Amount**    **$9,500.00**

AvalonBay Communities, Inc.

Approval: _____ → over-budget for *Tonya Wilden* 8/2001

Dept. Code: 509

Expense Code: 07 - 999

Amount to be Paid: _____

| **Aged Receivables:** | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 960411**

**August 26, 2004**

To:  Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

**Project: 181096**     Revised - Esplanade Village – Mold Remediation/Cleaning

Project Manager:  Merle Maass

Professional Services for the Period:  7/01/2004 to 8/02/2004

Billing Group: 101     Phase Fixed Cost ($100/Apartment at 105 Units)

[1] Mold Remediation and Cleaning

| Professional Services | Charge | % Completion |
|---|---|---|
| Molding Remediation/Cleaning | $7,000.00 | 100.0% |

**Totals**

**Total Invoice Amount**     **$7,000.00**

APPROVED FOR PAYMENT

Approved By
Job No
Cost Code
Cost Code
Cost Code

_GA 871_
_5 81 400_

---

*Aged Receivables:*

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

---



*AP: Cynthia Enriquez* (handwritten)

# Invoice

## TETRA TECH, INC.

Invoice Number: 30019
February 07, 2005

To:   James R. Willden
      AvalonBay
      2900 Eisenhower Avenue
      Suite 300
      Alexandria, VA 22314

*CA069* (handwritten)
*581400* (handwritten)

**Project: 181179**   **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/31/2005 to 2/27/2005**

\*\*\* Total Invoice Amount :   **$2,119.94**

---

**Billing Group: 101   Fixed Fee**

Invoice:   30019
February 07, 2005

The Promenade

Apartment Inspections

*AvalonBay Communities, Inc.* (stamp)
Approval: *James Willden* (handwritten)
Dept Code: *CA069* (handwritten)
Expense Code: *581400* (handwritten)
Expense Code:

Current Fee Total:   *$2,119.94*

Billing Group Subtotal:   $2,119.94

## Project Totals:

\*\*\* Total Project Invoice Amount :   **$2,119.94**

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $2,119.94 | $0.00 | $0.00 | $0.00 | $0.00 |

---



*Af: Reed Duplex*

*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 25880-004**

**May 7, 2004**

To: Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*CAC69*
*581400*

Project: 181097     AvalonBay at Promenade, CA Community

Project Manager: Merle Maass

Professional Services for the Period: April 2004

Billing Group: 101     Phase Fixed Cost

*James Willden*
*CAC69*
*581400*

**[1] AvalonBay at Promenade, CA**

| Professional Services | Total Charge |
|---|---|
| Apartment Inspections | $2,086.92 |

**Totals**

**Total Invoice Amount**     **$2,086.92**

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| Current | ≤61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



**TETRA TECH, INC.**

# Invoice

Invoice Number:   34029
January 16, 2006

To:   James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

AvalonBay Communities, Inc.

Approval: _James Willden_
Dept Code: _CA068_
Expense Code: _581400_
Expense Code: _____
Expense Code: _____

Project: 181293        AvalonBay 2006

Project Manager: Mark R. Bishop
Professional Services for the Period: 1/2/2006 to 1/29/2006

_____

*** Total Invoice Amount:                    **$1,170.75**

_____

Billing Group: 101    Fixed Fee                       Invoice:     34029
                                                        January 16, 2006

Southern California Inspections:
CA068   Avalon at Glendale Court   223   $1,170.75

Current Fee Total:              *$1,170.75*

Billing Group Subtotal:         $1,170.75

Project Totals:

*** Total Project Invoice Amount:            **$1,170.75**

| _Aged Receivables:_ | | | | |
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| *$1,170.75* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |

_____

MFG, Inc., Dept. 1678, Denver, CO 80291-1678    Ph (970) 223-9600    Fax (970) 223-7171    Federal Tax ID: 84-1490184



*AP: Karl Taylor*

*Legred in 2/20/05 RB*

# Invoice

|  |  |
|---|---|
| Invoice Number: | 30018 |
| February 07, 2005 | |

TETRA TECH, INC.

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

*CA068*
*581400*

**Project: 181179**   **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount:**  **$1,181.87**

---

| | | Invoice: | 30018 |
|---|---|---|---|
| **Billing Group: 101** Fixed Fee | | February 07, 2005 | |

Avalonbay Communities, Inc.

Approval: *James Willden*
Dept Code: *CA068*
Expense Order: *581400*
Expense Order:
Expense Order:

Avalon Glendate

Apartment Inspections

Current Fee Total:   *$1,181.87*

Billing Group Subtotal:   $1,181.87

## Project Totals:

*** Total Project Invoice Amount:**   **$1,181.87**

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $1,181.87 | $0.00 | $0.00 | $0.00 | $0.00 |

---



*AP Susana Avalos* (handwritten)

# Invoice

## TETRA TECH, INC.

*OA067* (handwritten)
*581400* (handwritten)

Invoice Number:    30059
February 07, 2005

To:   James R. Willden
      AvalonBay
      2900 Eisenhower Avenue
      Suite 300
      Alexandria, VA 22314

**Project: 181179**    **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount :    **$1,324.96**

**Billing Group: 101    Fixed Fee**

Invoice:    30059
February 07, 2005

*James Willden* (handwritten)
*OA067* (handwritten)
*581400* (handwritten)

Avalon at Mission Bay North

Apartment Inspections

Current Fee Total:    *$1,324.96*

Billing Group Subtotal:    $1,324.96

## Project Totals:

*** Total Project Invoice Amount :    **$1,324.96**

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $1,324.96 | $0.00 | $0.00 | $0.00 | $0.00 |

MFG, Inc., Dept. 1678, Denver, CO 90291-1678    Ph (303) 447-1823    Fax (303) 447-1836

AP: Scott Driscoll



**A Member of the Tetra Tech Team**

# Invoice

**Invoice Number: 25880-010**

**May 7, 2004**

To:    Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*CHC67*
*581400*

Project: 181097     AvalonBay at Mission Bay, CA Community

Project Manager: Merle Maass

Professional Services for the Period: April 2004

Billing Group: 101    Phase Fixed Cost

*James Willden*
*CA067*
*581400*

**[1] AvalonBay at Mission Bay, CA**

| Professional Services | Total Charge |
|---|---|
| Apartment Inspections | $1,304.28 |

**Totals**

**Total Invoice Amount**    **$1,304.28**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| Current | ≤61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP: Eric Neubauer* (handwritten)

# Invoice

## TETRA TECH, INC.

*[stamp, illegible]*
Approved
Dept Code:
Expense Code:
Expense Order:
*James Willden
CA064
581400
$1,100.82* (handwritten)

Invoice Number:  34346
February 10, 2006

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

Project: 181293          AvalonBay 2006

Project Manager: Mark R. Bishop
Professional Services for the Period: 1/15/2006 to 4/1/2006

*** Total Invoice Amount:          **$1,100.82**

Billing Group: 101     Fixed Fee

Invoice:      34346
February 10, 2006

|  | California Apartment Inspections | | |
|---|---|---|---|
| CA064 | Avalon Towers on the Peninsula | 211 | $1,100.82 |



Current Fee Total:          *$1,100.82*

Billing Group Subtotal:          $1,100.82

## Project Totals:

*** Total Project Invoice Amount:          **$1,100.82**

| Aged Receivables: | | | | |
|---|---|---|---|---|
| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
| $1,100.82 | $0.00 | $0.00 | $0.00 | $0.00 |

MFG, Inc., Dept. 1678, Denver, CO 80291-1678     Ph (970) 223-9600     Fax (970) 223-7171   Federal Tax ID: 84-1490184



*AP: Sue Ebron*

# TETRA TECH, INC.

# Invoice

*CA064*
*581400*

Invoice Number:     30017

February 07, 2005

To:     James R. Willden
        AvalonBay
        2900 Eisenhower Avenue
        Suite 300
        Alexandria, VA 22314

**Project: 181179**          **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount :               **$1,118.27**

                                        Invoice:       30017

**Billing Group: 101      Fixed Fee**          February 07, 2005

Avalon Towers on the Peninsula

Apartment Inspections

*James Willden*
*CA064*
*581400*

                        *Current Fee Total:*         *$1,118.27*

                        Billing Group Subtotal:      $1,118.27

## Project Totals:

*** Total Project Invoice Amount :          **$1,118.27**

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$1,118.27* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



*AP: Tim Miller*

# Invoice

**I ETRA TECH, INC.**

*CA062*
*581400*

Invoice Number:     30058

February 07, 2005

To:     James R. Willden
        AvalonBay
        2900 Eisenhower Avenue
        Suite 300
        Alexandria, VA 22314

**Project: 181179**          **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/31/2005 to 2/27/2005**

|  |  |
|---|---|
| *** Total Invoice Amount : | **$1,155.36** |

| Billing Group: 101     Fixed Fee | Invoice:     30058 |
|---|---|
|  | February 07, 2005 |

Avalon at Cahill Park

Apartment Inspections

*James Willden*
*CA062*
*581400*

|  |  |
|---|---|
| *Current Fee Total:* | *$1,155.36* |
| Billing Group Subtotal: | $1,155.36 |

## Project Totals:

|  |  |
|---|---|
| *** Total Project Invoice Amount : | **$1,155.36** |

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$1,155.36* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 25126-002**

**March 5, 2004**

To:    Accounts Payable
       Avalon Bay Communities, Inc.
       2900 Eisenhower
       Alexandria, VA 22314

Project: 181097        AvalonBay Cahill Park, CA Community

Project Manager:  Merle Maass

Professional Services for the Period:  February 2004

Billing Group: 101    Phase Fixed Cost

**[1]  Avalon at Cahill Park, CA**

| **Professional Services** | Total Charge |
|---|---|
| Apartment Inspections | $1,137.36 |

**Totals**

### Total Invoice Amount          **$1,137.36**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| Current | ≤61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



# TETRA TECH, INC.

# Invoice

Invoice Number: 34028

January 16, 2006

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

AvalonBay Communities, Inc.

Approval: _James Willden_
Dept Code: _CA060_
Expense Code: _581400_
Expense Code: _____
Expense Code: _____

Project: 181293   AvalonBay 2006

_Prof Serv_

Project Manager: Mark R. Bishop
Professional Services for the Period: 1/2/2006 to 1/29/2006

*** Total Invoice Amount:                **$1,533.85**

Billing Group: 101   Fixed Fee                   Invoice:   34028

January 16, 2006

Southern California Inspections:
CA060   Avalon at Cortez Hill   294   $1,533.85

_Prof Exp_

Current Fee Total:                    $1,533.85

Billing Group Subtotal:              $1,533.85

## Project Totals:

*** Total Project Invoice Amount:            **$1,533.85**

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $1,533.85 | $0.00 | $0.00 | $0.00 | $0.00 |



# TETRA TECH, INC.

# Invoice

Invoice Number: 34473
February 16, 2006

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

Project: 181293        AvalonBay 2006

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/30/2006 to 2/26/2006**

Billing Group: 101        Fixed Fee

*** Total Invoice Amount:        **$29,400.00**

Invoice:        34473
February 16, 2006



*AP. Sue Ebron* (handwritten)

# Invoice

# TETRA TECH, INC.

Invoice Number: 30015
February 07, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

*CA060* (handwritten)
*581400* (handwritten)

**Project: 181179**     **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount:     **$1,558.15**

---

**Billing Group: 101**     Fixed Fee

Invoice: 30015
February 07, 2005

AvalonBay Communities, Inc.

Approval: *James Willden* (handwritten)
Dept Code: *CA060* (handwritten)
Expense Code: *581400* (handwritten)
Expense Code:
Expense Code:

**Avalon at Cortez Hill**

**Apartment Inspections**

Current Fee Total:     *$1,558.15*

Billing Group Subtotal:     $1,558.15

## Project Totals:

*** Total Project Invoice Amount:     **$1,558.15**

| _Aged Receivables:_ | | | | |
| --- | --- | --- | --- | --- |
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| $1,558.15 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP: Jim Miller* (handwritten)

# Invoice

## TETRA TECH, INC.

Invoice Number: 30014
February 07, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

*CA059* (handwritten)
*581400* (handwritten)

**Project: 181179**    **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount :    **$1,611.15**

| | |
|---|---|
| Billing Group: 101    Fixed Fee | Invoice: 30014 |
| | February 07, 2005 |

AvalonBay Communities, Inc.

Approval: *James Willden* (handwritten)
Dept Code: *CA059* (handwritten)
Expense Code: *581400* (handwritten)
Expense Code:
Expense Code:

Avalon at Pacifica Bay

Apartment Inspections

Current Fee Total:    *$1,611.15*

Billing Group Subtotal:    $1,611.15

## Project Totals:

*** Total Project Invoice Amount :    **$1,611.15**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $1,611.15 | $0.00 | $0.00 | $0.00 | $0.00 |



# TETRA TECH, INC.

# Invoice

Invoice Number: 34026
January 16, 2006

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

AvalonBay Communities, Inc.
Approval: _James Willden_
Dept Code: _CA056_
Expense Code: _581400_
Expense Code: _____
Expense Code: _____

Project: 181293          AvalonBay 2006

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/2/2006 to 1/29/2006**

*** Total Invoice Amount:          **$1,184.30**

Billing Group: 101     Fixed Fee

Invoice:     34026
January 16, 2006

Southern California Inspections:
CA056   Avalon at Warner Center  227   $1,184.30

Current Fee Total:          *$1,184.30*

Billing Group Subtotal:          $1,184.30

## Project Totals:

*** Total Project Invoice Amount:          **$1,184.30**

| Aged Receivables: | | | | |
| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|---|
| $1,184.30 | $0.00 | $0.00 | $0.00 | $0.00 |

MFG, Inc., Dept. 1678, Denver, CO 80291-1678     Ph (970) 223-9600     Fax (970) 223-7171   Federal Tax ID: 84-1490184



*AP Sue Ebron* (handwritten)

# Invoice

## TETRA TECH, INC.

Invoice Number: 30013

February 07, 2005

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

*CA056* (handwritten)
*581400* (handwritten)

**Project: 181179**     **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 1/31/2005 to 2/27/2005**

*** Total Invoice Amount :     **$1,203.06**

**Billing Group: 101**     Fixed Fee

Invoice:     30013

February 07, 2005

Avalon at Warner Center

Apartment Inspections

*James Willden* (handwritten)
*CA056* (handwritten)
*581400* (handwritten)

*Current Fee Total:*     *$1,203.06*

*Billing Group Subtotal:*     $1,203.06

## Project Totals:

*** Total Project Invoice Amount :     **$1,203.06**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $1,203.06 | $0.00 | $0.00 | $0.00 | $0.00 |



*AP. Tim Miller*

# Invoice

**ETRA TECH, INC.**

*CA055*
*581400*

Invoice Number:   30057
February 07, 2005

To:   James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181179**          **AvalonBay - 2005 Apartment Inspections**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 1/31/2005 to 2/27/2005**

| | |
|---|---|
| *** Total Invoice Amount : | **$1,558.15** |

| | Invoice: 30057 |
|---|---|
| Billing Group: 101     Fixed Fee | February 07, 2005 |

*James Willden*
*CA055*
*581400*

Avalon at Creekside

Apartment Inspections

Current Fee Total:          *$1,558.15*

Billing Group Subtotal:          $1,558.15

## Project Totals:

| | |
|---|---|
| *** Total Project Invoice Amount : | **$1,558.15** |

| _Aged Receivables:_ | | | | |
|---|---|---|---|---|
| _Current_ | _31-60 Days_ | _61-90 Days_ | _91-120 Days_ | _> 120 Days_ |
| *$1,558.15* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



# TETRA TECH, INC.

# Invoice

Invoice Number:   32641
September 10, 2005

To:   James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181199**        **AvalonBay**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 8/1/2005 to 9/4/2005**

          \*\*\* Total Invoice Amount :    **$12,600.00**

---

**Billing Group: 101**    Fixed Fee        Invoice:   32641
September 10, 2005

**Northern California Clean at Creekside (Part II)**

*Current Fee Total:*    *$12,600.00*

Billing Group Subtotal:    $12,600.00

## Project Totals:

        \*\*\* Total Project Invoice Amount :    **$12,600.00**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$12,600.00* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |

MFG, Inc., Dept. 1678, Denver, CO 80291-1678    Ph (970) 223-9600    Fax (970) 223-7171    Federal Tax ID: 84-1490184



# TETRA TECH, INC.

# Invoice

Invoice Number: 32998
October 17, 2005

To: James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

*(handwritten, circled)* CAPX Job

**Project: 131199**     **AvalonBay**

Project Manager: Mark R. Bishop

**Professional Services for the Period: 10/3/2005 to 10/30/2005**

*** Total Invoice Amount:     **$8,330.00**

Billing Group: 101     Fixed Fee

Invoice:     32998
October 17, 2005

2005 Apartment Turns (out of scope costs)
 - AvalonBay Mountain View - $5,980.00
 - AvalonBay Creekside - $2,350.00

*(handwritten)* GL 01-00-15900 2005

*(handwritten)* C4049 CX-017 5,980.00
C4055 CX-017 2,350.00

*(handwritten signature)* MM 11/4/05

*(handwritten)* paying uncommitted cost codes closed already. Can not reopen w/ C.O. to commitment.

Current Fee Total:     $8,330.00

Billing Group Subtotal:     $8,330.00

Project Invoice Amount:     **$8,330.00**

| 30 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---------|------------|-------------|------------|
| $0.00 | $0.00 | $0.00 | $0.00 |

1678   Ph (970) 223-9600   Fax (970) 223-7171   **Federal Tax ID: 84-1490184**



# TETRA TECH, INC.

# Invoice

Invoice Number:     31396
May 26, 2005

To:  James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181199**      **AvalonBay Quarter 2, 2005**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 5/2/2005 to 5/29/2005**

*** Total Invoice Amount:                    **$42,000.00**

---

Billing Group: 101      Fixed Fee                          Invoice:      31396
May 26, 2005

Creekside Apartment Turn Around Activities
 - Maintenance and Repairs

Current Fee Total:              *$42,000.00*

Billing Group Subtotal:        $42,000.00

## Project Totals:

*** Total Project Invoice Amount :          **$42,000.00**

| *Aged Receivables:* | | | | |
| --- | --- | --- | --- | --- |
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| $42,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |

---



## TETRA TECH, INC.

# Invoice

Invoice Number:    30577

March 25, 2005

To:    James R. Willden
AvalonBay
2900 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

**Project: 181178        AvalonBay - 2005 Environmental Services**

Project Manager: Mark R. Bishop
**Professional Services for the Period: 2/28/2005 to 4/3/2005**

*** Total Invoice Amount :        **$29,400.00**

**Billing Group: 101    Fixed Fee**        Invoice:    30577
March 25, 2005

**Northern California Clean at Creekside**
 **- 294 apartments at $100 per apartment**

*Current Fee Total:*        *$29,400.00*

Billing Group Subtotal:    $29,400.00

## Project Totals:

*** Total Project Invoice Amount :        **$29,400.00**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| *Current* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *> 120 Days* |
| *$29,400.00* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |



*AP- Jim Miller* (handwritten)

*A Member of the Tetra Tech Team*

# Invoice

**Invoice Number: 25156-19**

**March 26, 2004**

To:  Accounts Payable
Avalon Bay Communities, Inc.
2900 Eisenhower
Alexandria, VA 22314

*CROSS* (handwritten)
*581400* (handwritten)

Project: 181097   AvalonBay Creekside, CA Community

Project Manager: Merle Maass

Professional Services for the Period: March 2004

Billing Group: 101   Phase Fixed Cost

[1] **Avalon at Creekside, CA**

**Professional Services**          *James Willden* (handwritten)   <u>Total Charge</u>
                                   *CAOSS* (handwritten)
Apartment Inspections              *581400* (handwritten)   $1,533.84

**Totals**

**Total Invoice Amount**   <u>**$1,533.84**</u>

<u>*Aged Receivables:*</u>

| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
|---------|----------|------------|-------------|-----------|
| $0.00   | $0.00    | $0.00      | $0.00       | $0.00     |

Submit Payment to Tetra Tech (MFG)  C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171



*A Member of the Tetra Tech Team*

# Invoice

GL 01-00-15900 **Invoice Number: 25908**

CA055     2004 May 12, 2004

To:     Accounts Payable
        Avalon Bay Communities, Inc.   CF-070  26,460.00
        2900 Eisenhower
        Alexandria, VA 22314

        ✓ 5-5-04

        CA055
        CF070

Project: 181097     AvalonBay at Creekside – Mountain View, CA

Project Manager:  Merle Maass

Professional Services for the Period:  April/May 2004

Billing Group: 101     Phase Fixed Cost ($90/Apartment at 294 Units)

## [1] AvalonBay at Creekside

| **Professional Services** | **Total Charge** | **% Completion** |
|---|---|---|
| Apartment Cleaning and Restoration | $26,460.00 | 100.0% |

### Totals

**Total Invoice Amount**     **$26,460.00**

| *Aged Receivables:* | | | | |
|---|---|---|---|---|
| Current | <61 Days | 61-90 Days | 91-120 Days | >120 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Submit Payment to Tetra Tech (MFG)  C/O Merle Maass
3801 Automation Way, Fort Collins, CO 80525  (970) 223-9600 Fax (970) 223 7171