# Invoice

**Invoice Number:** AVB-2003-1
July 07, 2003

To:   Merle Maass
      MFG Inc. (Tetra Tech)
      3801 Automation Way, Suite 100.
      Denver, CO 80525

**Project: Falkland Chase Assessment**

Services for the Period: 4/26/2003 to 6/29/2003

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| **Item 1. Data Compilation and Processing** | | | |
| Site Review and Analysis | Fixed Price | N/A | $2,000 |
| **Item 2. Other Direct Costs (ODCs)** | | | |
| Mold Sampling and Supplies | Fixed Price | N/A | 10,500 |
| Water Analysis and Piping Removal | Fixed Price | N/A | $15,500 |
| Please forward to: Accounts Payable; P.O Box 824 Longmont, CO 80502-0824   **PAY THIS AMOUNT →** | | Total | $28,000 |

Thank you for your business!

77667  7/16

18/035
phase 101
OK to pay w/ next
please pay
check run.

Subcon.    28000.⁰

## DE Services
MAINTENANCE CONSULTING

P.O Box 824 Longmont, CO 80502-0824

EXHIBIT
18
ALL-STATE LEGAL®

TT0001417

# Invoice

JUL 1 1 2003

Invoice Number: AVB-2003-2
July 07, 2003

To:  Merle Maass
     MFG Inc. (Tetra Tech)
     3801 Automation Way, Suite 100
     Denver, CO 80525

**Project: AvalonBay Gates Community**

Services for the Period: 5/26/2003 to 6/29/2003

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| **Item 1. Data Compilation and Processing** | | | |
| Site Review and Analysis | Fixed Price | N/A | $4,000 |
| **Item 2. Other Direct Costs (ODCs)** | | | |
| Mold Sampling and Supplies | Fixed Price | N/A | 10,500 |
| Ventilation Upgrades | Fixed Price | N/A | $7,100 |
| Please forward to: Accounts Payable; P.O Box 824 Longmont, CO 80502-0824 | PAY THIS AMOUNT ➡ | Total | $21,600 |

Thank you for your business!

776666 7/11

OK to pay 18/035/04 phase 04 (Gates) please pay w/ next check run.

AAMTCC. 21600. DE Services

MAINTENANCE CONSULTING

P.O Box 824 Longmont, CO 80502-0824

TT0001418

*181035 BGA*

# Invoice     SEP 0 8 2003

Invoice Number: AVB-2003-3
September 5, 2003

To:     Merle Maass
        MFG Inc. (Tetra Tech)
        3801 Automation Way, Suite 100
        Denver, CO 80525

**Project: AvalonBay Dulles Community**

Services for the Period: 7/01/2003 to 7/31/2003

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| **Item 1. Data Compilation and Processing** | | | |
| Site Review and Analysis | Fixed Price | N/A | $4,000 |
| **Item 2. Other Direct Costs (ODCs)** | | | |
| Mold Sampling Oversight | Fixed Price | N/A | $4,187 |
| Apartment Cleaning Oversight | Fixed Price | N/A | $4,187 |
| Please forward to: Accounts Payable; P.O Box 824 Longmont, CO 80502-0824 | | **Total** | $12,374 |

Thank you for your business!     9|9
                                 80106

OK to
pay
181035 -105
please pay check run
next (9-11-03)

Subcon.    12374    **DE Services**
                    MAINTENANCE CONSULTING

P.O Box 824 Longmont, CO 80502-0824

TT0001419

# Invoice    SEP 0 8 2003

Invoice Number: AVB-2003-5
September 5, 2003

To:  Merle Maass
     MFG Inc. (Tetra Tech)
     3801 Automation Way, Suite 100
     Denver, CO 80525

**Project: AvalonBay, 21 Sites (Lead Based Paint Analyses) as Miscellaneous Communities**

Services for the Period: 8/01/2003 to 8/29/2003

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| **Item 1. Data Compilation and Processing** | | | |
| Site Review and Analysis | Fixed Price | N/A | $4,000 |
| **Item 2. Other Direct Costs (ODCs)** | | | |
| Mold Sampling Oversight | Fixed Price | N/A | $4,187 |
| Apartment Cleaning Oversight | Fixed Price | N/A | $4,187 |
| Please forward to: Accounts Payable; P.O Box 824 Longmont, CO 80502-0824 | | **Total** | **$14,923** |

Thank you for your business!    80110  9/9

Dultcon.   14923
$

## DE Services
MAINTENANCE CONSULTING

OK to pay
18103 5/06
please pay v/ next check run.

P.O Box 824 Longmont, CO 80502-0824

TT0001420

# Invoice

OCT 0 6 2003

Invoice Number:  AVB-2003-6
October 6, 2003

To:   Merle Maass
      MFG Inc. (Tetra Tech)
      3801 Automation Way, Suite 100
      Fort Collins, CO 80525

**Project: AvalonBay Gates Community**

Services for the Period:  6/30/2003 to 10/05/2003

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| **Item 1.** Data Compilation and Processing | | | |
| Site Review and Analysis | Fixed Price | N/A | $9,178 |
| **Item 2.** Other Direct Costs (ODCs) | | | |
| Apartment Cleaning Reviews | Fixed Price | N/A | 3,500 |
| Please forward to:<br>Accounts Payable;<br>P.O Box 824 Longmont, CO 80502-0824 | | $ **Total** | $12,678 |

Thank you for your business!

## DE Services
MAINTENANCE CONSULTING

TT0001421

# Invoice

Invoice Number:   AVB-2003-11
November 5, 2003

To:    Merle Maass
       MFG Inc. (Tetra Tech)
       3801 Automation Way, Suite 100
       Fort Collins, CO 80525

**Project: AvalonBay Gates Community**

Services for the Period:  10/30/2003 to 11/05/2003

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| **Item 1.** Gates Ventilation Project | | | |
| | Fixed Price | N/A | $15,348 |
| **Item 2.** Other Direct Costs | | | |
| | Fixed Price | N/A | $0.00 |
| Please forward to:<br>          Accounts Payable;<br>     P.O Box 824 Longmont, CO 80502-0824 | | **Total** | **$15,348** |

Thank you for your business!

## DE Services
### MAINTENANCE CONSULTING

P.O Box 824 Longmont, CO 80502-0824

TT0096856

# Invoice

Invoice Number: AVB-2003-12
February 14, 2004

To: Merle Maass
MFG Inc. (Tetra Tech)
3801 Automation Way, Suite 100
Fort Collins, CO 80525

FEB 1 6 2003

**Project: Tetra Tech Maintenance Projects**

Services for the Period: 11/06/2003 to 2/14/2004

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| **Item 1.** Maintenance Procedures (25% completion) | | | |
| | Fixed Price | N/A | $34,113 |
| **Item 2.** Other Direct Costs | | | |
| | Fixed Price | N/A | $0.00 |
| Please forward to:<br>Accounts Payable;<br>P.O Box 824 Longmont, CO 80502-0824 | | **Total** | **$34,113** |

Thank you for your business!

$9,346 To 181035-106
$15,873 To 181035-109
$8,894 to 181035-112

please w/ next
pay w/ next
check run

DE Services
MAINTENANCE CONSULTING
87042 2/17

ok to pay

Subcon. $9346.00
Subcon. $15873.00
Subcon. $8894.00

P.O Box 824 Longmont, CO 80502-0824

TT0001422

# Invoice

Invoice Number: AVB-2003-13
March 3, 2004

To: Merle Maass
MFG Inc. (Tetra Tech)
3801 Automation Way, Suite 100
Fort Collins, CO 80525

MAR 0 2 2003

**Project: Tetra Tech Maintenance Projects**

Services for the Period: 2/14/2003 to 3/3/2004

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| **Item 1.** Maintenance Procedures (38% completion) | Fixed Price | N/A | $17,583 |
| **Item 2.** Other Direct Costs | Fixed Price | N/A | $0.00 |
| Please forward to: Accounts Payable; P.O Box 824 Longmont, CO 80502-0824 | | **Total** | $17,583 |

Thank you for your business!

87632 3/2    OK to pay    $8,779

181035 - 104 - 4-1

## DE Services
### MAINTENANCE CONSULTING

181035 -121 → $1,250

181035 -124 → $7,559

please pay ASAP

P.O Box 824 Longmont, CO 80502-0824

TT0001423

# Invoice

Invoice Number:   AVB-2004-14
April 27, 2004

To:    Merle Maass
       MFG Inc. (Tetra Tech)
       3801 Automation Way, Suite 100
       Fort Collins, CO 80525

**Project: Tetra Tech Maintenance Projects**

Services for the Period: 3/4/2003 to 4/27/2004

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| **Item 1.**  Maintenance Procedures (82% completion) | Fixed Price | N/A | $30,683 |
| **Item 2.**  Other Direct Costs | Fixed Price | N/A | $0.00 |
| Please forward to:<br>    Accounts Payable;<br>    P.O Box 824 Longmont, CO 80502-0824 | *90068* 4|28 | **Total** | **$30,683** |

Thank you for your business!   *OK to pay*

*please pay ASAP w/ next check if possible*

# DE Services
MAINTENANCE CONSULTING

*181035-104  $ 8183*
*181035-107  $ 1500*
*181035-108  $ 13,500*
*181035-114  $ 3000*
*181035-117  $ 2500*
*181035-118  $ 2000*

---

P.O Box 824 Longmont, CO 80502-0824

---

TT0001424

# Invoice

Invoice Number: AVB-2004-15
May 10, 2004

To: Merle Maass
MFG Inc. (Tetra Tech)
3801 Automation Way, Suite 100
Fort Collins, CO 80525

**Project: Tetra Tech Maintenance and Guidance Development Projects**

Services for the Period: 4/27/2003 to 5/10/2004

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| **Item 1.** Maintenance Procedures (100% completion) | Fixed Price | N/A | $17,183 |
| **Item 2.** Apartment Inspection Guidance Document | Fixed Price | N/A | $18,500 |
| Please forward to: Accounts Payable; P.O Box 824 Longmont, CO 80502-0824 | | **Total** | **$35,683** |

Thank you for your business! *ok*

*please pay ASAP*

181035- 126 $7,000
181035-123 $11,500
181035-115 $17,183

90575  5/11

## DE Services
MAINTENANCE CONSULTING

P.O Box 824 Longmont, CO 80502-0824

TT0001425