**SPOTLESS CLEANING CO.**
P.O. BOX 457
NATICK, MA 01760
PH: (508) 650-5305
FAX: (508) 650-5306

# Invoice

| Date | Invoice # |
|---|---|
| 2/16/2004 | 2979 |

**Bill To**
Avalon at Lexington
100 Lexington Ridge Drive
Lexington, MA 02421

**Job Location.**
Clubhouse and Buildings.

| P.O # | Terms | Due Date | Serviced |
|---|---|---|---|
|  | Due on receipt | 2/16/2004 | 2/9-15/04 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Apartments/Cleani... | Full Cleaning Service For:3 bed , 2 bath.<br>2/9= 7133<br>2/11= 6213<br>2/12= 1234<br>2/13= 2132 | 4 | 140.00 | 560.00 |
| Apartments/Cleani... | Full Cleaning Service For:2 bed , 2 bath.<br>2/11= 2214<br>2/12= 2121 | 2 | 125.00 | 250.00 |
| Apartments/Cleani... | Cleaning after Repair ( Hourly rate):<br>2/9= 4114 ( 9 hours). | 8 | 15.50 | 124.00 |

Thank you for your business.

**Total** $934.00

163325 (7-01)

AVB00209798

Exhibit A – Arthur Willden's Opposition to AvalonBay's Calculation of Damages