**SPOTLESS CLEANING CO.**
P.O. BOX 457
NATICK, MA 01760
PH: (508) 650-5305
FAX: (508) 650-5306

# Invoice

| Date | Invoice # |
|---|---|
| 1/14/2004 | 2905 |

| Bill To | Job Location. |
|---|---|
| Avalon at Lexington<br>100 Lexington Ridge Drive<br>Lexington, MA 02421 | Avalon at Lexington |

| P.O # | Terms | Due Date | Serviced |
|---|---|---|---|
|  | Due on receipt | 1/14/2004 | 1/6/04 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Aparments/Cleani... | Full Cleaning Service For:2 bed , 2 bath.<br>1/6/04=2112. | 1 | 125.00 | 125.00 |

Thank you for your business.

**Total** $125.00

AVB00209855

Exhibit B – Arthur Willden's Opposition to AvalonBay's Calculation of Damages