**SPOTLESS CLEANING CO.**
P.O. BOX 457
NATICK, MA 01760
PH: (508) 650-5305
FAX: (508) 650-5306

# Invoice

| Date | Invoice # |
|---|---|
| 1/19/2004 | 2915 |

**Bill To**
Avalon at Lexington
100 Lexington Ridge Drive
Lexington, MA 02421

**Job Location.**
Apartments

| P.O # | Terms | Due Date | Serviced |
|---|---|---|---|
| | Due on receipt | 1/19/2004 | |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Aparments/Cleani... | Full Cleaning Service For:1 bed 1 bath: 1/12=1114 | 1 | 100.00 | 100.00 |
| Aparments/Cleani... | Full Cleaning Service For:2 bed , 2 bath: 1/13=4124 , 5103. 1/14=6114. 1/15=6113 , 6202. | 5 | 130.00 | 650.00 |
| Aparments/Cleani... | Full Cleaning Service For: 3 bed , 2 bath: 1/12= 6231. | 1 | 140.00 | 140.00 |
| Aparments/Cleani... | Hourly rate:( 2 person 9-3) 1/18=5212 , 5222. | 12 | 15.50 | 186.00 |

Thank you for your business.

**Total** $1,076.00

AVB00209857

Exhibit C – Arthur Willden's Opposition to AvalonBay's Calculation of Damages