IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

Avalonbay Communities, Inc.,  )
                              )
         Plaintiff,           )
v.                            ) Civil Action No. 1:08cv777
                              )
Tetra Tech, Inc., et al.,     )
                              )
         Defendants.          )

FILED OCT 29 2009 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## JUDGMENT

Pursuant to the order of this Court entered on October 27th, 2009 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Plaintiff, Avalonbay Communities, Inc. and against Defendant, Arthur T. Willden in the amount of $7,450,902.00, plus costs of suit and reasonable attorney's fees.

FERNANDO GALINDO,
CLERK OF COURT

By: _____
         Deputy Clerk

Dated October 29th, 2009
Alexandria, Virginia