IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

F I L E D

DEC 1 6 2009

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

AvalonBay Communities, Inc.,    )
                                )
            Plaintiff,          )
v.                              )  Civil Action No. 1:08cv777
                                )
Tetra Tech, Inc., et al.,       )
                                )
            Defendants.         )

## JUDGMENT

Pursuant to the order of this Court entered on December 15th, 2009, and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of Third-Party Plaintiff Tetra Tech against Third-Party Defendant Arthur Willden in the amount of $2,483,634.00 plus costs of suit.

FERNANDO GALINDO,
CLERK OF COURT

By: Paulina A. Miller
Deputy Clerk

Dated December 16th, 2009
Alexandria, Virginia